# Exhibit A

US009051542B2

(12) **United States Patent**
Wright et al.

(10) **Patent No.:** **US 9,051,542 B2**
(45) **Date of Patent:** **Jun. 9, 2015**

(54) **COMPOSITIONS AND METHODS TO PREVENT AAV VECTOR AGGREGATION**

(75) Inventors: **John Fraser Wright**, Princeton, NJ (US); **Guang Qu**, Alameda, CA (US)

(73) Assignee: **Genzyme Corporation**, Framingham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/661,553**

(22) Filed: **Mar. 19, 2010**

(65) **Prior Publication Data**

US 2011/0076744 A1      Mar. 31, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/141,996, filed on Jun. 1, 2005, now Pat. No. 7,704,721.

(60) Provisional application No. 60/575,997, filed on Jun. 1, 2004, provisional application No. 60/639,222, filed on Dec. 22, 2004.

(51) **Int. Cl.**
*C12N 7/00*        (2006.01)

(52) **U.S. Cl.**
CPC ........ *C12N 7/00* (2013.01); *C12N 2750/14151* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,138,287 | A | * | 2/1979 | Andersson et al. | 435/239 |
| 6,146,874 | A | | 11/2000 | Zolotukhin et al. | 435/235.1 |
| 6,194,191 | B1 | | 2/2001 | Zhang et al. | 435/235.1 |
| 6,566,118 | B1 | | 5/2003 | Atkinson et al. | 435/239 |
| 6,593,123 | B1 | | 7/2003 | Wright et al. | 435/239 |
| 2004/0166122 | A1 | * | 8/2004 | Evans et al. | 424/204.1 |

FOREIGN PATENT DOCUMENTS

WO        WO99/61643        12/1999

OTHER PUBLICATIONS

Vihinen-Ranta M. et al., Intracellular Route of Canine Parvovirus Entry, Journal of Virology, Jan. 1998, vol. 72, No. 1, pp. 802-806.*
Adadeyoh et al., "Short-Term Field Use and Shipping Stability Study of a Wild Type AD5 Adenoviral Reference Material," BioProcessing, 1(3):62-9 (2002).
Braun et al., "Protein Aggregates Seem to Play a Key Role Among the Parameters Influencing The Antigenicity of Interferon Alpha (IFN-Alpha) in Normal and Transgenic Mice," Pharm. Res. 14(10):1472-1478 (1997).
Chen et al., "Strategies to Suppress Aggregation of Recombinant Keratinocyte Growth Factor During Liquid Formulation Development," J. Pharm. Sci. 83(12):1657-1661 (1994).

Chenuaud et al., "Autoimmune Anemia in Macaques Following Erythropoietin Gene Therapy," Blood 103(9):3303-3304 (2004).
Croyle et al., "Development of Formulations That Enhance Physical Stability of Viral Vectors for Gene Therapy," Gene Therapy 8(17):1281-1290 (2001).
Drittanti et al., "Optimised Helper Virus-Free Production of High Quality Adeno-Associated Virus Vectors", The Journal of Gene Medicine, 3:59-71 (2001).
Flotte, T. R., "Immune Responses to Recombinant Adeno-Associated Virus Vectors: Putting Preclinical Findings Into Perspective," Human Gene Ther. 15(7):716-717 (2004).
Gao et al., "Erythropoietin Gene Therapy Leads to Autoimmune Anemia in Macaques," Blood 103(9):3300-3302 (2004).
High et al., "Human Immune Responses to AAV-2 Capsid May Limit Duration of Expression in Liver-Directed Gene Transfer in Human With Hemophilis β," Blood, 104(11):121a, Abstract No. 413 (2004).
Huang et al., "ADAAV Support High-Titer Production of RAAV But Not Stable," Mol. Therapy 1:S286 (2000).
Meijer et al., "Targeting of Drugs to the Liver," Sem. Liver Dis. 15(3):202-256 (1995).
Qu et al., "Evidence That Ionic Interactions Are Involved in Concentration-Induced Aggregation of Recombinant Adeno-Associated Virus," Molecular Therapy, 7(5):S348, abstract No. 901 (2003).
Qu et al., "Scaling Up Production of Recombinant AAV Vectors for Clinical Applications," Curr Opin Drug Disc Dev. 3(6):750-755 (2000).
Shire et al., "Challenges in The Development of High Protein Concentration Formulations," J. Pharm. Sci. 93(6):1390-1402 (2004).
Sommer et al., "Quantification of Adeno-Associated Virus Particles and Empty Capsids by Optical Density Measurement," Mol Ther 7(1):122-128 (2003).
Steinbach et al., "Assembly of Adeno-Associated Virus Type 2 Capsids in Vitro," J Gen. Virol. 78(6):1453-1462 (1997).
Wang, W., "Instability, Stabilization, and Formulation of Liquid Protein Pharmaceuticals," Int. J. Pharm. 185(2):129-188 (1999).
Won et al., "Stabilizers Against Heat-Induced Aggregation of RPR 114849, An Acidic Fibroblast Growth Factor (AFGF)," Int. J. Pharm. 167:25-36 (1998).
Wright et al., "Recombinant Adeno-Associated Virus: Formulation Challenges and Strategies for a Gene Therapy Vector," Curr. Opin. Drug Disc. Dev. 6(2):174-178 (2003).

(Continued)

*Primary Examiner* — Satyendra Singh

(74) *Attorney, Agent, or Firm* — Roberta L. Robins; Robins Law Group

(57) **ABSTRACT**

Compositions and methods are provided for preparation of concentrated stock solutions of AAV virions without aggregation. Formulations for AAV preparation and storage are high ionic strength solutions (e.g. μ~500 mM) that are nonetheless isotonic with the intended target tissue. This combination of high ionic strength and modest osmolarity is achieved using salts of high valency, such as sodium citrate. AAV stock solutions up to $6.4\times10^{13}$ vg/mL are possible using the formulations of the invention, with no aggregation being observed even after ten freeze-thaw cycles. The surfactant Pluronic® F68 may be added at 0.001% to prevent losses of virions to surfaces during handling. Virion preparations can also be treated with nucleases to eliminate small nucleic acid strands on virions surfaces that exacerbate aggregation.

**6 Claims, 3 Drawing Sheets**

## US 9,051,542 B2
Page 2

(56)              **References Cited**

OTHER PUBLICATIONS

Wright et al., "425. Formulation Development for AAV2 Vectors: Identification of Excipients That Inhibit Vector Aggregation," Mol. Ther. [Online] 9(S1):S163-S163 (2004).

Wright et al., "Identification of Factors That Contribute to Recombinant AAV2 Particle Aggregation and Methods to Prevent Its Occurrence During Vector Purification and Formulation," Mol. Ther. 12(1):171-178 (2005).

Xie et al., "Large-Scale Production, Purification and Crystallization of Wild-Type Adeno-Associated Virus-2," J. Virol. Methods 122(1):17-27 (2004).

Xie et al., "The Atomic Structure of Adeno-Associated Virus (AAV-2), A Vector for Human Gene Therapy," Proc. Natl. Acad. Sci. U.S.A. 99(16):10405-10410 (2002).

Zhen et al., "Infectious Titer Assay for Adeno-Associated Virus Vectors With Sufficient to Detect Single Infectious Events," Human Gene Ther. 15:709-715 (2004).

The Term "Purify" and "About", Merriam-Webster Online Dictionary, at the web-http://www.m-w.com, p. 1 and p. 2, Accessed on Nov. 30, 2006, Dec. 1, 2006.

The Definition of the Term "Ionic Strength", Answer.com, at the web-http://www.answers.com, p. 1, Accessed on Nov. 30, 2006.

\* cited by examiner



FIGURE 1



FIGURE 2



FIGURE 3

US 9,051,542 B2

**1**

## COMPOSITIONS AND METHODS TO PREVENT AAV VECTOR AGGREGATION

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 11/141,996, now U.S. Pat. No. 7,704,721, from which application priority is claimed pursuant to 35 U.S.C. §120; which application claims the benefit under 35 U.S.C. §119(e) of provisional applications 60/575,997 filed Jun. 1, 2004 and 60/639,222 filed Dec. 22, 2004. The foregoing applications are hereby incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to compositions and methods of preparing and storing AAV virions that prevent aggregation.

### BACKGROUND

Recombinant adeno-associated virus (rAAV) is a promising vector for human gene transfer. Grimm, D., and Kleinschmidt, J. A. (1999) *Hum Gene Ther.* 10: 2445-2450; High, K. A. (2001) *Ann. N.Y. Acad. Sci.* 953: 64-67; Pfeifer, A., and Verma, I. M. (2001) *Ann. Rev. Genomics Hum. Genet.* 2: 177-211. AAV is a member of the Dependovirus genus of the parvoviruses. AAV serotype 2 (AAV2) is composed of a single-strand DNA molecule of 4680 nucleotides encoding replication (rep) and encapsidation (cap) genes flanked by inverted terminal repeat (ITR) sequences. Berns, K. I. (1996) in *Fields Virology* (B. N. Fields et. al. Eds.), pp. 2173-2197. Lippincott-Raven Publishers, Philadelphia. The genome is packaged by three capsid proteins (VP1, VP2 and VP3), which are amino-terminal variants of the cap gene product. The resulting icosahedral virus particle has a diameter of ~26 nm. A high resolution crystal structure of AAV2 has been reported. Xie, Q. et al. (2002) *Proc. Natl. Acad. Sci. USA.* 99: 10405-10410.

The solubility of purified AAV2 virus particles is limited, and aggregation of AAV2 particles has been described as a problem. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290; Huang, J. et al. (2000) *Mol. Therapy* 1: 5286; Wright, J. F. et al. (2003) *Curr. Opin. Drug Disc. Dev.* 6: 174-178; Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27. In commonly used buffered-saline solutions, significant aggregation occurs at concentrations of $10^{13}$ particles/mL, and aggregation increases at higher concentrations. Huang and co-workers reported that AAV vectors undergo concentration-dependent aggregation. Huang, J. et al. (2000) *Mol. Therapy* 1: S286. Xie and coworkers (Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27) similarly reported that at concentrations exceeding 0.1 mg/mL, AAV2 vectors require elevated concentrations of salt to prevent aggregation. Aggregation of AAV2 vectors occurs at particle concentrations exceeding $10^{13}$ particles/mL in commonly used neutral-buffered solutions such as phosphate- and Tris-buffered saline. This corresponds to a protein concentration of ~0.06 mg/mL, and emphasizes the low solubility of AAV2 under these conditions. The effective vector concentration limit may be even lower for vectors purified using column chromatography techniques because excess empty capsids are co-purified and contribute to particle concentration.

Particle aggregation is a significant and not fully resolved issue for adenovirus vectors as well. Stability of a recently established adenovirus reference material (ARM) was

**2**

recently reported. Adadevoh, K. et al. (2002) *BioProcessing* 1(2): 62-69. Aggregation of the reference material, formulated in 20 mM Tris, 25 mM NaCl, and 2.5% glycerol at pH 8.0, was assessed by dynamic light scattering, photon correlation spectroscopy and visual appearance. A variable level of vector aggregation following either freeze-thaw cycling or non-frozen storage was observed, resulting in restrictive protocols for the use of the ARM.

Aggregation can lead to losses during purification and inconsistencies in testing of purified vector preparations. The in vivo administration of AAV2 vectors to certain sites, such as the central nervous system, may require small volumes of highly concentrated vector, and the maximum achievable dose may be limited by low vector solubility.

Vector aggregation is also likely to influence biodistribution following in vivo administration, and cause adverse immune responses to vectors following their administration. As has been reported for proteins (Braun, A. et al. (1997) *Pharm. Res.* 14: 1472-1478), aggregation of vector may increase immunogenicity by targeting the vector to antigen presenting cells, and inducing enhanced immune responses to the capsid proteins and transgene product. The reports of immune responses to AAV vectors in pre-clinical (Chenuaud, P. et al. (2004) *Blood* 103: 3303-3304; Flotte, T. R. (2004) *Human Gene Ther.* 15: 716-717; Gao, G. et al. (2004) *Blood* 103: 3300-3302) and clinical (High, K. A. et al. (2004) *Blood* 104: 121a) studies illustrate the need to address all factors that may contribute to vector immunogenicity.

Testing protocols to characterize purified vectors are also likely to be affected by vector aggregation. Determination of the infectivity titer of vector was reported to be highly sensitive to vector aggregation. Zhen, Z. et al. (2004) *Human Gene Ther.* 15: 709-715. An important concern is that vector aggregates may have deleterious consequences following their in vivo administration because their transduction efficiency, biodistribution and immunogenicity may differ from monomeric particles. For example, intravascular delivery of AAV vectors to hepatocytes requires that the vectors pass through the fenestrated endothelial cell lining of hepatic sinusoids. These fenestrations have a radius ranging from 50 to 150 nm (Meijer, K. D. F., and Molema, G. (1995) *Sem. Liver Dis.* 15: 206) that is predicted to allow the passage of monomeric AAV vectors (diameter ~26 nm), but prevent the passage of larger vector aggregates. In biodistribution studies in mice, aggregated AAV2 vectors labeled with the fluorescent molecule Cy3 were sequestered in liver macrophages following vascular delivery. Huang, J. et al. (2000) *Mol. Therapy* 1: S286.

Formulation development for virus-based gene transfer vectors is a relatively recent area of investigation, and only a few studies have been reported describing systematic efforts to optimize AAV vector formulation and stability. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290; Wright, J. F. et al. (2003) *Curr. Opin. Drug Disc. Dev.* 6: 174-178; Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27. Defining formulations compatible with pre-clinical and clinical applications that minimize changes in vector preparations is an important requirement to achieve consistently high vector safety and functional characteristics. As is well established for protein therapeutics (Chen, B. et al. (1994) *J. Pharm. Sci.* 83: 1657-1661; Shire, S. J. et al. (2004) *J. Pharm. Sci.* 93: 1390-1402; Wang, W. (1999) *Int. J. Pharm.* 185: 129-188; Won, C. M. et al. (1998) *Int. J. Pharm.* 167: 25-36), an important aspect of vector stability is solubility during preparation and storage, and vector aggregation is a problem that needs to be fully addressed. Vector aggregation leads to losses during vector purification, and while aggregates can be removed by filtration, the loss in yield results in higher costs and capacity

US 9,051,542 B2

3

limitations when producing vector for pre-clinical and clinical studies. Even after filtration to remove aggregates, new aggregates can form in concentrated preparations of AAV2 vector in buffered-saline solutions.

The need exists for improved formulations and methods for purification and storage of AAV vectors, such as rAAV2, that prevent aggregation of virus particles.

## SUMMARY OF THE INVENTION

These and other needs in the art are met by the present invention, which provides high ionic strength solutions for use in preparing and storing AAV vectors that maintain high infectivity titer and transduction efficiency, even after freeze-thaw cycles.

In one aspect the invention relates to methods of preventing aggregation of virions in a preparation of virions by adding excipients to achieve an ionic strength high enough to prevent aggregation. In another aspect the invention relates to compositions of virions having an ionic strength high enough to prevent aggregation.

In some embodiments of the invention, the ionic strength is at least about 150 mM, 200 mM, 250 mM, 300 mM, 350 mM, 400 mM, 450 mM, 500 mM, 600 mM, 700 mM or more. In some embodiments this ionic strength is accomplished using excipients comprising one or more multivalent ions, for example citrate, sulfate, magnesium or phosphate.

In additional embodiments, the osmolarity of the preparation of virions is maintained at near isotonic levels, for example 200 mOsm, 250 mOsm, 280 mOsm, 300 mOsm, 350 mOsm or 400 mOsm, even though the ionic strength is high enough to prevent virion aggregation.

In some embodiments the virions are adeno-associated virus (AAV) virions, for example AAV-2.

In other embodiments of the methods of the present invention preparations of virions are treated with a nuclease, for example Benzonase®. In further embodiments, nuclease treatment is combined with addition of excipients that achieve an ionic strength high enough to prevent aggregation.

In some embodiments of the present invention, the surfactant Pluronic® F68 is added to a preparation of virions, for example to 0.001%. In one embodiment, the composition comprises purified virus particles, 10 mM Tris pH 8.0, 100 mM sodium citrate and 0.001% Pluronic® F68.

In one embodiment, AAV vectors can be stored as compositions of the present invention at concentrations exceeding $1 \times 10^{13}$ vg/mL, for example $2 \times 10^{13}$, $3 \times 10^{13}$, $4 \times 10^{13}$, $5 \times 10^{13}$ and up to $6.4 \times 10^{13}$ vg/mL, without significant aggregation. In some embodiments, AAV vectors stored using the methods and compositions of the invention do not exhibit significant aggregation when stored at 4° C. for five days. In other embodiments, AAV vectors that are stored as such compositions do not exhibit significant aggregation after one, five, ten or more freeze-thaw cycles at –20° C. or at –80° C.

In some embodiments, preparations of virions stored according to the methods and compositions of the invention exhibit an average particle radius (Rh), as measured by dynamic light scattering, indicating that no significant aggregation of virions has taken place. In some embodiments, preparations of virions stored according to the methods and compositions of the invention exhibit an average particle radius (Rh) greater than about 15 nm, 20 nm, or 30 nm.

In some embodiments, recovery of virions from preparations of virions stored according to the methods and compositions of the invention is greater than about 85%, 90% or 95% following filtration through a 0.22 μm filter.

4

In yet another aspect, the invention relates to kits comprising the high ionic strength formulations of the invention. In one embodiment the kit comprises a pre-mixed solution of excipients. In another embodiment the kit comprises two or more separate components of a high ionic strength composition of the present invention to be mixed by a user. In some embodiments the kit comprises sodium citrate, Tris® and Pluronic® F68. In other embodiments, the kit further comprises instructions for making a composition or performing a method of the present invention.

## DESCRIPTION OF THE DRAWINGS

FIGS. **1A** and **1B** present data showing aggregation of AAV2-FIX particles as a function of osmolarity (FIG. **1A**) or ionic strength (FIG. **1B**) for various buffer compositions. AAV2-FIX vectors are prepared by Method 2 of Example 1. Average particle radius is measured by dynamic light scattering (DLS) following vector dilution in varying concentrations of excipients buffered with 10 mM sodium phosphate at pH 7.5. Excipients include sodium chloride (●), sodium citrate (○), sodium phosphate (■), sodium sulfate (□), magnesium sulfate (▲), and glycerol (Δ).

FIG. **2** presents data on AAV2-FIX aggregation as a function of the method of purification. The average particle radius is measured by DLS following vector dilution in varying concentrations of sodium chloride buffered with 10 mM sodium phosphate at pH 7.5. Vectors are purified by Method 1 (double CsCl gradient) (○); Method 2 (cation exchange chromatography) (□); Method 2 plus nuclease digestion (■); or Method 3 (chromatography plus one CsCl gradient) (Δ). Purification Methods 1-3 are described in Example 1.

FIG. **3** presents data on transgene expression from D7/4 cells transduced with rAAV2-AADC virions prepared and stored in high ionic strength formulation (□) or in a control formulation (●). The concentration of AADC was measured by ELISA (in triplicate for each data point) 72 hours post-transduction. Error bars represent standard deviations.

## DETAILED DESCRIPTION OF THE INVENTION

AAV2 vector aggregation is frequently observed in concentrated preparations of vectors and can affect purification recovery, and in vivo potency and safety. Hence, an important objective for the development AAV2 vectors is to identify methods and formulations that prevent aggregation of vectors when concentrated stocks are prepared.

Unless otherwise indicated, the term "vector" as used herein refers to a recombinant AAV virion, or virus particle, regardless of the frequent use of "vector" to also refer to non-viral DNA molecules, such as plasmids, in other contexts.

The present invention is based in part on the observation that solution ionic strength is an important parameter in AAV vector aggregation, implicating the involvement of ionic interactions between virus particles in the aggregation process. The observation that elevated ionic strength increases AAV2 vector solubility regardless of the identity of the charged excipient supports the hypothesis that ionic strength of solution per se, rather than interactions involving a specific ionic species, is the relevant physico-chemical parameter. A threshold ionic strength of at least 200 mM is required to prevent aggregation at vector particle concentrations examined herein.

Of practical concern, commonly used buffered saline solutions have insufficient ionic strength to prevent AAV2 vector aggregation at concentrations exceeding $10^{13}$ particles/mL. It

US 9,051,542 B2

5

is known that high salt concentrations increase AAV2 vector solubility (e.g. highly concentrated AAV2 vectors recovered from gradients generally remain soluble in concentrated CsCl). However, optimal formulations for pre-clinical and clinical studies should be close to isotonic (280-400 mOsm), especially for in vivo administration of vector to sites where dilution of hypertonic solutions may be slow. In embodiments of the present invention the exponential relationship of ionic strength with charge valency is used to develop isotonic formulations with high ionic strengths. Salt species with multiple charge valencies (e.g. salts of sulfate, citrate, and phosphate) that are commonly used as excipients in human parenteral formulations can provide the level of ionic strength needed to prevent AAV2 vector aggregation when used at isotonic concentrations. While isotonic (150 mM) sodium chloride has an ionic strength of 150 mM, a value insufficient to maintain AAV2 solubility at high vector concentrations, isotonic sodium citrate, with an ionic strength of ~500 mM, can support AAV2 vector concentrations of at least $6.4\times10^{13}$ vg/mL without aggregation.

Without intending to be limited by theory, the low solubility of AAV2 particles may be caused by their highly symmetrical nature in conjunction with the stabilizing effect of complementary charged regions between neighbouring particles in aggregates. The surface charge density based on the crystal structure of AAV2 (Xie, Q. et al. (2002) *Proc. Natl. Acad. Sci. U.S.A.* 99: 10405-10410) reveals a pattern of positive and negative charges on the virus surface. Previous reports have shown that AAV2 vector aggregation is pH dependent, and hypothesized that amino acids with charged side groups are involved in inter-particle binding. Qu, G. et al. (2003) *Mol. Therapy* 7: S238. These reports hypothesized that if charged amino acid side chains are involved in vector aggregation, high concentrations of free amino acids could block vector particle interactions. However, we have found that amino acids with charged side chains are not effective in preventing AAV2 vector aggregation beyond their contribution to ionic strength.

Vector aggregation at low ionic strength was also found to be reduced but not prevented by efficient nuclease treatment of purified vector particles. Digestion at an earlier stage of the purification process (clarified HEK cell lysate) did not reduce aggregation following vector purification. It is likely that digestion of already purified virions is more efficient because of a higher enzyme to nucleic acid substrate ratio. One mechanism to explain these results is that residual nucleic acid impurities (e.g. host cell and plasmid DNA) bound to the vector surface can bridge to binding sites on neighbouring virus particles and thus cause aggregation. Purified AAV2 vectors (empty capsid free) have been reported to contain approximately 1% non-vector DNA. Smith, P. et al. (2003) *Mol. Therapy* 7: 5348. While >50% of this non-vector DNA was reported to be nuclease resistant and was packaged within capsid particles, some impurity DNA was nuclease resistant and appeared to be associated with the surface of purified vector particles. The observation that efficient nuclease treatment can reduce vector aggregation suggests that nucleic acids associated with the vector surface at an average level not greater than ~25 nucleotides per vector particle can contribute to AAV vector aggregation.

In summary, the use of high ionic strength solutions during AAV2 vector purification and final formulation, and efficient removal of residual vector surface DNA are two effective strategies to achieve highly concentrated solutions of AAV2 vectors for use in pre-clinical and clinical studies. High ionic strength solutions and nuclease treatment can be used in combination or separately. Although data were obtained

6

using AAV2 vectors, the composition and methods of the present invention may also be useful with other AAV serotypes/variants, or other viral vectors such as adenoviruses, lentiviruses and retroviruses.

AAV Aggregation as a Function of Excipient Concentration

Initial screening experiments are performed to elucidate the mechanism of AAV vector aggregation and to identify classes of excipients that can reduce/prevent aggregation. Vector aggregation can be caused by dilution (5-fold) of vector in neutral-buffered saline with low concentration buffer (20 mM sodium phosphate, pH 7.2). Excipients are screened using this "dilution-stress" method to identify excipients that are able to prevent vector aggregation when included in the diluent. For screening, aggregation is measured by dynamic light scattering (DLS). Classes of excipients examined included selected inorganic salts, amino acids, uncharged carbohydrates, and surfactants. Results are presented in Table 1.

TABLE 1

SCREENING FOR EXCIPIENTS THAT PREVENT
AAV2 VECTOR AGGREGATION USING
DILUTION-STRESS METHOD

| Excipient | Osm required to prevent aggregation (max tested) |
|---|---|
| Magnesium sulfate | 180 mOsm |
| Sodium citrate | 220 mOsm |
| Sodium chloride | 320 mOsm |
| Sodium phosphate | 220 mOsm |
| Sodium sulfate | 220 mOsm |
| Arginine | NIA (200 mOsm) |
| Aspartic acid | 320 mOsm |
| Glutamic acid | 320 mOsm |
| Glycine | NIA (200 mOsm) |
| Histidine | NIA (200 mOsm) |
| Lysine | 300 mOsm |
| Glycerol | NIA (5% w/v, 543 mOsm) |
| Iodixanol | NIA (5% w/v, 32 mOsm) |
| Mannitol | NIA (5% w/v, 275 mOsm) |
| Sorbitol | NIA (5% w/v, 275 mOsm) |
| Sucrose | NIA (5% w/v, 146 mOsm) |
| Trehalose | NIA (5% w/v, 146 mOsm) |
| Pluronic ® F68 | NIA (10% w/v, 12 mOsm) |
| Polysorbate 80 | NIA (1% w/v) |

NIA: No inhibition of aggregation

As illustrated in Table 1, charged excipients (inorganic salts and amino acids) prevent aggregation when present at sufficient concentrations. However, salt concentrations required to prevent vector aggregation vary, ranging from 180 mOsm for magnesium sulfate, to 320 mOsm for sodium chloride. The amino acids arginine, aspartic acid, glutamic acid, glycine, histidine, and lysine do not prevent aggregation at 200 mOsm, but lysine, aspartic acid, and glutamic acid prevent aggregation at 300-320 mOsm. Arginine, glycine and histidine were not tested at concentrations other than 200 mOsm. Selected carbohydrates have no effect on vector particle aggregation when present at concentrations up to 5% w/v. For example, 5% w/v glycerol (543 mOsm) does not prevent aggregation. The surfactants Polysorbate80 (1% w/v) and Pluronic® F68 (10% w/v) similarly have no effect on aggregation using the "dilution-stress" method.

AAV Aggregation as a Function of Osmolarity and Ionic Strength

FIGS. **1A** and **1B** show the results of a more detailed analysis of vector aggregation as a function of the concentration of various salts. FIG. **1A** shows vector aggregation as a function of the osmolarity of selected excipients. For charged species a concentration-dependent inhibition of AAV2 vector

US 9,051,542 B2

7

aggregation is observed. Salts with multivalent ions achieve a similar degree of inhibition of aggregation at lower concentrations than monovalent sodium chloride. For example, magnesium sulfate prevents aggregation at >200 mOsm whereas sodium chloride requires ≥350 mOsm to achieve a similar effect. Sodium citrate, sodium sulfate, and sodium phosphate are intermediate in their potency to prevent vector aggregation.

Although the results in FIG. **1**A and Table 1 show no effect of glycerol and certain sugars at concentrations up to 5% on AAV2 vector aggregation induced by low ionic strength, the data cannot rule out improvement of AAV2 solubility at glycerol concentrations above 5%. For example, Xie and co-workers reported that 25% (w/v) glycerol enabled concentration of AAV2 to very high concentrations (4.4 to $18\times10^{14}$ particles/ml) in low ionic strength solutions. Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27.

FIG. **1**B shows the data of FIG. **1**A plotted as a function of the calculated ionic strength, rather than osmolarity, for each excipient. FIG. **1**B demonstrates that vector aggregation is prevented when ionic strength is ~200 mM or greater regardless of which salt is used. These data suggested that the ionic strength ($\mu$) of a solution, a parameter that depends on both solute concentration and charge valency, is the primary factor affecting aggregation.

Ionic strengths useful to prevent aggregation in embodiments of the present invention include, for example, 250 mM, 300 mM, 350 mM, 400 mM, 450 mM, 500 mM, 600 mM, 700 mM or higher ionic strengths. Multivalent ions are preferred to achieve these ionic strengths in methods and formulations of the present invention, such as divalent, trivalent, tetravalent, pentavalent ions and ions of even higher valency. The pH buffer in solutions and formulations of the present invention may be phosphate, Tris, or HEPES (or other Good's buffers), but any other suitable pH buffer may be used. In preferred embodiments, the multivalent ions and buffer are selected to be compatible with the target tissue for the vector being prepared.

Use of multivalent ions in the methods and compositions of the invention makes it possible to create compositions of high ionic strength but relatively low osmolarity. High ionic strength compositions of the present invention may be nearly isotonic, and may be, for example, about 200 mOsm, 250 mOsm, 280 mOsm, 300 mOsm, 350 mOsm or 400 mOsm, although other osmolarities may be acceptable for some uses of the compositions.

AAV Aggregation as a Function of the Method of AAV Purification

Recombinant AAV2 purified using different methods (e.g. density gradient purification versus ion-exchange chromatography) would be expected to have different impurity profiles. FIG. **2** shows vector aggregation as a function of ionic strength for several preparations of AAV differing in the purification method. Purification methods are described in Example 1. Sodium chloride is used to vary the ionic strength. AAV2-FIX vectors purified by double cesium chloride gradient ultracentrifugation (Method 1), by cation exchange column chromatography (Method 2), or by combined column and cesium chloride gradient ultracentrifugation (Method 3) each demonstrate similar aggregation responses as ionic strength is decreased. In contrast, AAV2-FIX purified by the column method and then subjected to a nuclease digestion step (Method 2+nuclease) shows reduced aggregation at low ionic strength.

AAV Aggregation at Preparative Scale

The data in Table 1 and FIGS. **1**A, **1**B and **2** involve vector aggregation at an analytical scale, employing DLS to measure

8

aggregation. Table 2, in contrast, shows the effects of elevated ionic strength and nuclease treatment on AAV2 vector aggregation at a larger scale, using methods to induce and quantify vector aggregation that are relevant to preparative scale vector purification. Experimental details are provided in Example 2. Purified AAV vectors are diafiltered into solutions of various ionic strengths, the volume is reduced to achieve high vector concentrations, and aggregation is then assessed by measuring vector recovery after filtration through a 0.22 μm filter. Aliquots from a single pool of AAV2-AADC vector purified by Method 1 through the second CsCl gradient centrifugation step ($1.8\times10^{15}$ vg in 91 mL, $1.8\times10^{13}$ vg/mL, in ~3M CsCl) are used as starting material in the diafiltration experiments. Tangential flow filtration using hollow fibers is used for diafiltration because it is scalable and yet it still enables preparation of volumes (min. 1.4 mL), and thus AAV concentrations, at which aggregation would be expected in neutral buffered saline.

In Experiment 1, three hollow fiber units are used to diafilter AAV2-AADC vector in formulations CF, TF1, or TF2, and the volume is reduced to a target of $2.5\times10^{13}$ vg/mL. See Example 2. The samples are then filtered through a 0.22 μm filter. Results are shown in Table 2. Vector recovery ("Yield %") for both elevated ionic strength formulations TF1 (95±7.4%) and TF2 (93±7.4%) are significantly higher than the recovery using the control formulation CF (77±6.6%).

TABLE 2

| AAV VECTOR RECOVERY AT PROCESS SCALE | | | | | |
|---|---|---|---|---|---|
| Experiment | Formulation | $\mu$ (mM) | Target (vg/mL) | Actual (vg/mL) | Yield % (RSD) |
| 1 | CF | 160 | 2.5E13 | 1.93E13 | 77 (6.6) |
| 1 | TF1 | 310 | 2.5E13 | 2.38E13 | 95 (7.4) |
| 1 | TF2 | 510 | 2.5E13 | 2.33E13 | 93 (7.4) |
| 2 | CF | 160 | 6.7E13 | 3.98E13 | 59 (6.0) |
| 2 | TF2 | 510 | 6.7E13 | 6.42E13 | 96 (4.4) |
| 3 | CF (−Bz) | 160 | 3.6E13 | 2.46E13 | 68 (11) |
| 3 | CF (+Bz) | 160 | 3.6E13 | 3.29E13 | 91 (12) |

In Experiment 2, AAV2-AADC is concentrated to a higher target value ($6.7\times10^1$ vg/mL) in CF or TF2. Vector recovery using TF2 (96±4.4%) is again significantly higher than recovery using CF (59±6.0%). Within the variability of the assays used, vector was recovered fully at both target concentrations using TF2, indicating that aggregation was prevented. In contrast, significant aggregation was observed at both target concentrations using CF, and the extent of aggregation (i.e. loss following 0.22 μm filtration) was higher at the higher target vector concentration. In an additional experiment (not shown), 50 μL samples of AAV2 vector are taken following concentration but prior to the 0.22 μm filtration step of Experiment 2, and examined by light microscopy. Vector concentrated in CF contains obvious amounts of visible material (not shown), while no such material is seen in vector concentrated in TF2.

Experiment 3 examines the effect of prior nuclease digestion of purified vector on aggregation. In the absence of nuclease digestion recovery of AAV2-AADC in CF is 68±11%, similar to the recoveries in Experiments 1 and 2. In contrast, purified vector treated with nuclease and then concentrated in CF gives higher recovery (91±12%). These prep scale results reflect the same effect of nuclease digestion shown in FIG. **2** using the "dilution-stress" (analytical scale) method.

The results presented in Table 2 demonstrate that the methods and compositions of the present invention increase the

US 9,051,542 B2

9

recovery of AAV vector recovery. For example, in various embodiments of the present invention, recovery is improved from less than about 80% to at least about 85%, 90%, 95% or more.

AAV Stability and Activity Following Storage or Freeze-Thaw Cycling

Croyle and coworkers reported a significant loss of titer of AAV and adenovirus following multiple freeze-thaw cycling in sodium phosphate buffer, and demonstrated that the better pH buffering provided by potassium phosphate during freeze-thaw cycling prevented titer loss. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290. Results of our freeze-thaw stability study using sodium phosphate support these findings. We find that while 150 mM sodium phosphate provides sufficient ionic strength to prevent aggregation during preparation and non-frozen storage of concentrated AAV2-AADC vector, even a single freeze-thaw cycle at −20 or −80° C. results in aggregation.

AAV stability after storage or freeze-thaw (F/T) cycling is assessed in buffers of the present invention as follows. The concentrated vectors prepared in CF, TF1, and TF2 (Table 2, Experiment 1) are subjected to a short stability study to investigate whether aggregation will occur during refrigerated storage, or following multiple freeze-thaw (F/T) cycles. Aggregation is assessed by DLS using undiluted samples, and Rh values >20 nm are deemed to indicate the occurrence of some level of aggregation.

TABLE 3

| STABILITY OF AAV2 VECTORS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Particle radius - Rh (nm) | | | | | | |
| Formu-lation | 4° C. | | −20° C. | | | −80° C. | | |
| | Pre | 5 d | 1 F/T | 5 F/T | 10 F/T | 1 F/T | 5 F/T | 10 F/T |
| CF | 14.5 | 27.0 | 22.4 | 56.1 | 94.5 | 20.6 | 57.5 | 141 |
| TF1 | 13.8 | 16.3 | TH | TH | TH | TH | TH | TH |
| TF2 | 13.8 | 14.4 | 14.2 | 14.0 | 14.1 | 13.8 | 21.3 | 50.9 |

Pre: DLS radius measured immediately following 0.2 μm filtration.
Vector concentrations (vg/mL): CF: 1.93E13, TF1: 2.38E13, TF2: 2.33E13.
TH: signal intensity is too high to measure because of extensive aggregation.

As shown in Table 3, AAV2-AADC vector prepared in CF shows some aggregation after 5 days of storage at 4° C., as well as following one or more F/T cycles at −20 or −80° C. For vector prepared in TF1, no aggregation occurs after 5 days at 4° C., but aggregation occurs following a single F/T cycle at −20 or −80° C. as indicated by a DLS signal intensity that is too high to measure. Visual inspection of these samples reveals slight cloudiness, which is consistent with aggregation. For vector prepared in TF2, no aggregation is observed at 4° C., or following up to 10 F/T cycles at −20° C. Some aggregation is observed following 5 and 10 F/T cycles at −80° C.

AAV activity after storage or F/T cycling in TF2 is assessed as follows. As described above, the high ionic strength, isotonic formulation TF2 effectively prevents vector aggregation during concentration and storage, and therefore represents a promising candidate for further study. An important question is whether preparation and storage of the vector in high ionic strength TF2 would adversely affect its functional activity. To assess this, assays are performed to measure the infectious titer and the transduction efficiency of vectors prepared and stored for an extended period of time in TF2.

For infectivity, a highly sensitive infectivity assay capable of detecting single infectious events is used. Zhen, Z. et al.

10

(2004) *Human Gene Ther.* 15: 709-715. AAV2-AADC is prepared in TF2 at a concentration of 6.4×10$^{13}$ vg/mL. After being stored for 45 days at 4° C. the preparation has a vector genome to infectious unit ratio (vg/IU) of 13, compared to a value of 16 vg/IU for the reference vector. This difference is not significant given the reported variability of this assay (RSD ~50%).

Transduction efficiency is assessed by measuring the expression of AADC protein by ELISA following transduction of D7/4 cells. FIG. **3** shows no significant difference between vector prepared in TF2 and the reference control for vector input ranging from 10 to 10$^5$ vg/cell. Together, these data indicate that preparation and storage of AAV2 vectors in high ionic strength TF2 does not have a deleterious effect on vector infectivity or transduction efficiency.

CONCLUSION

The effect of ionic strength (μ) on virus particle interactions is determined to elucidate the mechanism of vector aggregation. The ionic strength of neutral-buffered isotonic saline (μ=150 mM) is insufficient to prevent aggregation of AAV2 vectors purified by gradient ultracentrifugation or by cation exchange chromatography at concentrations exceeding ~10$^{13}$ particles/mL. Inclusion of sugars (sorbitol, sucrose, mannitol, trehalose, glycerol) at concentrations up to 5% (w/v) or of surfactants Tween80® (1%) or Pluronic® F68 (10%) does not prevent aggregation of vector particles.

In contrast, vector particles remain soluble when elevated ionic strength solutions (μ>200 mM) are used during purification and for final vector formulation. Elevated ionic strength solutions using isotonic excipient concentrations for in vivo administration are prepared with salts of multivalent ions, including sodium citrate, sodium phosphate, and magnesium sulfate. An isotonic formulation containing 10 mM Tris, 100 mM sodium citrate, 0.001% Pluronic® F68, pH 8.0 (μ~500 mM) enables concentration of AAV2-AADC vectors to 6.4×10$^{13}$ vg/mL with no aggregation observed during preparation and following ten freeze-thaw cycles at −20° C. See Table 3, below, and accompanying discussion. AAV2-AADC vectors prepared and stored for an extended period in elevated ionic strength formulation retain high infectivity titer (13 IU/vg) and transduction efficiency.

Nuclease treatment of purified AAV2 vectors reduces the degree of vector aggregation, implicating vector surface nucleic acid impurities in inter-particle interactions. Hence, purification methods to efficiently remove vector surface residual nucleic acids, coupled with the use of elevated ionic strength isotonic formulations, are useful methods to prevent AAV2 vector aggregation.

Example 1

AAV Purification Methods

AAV2 vectors expressing human coagulation factor IX (FIX) or human amino acid decarboxylase (AADC) are produced by triple transfection of HEK293 cells as previously described (Matsushita, T. et al. (1998) *Gene Therapy* 5: 938-945), with modifications. For the large scale preparations, cells are cultured and transfected in 850 mm$^2$ roller bottles (Corning). Vectors are purified by one of three methods.

In purification Method 1, modified from Matsushita, transfected HEK293 cells in roller bottles are collected by centrifugation (1000 g, 15 min), resuspended in 10 mM sodium phosphate, 500 mM sodium chloride, pH 7.2, and lysed by three freeze/thaw cycles (alternating an ethanol/dry ice bath

US 9,051,542 B2

11

and a 37° C. water bath). The cell lysate is clarified by centrifugation (8,000 g, 15 min). The supernatant is then diluted to 200 mM NaCl by addition of 10 mM sodium phosphate, pH 7.2, and digested with Benzonase® (Merck, Purity Grade 1; 200 U/mL, 1 h, 37° C.). The lysate is adjusted to 25 mM $CaCl_2$ using a 1M stock solution, and incubated at 4° C. for one hour.

The mixture is centrifuged (8,000 g, 15 min), and the supernatant containing vector is collected. To precipitate virus from the clarified cell lysate, polyethylene glycol (PEG8000) is added to a final concentration of 8%, the mixture incubated at 4° C. for three hours, and then centrifuged (8,000 g, 15 min). The pellets containing vector are re-suspended with mixing in 0.15M NaCl, 50 mM Hepes, 25 mM EDTA, pH 8.0 and incubated at 4° C. for 16 hours. The resuspended material is pooled, and solid cesium chloride is added to a final density of 1.40 gm/ml. Vector is then banded by ultracentrifugation (SW28, 27,000 rpm, 24 h, 20° C.) using a Beckman model LE-80 centrifuge. The centrifugation tubes are fractionated, and densities from 1.38 to 1.42 gm/mL containing vector are pooled. This material is banded a second time by ultracentrifugation (NVT65 rotor, 65,000 rpm, 16 h, 20° C.), and fractions containing purified AAV2 vectors are pooled. To concentrate vector and to perform buffer exchange, vectors in concentrated cesium chloride solution are subjected to ultrafiltration/diafiltration (UF/DF) by tangential flow filtration as described below (Example 2).

In purification Method 2, cell harvests containing AAV are microfluidized and filtered sequentially through 0.65 and 0.22 μm filters (Sartorius). Virus is purified from the clarified cell lysates by cation exchange chromatography using Poros HS50 resin as previously described. U.S. Pat. No. 6,593,123. For the nuclease digestion described in FIG. **2**, column-purified vectors are incubated (4 h, RT) with 100 U/mL Benzonase and 10 U/mL DNAse I (RNAse free, Roche Diagnostics, Indianapolis, Ind.).

For purification Method 3, AAV2 vectors purified by cation exchange chromatography are subjected to an additional cesium chloride gradient ultracentrifugation step (SW28, 27,000 rpm, 20 h) to remove empty capsids prior to UF/DF.

Real time quantitative PCR (Q-PCR) is used to quantify AAV preparations as previously described. Sommer, J. M. et al. (2003) *Mol. Therapy* 7: 122-128. Vectors purified by each of the three methods are analyzed by SDS-PAGE/silver staining analysis, and in all cases VP1, VP2 and VP3 are present in the expected ratios, with the capsid proteins representing >95% of total proteins as determined by scanning densitometry. However, unlike gradient-purified AAV2 vectors purified using Methods 1 and 3, vectors purified by Method 2 (column chromatography) contain empty capsids, ranging from 3-10 empty capsids per vector genome.

Example 2

Ultrafiltration and Diafiltration to Detect AAV Aggregation

Disposable hollow fiber tangential flow filtration devices (Amersham BioSciences 8" Midgee, 100 kDa nominal pore size) are used to concentrate and diafilter AAV2 vectors purified by the methods described above, and for the UF/DF experiments described in Table 2. For all UF/DF procedures a volume of diafiltration buffer corresponding to 10× the product volume is used, and it is added in ~1 mL increments to approximate continuous diafiltration. Using this method, the calculated residual CsCl after diafiltration is <0.5 mM.

The following three formulations were used for UF/DF: Control Formulation (CF: 140 mM sodium chloride, 10 mM

12

sodium phosphate, 5% sorbitol, pH 7.3); Test Formulation 1 (TF1: 150 mM sodium phosphate, pH7.5); and Test Formulation 2 (TF2: 100 mM sodium citrate, 10 mM Tris, pH8.0). For Experiment 1 shown in Table 2, diafiltration is performed at a volume corresponding to a vector concentration of $1\times10^{13}$ vg/mL, and following diafiltration the volume is reduced to a value corresponding to $2.5\times10^{13}$ vg/mL (assuming no vector loss).

For Experiment 2, diafiltration is performed at a volume corresponding to a $2\times10^{13}$ vg/mL, and the volume is then reduced to a value corresponding to $6.7\times10^{13}$ vg/mL.

For Experiment 3 (CF±Bz), AAV2-AADC (approximately $1.2\times10^{14}$ vg) is first diafiltered into TF1 (a formulation compatible with nuclease activity) and then passed through a 0.22 μm filter. The titer of this material is determined, and the volume is adjusted to correspond to a concentration of $1\times10^{13}$ vg/mL. To 10 mL of this material, $MgCl_2$ is added to a concentration of 2 mM, and then divided into two equal aliquots. One aliquot is incubated with Benzonase (200 U/mL, 4 h, RT), and the second is mock-incubated. Each aliquot is then diafiltered at a volume corresponding to a vector concentration $2\times10^{13}$ vg/mL, and then concentrated to a $3.6\times10^{13}$ vg/mL target. Following all UF/DF protocols, Pluronic® F-68 (BASF Corp., Mount Olive, N.J.) from a 1% stock is added to the vector product to a final concentration of 0.001%, and the solution is passed through a 0.22 μm syringe filter (Sartorius). All UF/DF procedures are performed in a laminar flow cabinet.

Example 3

Measurement of Vector Aggregation by Dynamic Light Scattering

Purified vectors are analyzed for aggregation by dynamic light scattering (DLS) using a Protein Solutions DynaPro 99 (λ=825.4 nm). Primary data (particle radius—Rh, average value measured over 30 cycles, 10 cycles/min) are used for all analyses reported. A "dilution-stress" method is used to assess the effect of varying excipients on vector aggregation. In this method, 80 μL of test diluent is added to 20 μL of vector solution with mixing in the actual cuvette used for DLS measurement, and data collection is initiated within 10 seconds of mixing. Prior to addition of test diluents, the Rh value for AAV2 vector preparations is measured and confirmed to be <15 nm to ensure that the starting material is monomeric. Samples that are not 100% monomeric are passed through a 0.22 μm syringe disc filter (Sartorius, low protein binding) to remove aggregates.

The osmolarity and ionic strength values given in FIGS. **1** and **2** are calculated using all excipients present in the mixture (i.e. weighted: test diluent (80%) and starting vector formulation (20%)). Osmolarity is calculated according to the equation: Osmolarity=$\Sigma c_i$, where $c_i$ is the molar concentration of each solute species. The ionic strength (μ) is calculated according to the equation: $\mu=\frac{1}{2}\Sigma c_i z_i^2$, where $z_i$ is the charge on each species. In conditions that resulted in vector aggregation (e.g. low μ) a progressive increase in Rh is observed over the course of data collection. To validate the use of the average Rh measured over the 3 minute interval following dilution as a reliable measure of aggregation, the average rate of increase of Rh ($\Delta Rh/\Delta t$) over the same time interval is also determined (not shown). Analysis of $\Delta Rh/\Delta t$ gives results concordant with those obtained using the average Rh value reported in FIGS. **1** and **2**.

US 9,051,542 B2

**13**

### Example 4

### AAV Virion Infectivity

Infectivity of AAV2-AADC vectors is determined using a highly sensitive assay as previously described. Zhen, Z. et al. (2004) *Human Gene Ther.* 15: 709-715. Briefly, samples are serially diluted (10-fold dilutions, 10 replicates/dilution) and added to D7/4 cells (modified HeLa cells expressing AAV rep and cap) grown in 96 well tissue culture plates (Falcon, cat. #353227) in DMEM medium containing 10% FBS. Adenovirus (Ad-5, 100 vp/cell) is added to each well to provide helper functions. After 48 h, replication of AAV vector in each well is quantified by Q-PCR using transgene-specific primers and probes, and the frequency of infection at limiting dilution is analyzed by the Karber method to calculate the infectivity titer. The test sample is run concurrently with an AAV2-AADC reference previously prepared in CF and stored at −80° C.

The transduction efficiency of AAV2 vectors is quantified by a whole cell ELISA. D7/4 cells grown in 96 well plates are infected with 10-fold serial dilutions of the test sample and reference vector, corresponding to 10 to $10^5$ vg/cell input (5 replicates/dilution). After 48 h, the culture medium is removed, and cells are washed twice with 200 μL PBS (10 mM sodium phosphate, 140 mM sodium chloride, pH 7.2). Cells are then permeabilized and fixed by addition of 100 μL of PBS containing 0.5% Triton X-100 and 4% paraformaldehyde to each well (15 min). The fixing solution is removed, and the cells are washed twice with PBS containing 0.5% Triton X-100. Non-specific sites are blocked by adding PBS containing 3% bovine serum albumin (BSA) and 0.5% Triton X-100 (60 min).

After washing, cells are incubated for one hour with rabbit anti-AADC IgG antibody (Chemicon, AB136), and washed. Cells are then incubated for one hour with alkaline phosphatase-conjugated goat anti-rabbit IgG, and washed. Antibodies are diluted 1:1000 in PBS containing 1% BSA, 0.5% Triton X-100. Substrate (PNPP, Pierce, cat. #34047) is then added (1 mg/mL in 1× diethanolamine substrate buffer, Pierce, cat. #34064), and after incubation for 30 min the concentration of cleaved substrate is measured spectrophoto-

**14**

metrically (λ=405 nm). Human AADC expression as a function of vector input is fitted using a spline curve (SigmaPlot). The AAV2-AADC reference vector is measured concurrently with the test sample.

While preferred illustrative embodiments of the present invention are described, it will be apparent to one skilled in the art that various changes and modifications may be made therein without departing from the invention, and it is intended in the appended claims to cover all such changes and modifications that fall within the true spirit and scope of the invention.

All publications, patents and patent applications referred to herein are hereby incorporated by reference in their entireties.

We claim:

1. A composition for the storage of purified, recombinant adeno-associated virus (AAV) vector particles, comprising:
   purified, recombinant AAV vector particles at a concentration exceeding $1 \times 10^{13}$ vg/ml up to $6.4 \times 10^{13}$ vg/ml;
   a pH buffer, wherein the pH of the composition is between 7.5 and 8.0; and
   excipients comprising one or more multivalent ions selected from the group consisting of citrate, sulfate, magnesium, and phosphate; wherein the ionic strength of the composition is greater than 200 mM, and wherein the purified AAV vector particles are stored in the composition without significant aggregation.

2. The composition of claim **1**, further comprising ethylene oxide/propylene oxide block copolymer Pluronic® F68.

3. The composition of claim **2**, wherein the Pluronic® F68 is present at a concentration of 0.001% (w/v).

4. The composition of claim **1**, wherein the pH buffer is 10 mM Tris, pH 8.0 and the excipients comprise 100 mM sodium citrate.

5. The composition of claim **1**, wherein the purified, recombinant AAV vector particles have an average particle radius (Rh) of less than about 20 nm as measured by dynamic light scattering.

6. The composition of claim **1**, wherein recovery of the purified, recombinant virus particles is at least about 90% following filtration of the composition of said AAV vector particles through a 0.22 μm filter.

* * * * *

**Disclaimer**

**9,051,542 B2 -** John Fraser Wright, Princeton, NJ (US); Guang Qu, Alameda, CA (US). COMPOSITIONS AND METHODS TO PREVENT AAV VECTOR AGGREGATION. Patent dated June 9, 2015. Disclaimer filed June 16, 2023, by the assignee, Genzyme Corporation.

I hereby disclaim the following complete claims 1 and 2, of said patent.

*(Official Gazette, August 22, 2023)*

# Exhibit B

US007704721B2

(12) **United States Patent**
Wright et al.

(10) **Patent No.:** **US 7,704,721 B2**
(45) **Date of Patent:** **Apr. 27, 2010**

---

(54) **COMPOSITIONS AND METHODS TO PREVENT AAV VECTOR AGGREGATION**

(75) Inventors: **John Fraser Wright**, Princeton, NJ (US); **Guang Qu**, Alameda, CA (US)

(73) Assignee: **Genzyme Corporation**, Framingham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/141,996**

(22) Filed: **Jun. 1, 2005**

(65) **Prior Publication Data**

US 2006/0035364 A1      Feb. 16, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/575,997, filed on Jun. 1, 2004, provisional application No. 60/639,222, filed on Dec. 22, 2004.

(51) **Int. Cl.**
*C12N 7/02* (2006.01)

(52) **U.S. Cl.** ..................................................... **435/239**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,146,874 | A | * | 11/2000 | Zolotukhin et al. | ...... 435/235.1 |
| 6,194,191 | B1 | * | 2/2001 | Zhang et al. | ............. 435/235.1 |
| 6,566,118 | B1 | * | 5/2003 | Atkinson et al. | ............ 435/239 |
| 6,593,123 | B1 | * | 7/2003 | Wright et al. | ............... 435/239 |

FOREIGN PATENT DOCUMENTS

WO          WO 99/61643 A      12/1999

OTHER PUBLICATIONS

Drittanti L. et al. Optimised helper virus-free production of high quality adeno-associated virus vectors, The Journal of Gene Medicine, 2001, 3: 59-71. entire document.*
Qu G. et al. Evidence that ionic interactions are involved in concentration-induced aggregation of recombinant adeno-associated virus, Molecular Therapy, 2003, 7(5): S348, abstract No. 901.*
The term "Purify" and "About" Merriam-Webster Online Dictionary, at the web- http://www.m-w.com, p. 1 and p. 2.*
The definition of the term "Ionic strength", Answer.com, at the web- http://www.answers.com, p. 1.*

Braun, A. et al., "Protein aggregates seem to play a key role among the parameters influencing the antigenicity of interferon alpha (IFN-alpha) in normal and transgenic mice," (1997) Pharm. Res. 14(10):1472-8.
Chen, B. et al., "Strategies to suppress aggregation of recombinant keratinocyte growth factor during liquid formulation development," (1994) J. Pharm. Sci. 83(12):1657-1661.
Chenuaud, P. et al., "Autoimmune anemia in macaques following erythropoietin gene therapy," (2004) Blood 103(9):3303-4.
Croyle, M. A. et al., "Development of formulations that enhance physical stability of viral vectors for gene therapy," (2001) Gene Therapy 8(17):1281-90.
Flotte, T. R., "Immune responses to recombinant adeno-associated virus vectors: putting preclinical findings into perspective," (2004) Human Gene Ther. 15(7):716-7.
Gao, G. et al., "Erythropoietin gene therapy leads to autoimmune anemia in macaques," (2004) Blood 103(9):3300-2.
Huang, J. et al. "AdAAV support High-titer Production of rAAV but not Stable," (2000) Mol. Therapy 1:S286.
Meijer, et al., "Targeting of drugs to the liver," (1995) Sem. Liver Dis. 15(3):202-56.
Shire, S. J. et al., "Challenges in the development of high protein concentration formulations," (2004) J. Pharm. Sci. 93(6):1390-402.
Wang, W., "Instability, stabilization, and formulation of liquid protein pharmaceuticals," (1999) Int. J. Pharm. 185(2):129-188.
Won, C. M. et al., "Stabilizers against heat-induced aggregation of RPR 114849, an acidic fibroblast growth factor (aFGF)," (1998) Int. J. Pharm. 167:25-36.
Wright, J. F. et al., "Recombinant adeno-associated virus: formulation challenges and strategies for a gene therapy vector," (2003) Curr. Opin. Drug Disc. Dev. 6(2):174-8.
Xie, Q. et al., "Large-scale production, purification and crystallization of wild-type adeno-associated virus-2," (2004) J. Virol. Methods 122(1):17-27.

(Continued)

*Primary Examiner*—Sandra Saucier
*Assistant Examiner*—Satyendra K Singh
(74) *Attorney, Agent, or Firm*—Robins & Pasternak LLP

(57) **ABSTRACT**

Compositions and methods are provided for preparation of concentrated stock solutions of AAV virions without aggregation. Formulations for AAV preparation and storage are high ionic strength solutions (e.g. $\mu \sim 500$ mM) that are nonetheless isotonic with the intended target tissue. This combination of high ionic strength and modest osmolarity is achieved using salts of high valency, such as sodium citrate. AAV stock solutions up to $6.4 \times 10^{13}$ vg/mL are possible using the formulations of the invention, with no aggregation being observed even after ten freeze-thaw cycles. The surfactant Pluronic® F68 may be added at 0.001% to prevent losses of virions to surfaces during handling. Virion preparations can also be treated with nucleases to eliminate small nucleic acid strands on virions surfaces that exacerbate aggregation.

**11 Claims, 3 Drawing Sheets**

## US 7,704,721 B2

Page 2

### OTHER PUBLICATIONS

Xie, Q. et al., "The atomic structure of adeno-associated virus (AAV-2), a vector for human gene therapy," (2002) Proc. Natl. Acad. Sci. U.S.A. 99(16):10405-10.

Zhen, Z. et al., "Infectious Titer Assay for Adeno-Associated Virus Vectors with Sensitivity Sufficient to Detect Single Infectious Events," (2004) Human Gene Ther. 15:709-15.

Adadevoh et al., "Short-Term Field Use and Shipping Stability Study of a Wild Type AD5 Adenoviral Reference Material," BioProcessing, 1(3):62-9 (2002).

High, K. A. et al., "Human Immune Responses to AAV-2 Capsid May Limit Duration of Expression in Liver-Directed Gene Transfer in Human With Hemophilis β," Blood, 104(11):121a, Abstract No. 413 (2004).

Qu, G. et al., "Evidence That Ionic Interactions Are Involved in Concentration-Induced Aggregation of Recombinant Adeno-Associated Virus," Mol. Therapy 7(5):S348, Abstract No. 901 (2003).

Qu, et al., "Scaling Up Production of Recombinant AAV Vectors for Clinical Applications," *Curr Opin Drug Disc Dev* 3(6):750-755 (2000).

Steinbach, et al., "Assembly of Adeno-Associated Virus Type 2 Capsids In Vitro," *J Gen Virol* 78(6):1453-1462 (1997).

Sommer, et al., "Quantification of Adeno-Associated Virus Particles and Empty Capsids By Optical Density Measurement," *Mol Ther* 7(1):122-128 (2003).

Wright, et al., "425. Formulation Development for AAV2 Vectors: Identification of Excipients that Inhibit Vector Aggregation," *Mol Ther* [Online] 9(S1):S163-S163 (2004).

Wright, et al., "Identification of Factors that Contribute to Recombinant AAV2 Particle Aggregation and Methods to Prevent its Occurrence During Vector Purification and Formulation," *Mol Ther* 12(1):171-178 (2005).

* cited by examiner



FIGURE 1

U.S. Patent          Apr. 27, 2010          Sheet 2 of 3          US 7,704,721 B2



FIGURE 2



FIGURE 3

US 7,704,721 B2

**1**

## COMPOSITIONS AND METHODS TO PREVENT AAV VECTOR AGGREGATION

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims benefit under 35 U.S.C. § 119(e) of provisional applications 60/575,997 filed Jun. 1, 2004 and 60/639,222 filed Dec. 22, 2004, which applications are hereby incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to compositions and methods of preparing and storing AAV virions that prevent aggregation.

### BACKGROUND

Recombinant adeno-associated virus (rAAV) is a promising vector for human gene transfer. Grimm, D., and Kleinschmidt, J. A. (1999) *Hum Gene Ther.* 10: 2445-2450; High, K. A. (2001) *Ann. N.Y. Acad. Sci.* 953: 64-67; Pfeifer, A., and Verma, I. M. (2001) *Ann. Rev. Genomics Hum. Genet.* 2: 177-211. AAV is a member of the Dependovirus genus of the parvoviruses. AAV serotype 2 (AAV2) is composed of a single-strand DNA molecule of 4680 nucleotides encoding replication (rep) and encapsidation (cap) genes flanked by inverted terminal repeat (ITR) sequences. Berns, K. I. (1996) in *Fields Virology* (B. N. Fields et. al. Eds.), pp. 2173-2197. Lippincott-Raven Publishers, Philadelphia. The genome is packaged by three capsid proteins (VP1, VP2 and VP3), which are amino-terminal variants of the cap gene product. The resulting icosahedral virus particle has a diameter of ~26 nm. A high resolution crystal structure of AAV2 has been reported. Xie, Q. et al. (2002) *Proc. Natl. Acad. Sci. U.S.A.* 99: 10405-10410.

The solubility of purified AAV2 virus particles is limited, and aggregation of AAV2 particles has been described as a problem. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290; Huang, J. et al. (2000) *Mol. Therapy* 1: S286; Wright, J. F. et al. (2003) *Curr. Opin. Drug Disc. Dev.* 6: 174-178; Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27. In commonly used buffered-saline solutions, significant aggregation occurs at concentrations of $10^{13}$ particles/mL, and aggregation increases at higher concentrations. Huang and co-workers reported that AAV vectors undergo concentration-dependent aggregation. Huang, J. et al. (2000) *Mol. Therapy* 1: S286. Xie and coworkers (Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27) similarly reported that at concentrations exceeding 0.1 mg/mL, AAV2 vectors require elevated concentrations of salt to prevent aggregation. Aggregation of AAV2 vectors occurs at particle concentrations exceeding $10^{13}$ particles/mL in commonly used neutral-buffered solutions such as phosphate- and Tris-buffered saline. This corresponds to a protein concentration of ~0.06 mg/mL, and emphasizes the low solubility of AAV2 under these conditions. The effective vector concentration limit may be even lower for vectors purified using column chromatography techniques because excess empty capsids are co-purified and contribute to particle concentration.

Particle aggregation is a significant and not fully resolved issue for adenovirus vectors as well. Stability of a recently established adenovirus reference material (ARM) was recently reported. Adadevoh, K. et al. (2002) *BioProcessing* 1(2): 62-69. Aggregation of the reference material, formulated in 20 mM Tris, 25 mM NaCl, and 2.5% glycerol at pH

**2**

8.0, was assessed by dynamic light scattering, photon correlation spectroscopy and visual appearance. A variable level of vector aggregation following either freeze-thaw cycling or non-frozen storage was observed, resulting in restrictive protocols for the use of the ARM.

Aggregation can lead to losses during purification and inconsistencies in testing of purified vector preparations. The in vivo administration of AAV2 vectors to certain sites, such as the central nervous system, may require small volumes of highly concentrated vector, and the maximum achievable dose may be limited by low vector solubility.

Vector aggregation is also likely to influence biodistribution following in vivo administration, and cause adverse immune responses to vectors following their administration. As has been reported for proteins (Braun, A. et al. (1997) *Pharm. Res.* 14: 1472-1478), aggregation of vector may increase immunogenicity by targeting the vector to antigen presenting cells, and inducing enhanced immune responses to the capsid proteins and transgene product. The reports of immune responses to AAV vectors in pre-clinical (Chenuaud, P. et al. (2004) *Blood* 103: 3303-3304; Flotte, T. R. (2004) *Human Gene Ther.* 15: 716-717; Gao, G. et al. (2004) *Blood* 103: 3300-3302) and clinical (High, K. A. et al. (2004) *Blood* 104: 121a) studies illustrate the need to address all factors that may contribute to vector immunogenicity.

Testing protocols to characterize purified vectors are also likely to be affected by vector aggregation. Determination of the infectivity titer of vector was reported to be highly sensitive to vector aggregation. Zhen, Z. et al. (2004) *Human Gene Ther.* 15: 709-715. An important concern is that vector aggregates may have deleterious consequences following their in vivo administration because their transduction efficiency, biodistribution and immunogenicity may differ from monomeric particles. For example, intravascular delivery of AAV vectors to hepatocytes requires that the vectors pass through the fenestrated endothelial cell lining of hepatic sinusoids. These fenestrations have a radius ranging from 50 to 150 nm (Meijer, K. D. F., and Molema, G. (1995) *Sem. Liver Dis.* 15: 206) that is predicted to allow the passage of monomeric AAV vectors (diameter~26 nm), but prevent the passage of larger vector aggregates. In biodistribution studies in mice, aggregated AAV2 vectors labeled with the fluorescent molecule Cy3 were sequestered in liver macrophages following vascular delivery. Huang, J. et al. (2000) *Mol. Therapy* 1: S286.

Formulation development for virus-based gene transfer vectors is a relatively recent area of investigation, and only a few studies have been reported describing systematic efforts to optimize AAV vector formulation and stability. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290; Wright, J. F. et al. (2003) *Curr. Opin. Drug Disc. Dev.* 6: 174-178; Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27. Defining formulations compatible with pre-clinical and clinical applications that minimize changes in vector preparations is an important requirement to achieve consistently high vector safety and functional characteristics. As is well established for protein therapeutics (Chen, B. et al. (1994) *J. Pharm. Sci.* 83: 1657-1661; Shire, S. J. et al. (2004) *J. Pharm. Sci.* 93: 1390-1402; Wang, W. (1999) *Int. J. Pharm.* 185: 129-188; Won, C. M. et al. (1998) *Int. J. Pharm.* 167: 25-36), an important aspect of vector stability is solubility during preparation and storage, and vector aggregation is a problem that needs to be fully addressed. Vector aggregation leads to losses during vector purification, and while aggregates can be removed by filtration, the loss in yield results in higher costs and capacity limitations when producing vector for pre-clinical and clinical studies. Even after filtration to remove aggregates, new

US 7,704,721 B2

3

aggregates can form in concentrated preparations of AAV2 vector in buffered-saline solutions.

The need exists for improved formulations and methods for purification and storage of AAV vectors, such as rAAV2, that prevent aggregation of virus particles.

## SUMMARY OF THE INVENTION

These and other needs in the art are met by the present invention, which provides high ionic strength solutions for use in preparing and storing AAV vectors that maintain high infectivity titer and transduction efficiency, even after freeze-thaw cycles.

In one aspect the invention relates to methods of preventing aggregation of virions in a preparation of virions by adding excipients to achieve an ionic strength high enough to prevent aggregation. In another aspect the invention relates to compositions of virions having an ionic strength high enough to prevent aggregation.

In some embodiments of the invention, the ionic strength is at least about 150 mM, 200 mM, 250 mM, 300 mM, 350 mM, 400 mM, 450 mM, 500 mM, 600 mM, 700 mM or more. In some embodiments this ionic strength is accomplished using excipients comprising one or more multivalent ions, for example citrate, sulfate, magnesium or phosphate.

In additional embodiments, the osmolarity of the preparation of virions is maintained at near isotonic levels, for example 200 mOsm, 250 mOsm, 280 mOsm, 300 mOsm, 350 mOsm or 400 mOsm, even though the ionic strength is high enough to prevent virion aggregation.

In some embodiments the virions are adeno-associated virus (AAV) virions, for example AAV-2.

In other embodiments of the methods of the present invention preparations of virions are treated with a nuclease, for example Benzonase®. In further embodiments, nuclease treatment is combined with addition of excipients that achieve an ionic strength high enough to prevent aggregation.

In some embodiments of the present invention, the surfactant Pluronic® F68 is added to a preparation of virions, for example to 0.001%. In one embodiment, the composition comprises purified virus particles, 10 mM Tris pH 8.0, 100 mM sodium citrate and 0.001% Pluronic® F68.

In one embodiment, AAV vectors can be stored as compositions of the present invention at concentrations exceeding $1\times10^{13}$ vg/mL, for example $2\times10^{13}$, $3\times10^{13}$, $4\times10^{13}$, $5\times10^{13}$ and up to $6.4\times10^{13}$ vg/mL, without significant aggregation. In some embodiments, AAV vectors stored using the methods and compositions of the invention do not exhibit significant aggregation when stored at 4° C. for five days. In other embodiments, AAV vectors that are stored as such compositions do not exhibit significant aggregation after one, five, ten or more freeze-thaw cycles at –20° C. or at –80° C.

In some embodiments, preparations of virions stored according to the methods and compositions of the invention exhibit an average particle radius (Rh), as measured by dynamic light scattering, indicating that no significant aggregation of virions has taken place. In some embodiments, preparations of virions stored according to the methods and compositions of the invention exhibit an average particle radius (Rh) greater than about 15 nm, 20 nm, or 30 nm.

In some embodiments, recovery of virions from preparations of virions stored according to the methods and compositions of the invention is greater than about 85%, 90% or 95% following filtration through a 0.22 μm filter.

In yet another aspect, the invention relates to kits comprising the high ionic strength formulations of the invention. In one embodiment the kit comprises a pre-mixed solution of

4

excipients. In another embodiment the kit comprises two or more separate components of a high ionic strength composition of the present invention to be mixed by a user. In some embodiments the kit comprises sodium citrate, Tris® and Pluronic® F68. In other embodiments, the kit further comprises instructions for making a composition or performing a method of the present invention.

## DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B present data showing aggregation of AAV2-FIX particles as a function of osmolarity (FIG. **1**A) or ionic strength (FIG. **1**B) for various buffer compositions. AAV2-FIX vectors are prepared by Method 2 of Example 1. Average particle radius is measured by dynamic light scattering (DLS) following vector dilution in varying concentrations of excipients buffered with 10 mM sodium phosphate at pH 7.5. Excipients include sodium chloride (●), sodium citrate (○), sodium phosphate (■), sodium sulfate (□), magnesium sulfate (▲), and glycerol (Δ).

FIG. **2** presents data on AAV2-FIX aggregation as a function of the method of purification. The average particle radius is measured by DLS following vector dilution in varying concentrations of sodium chloride buffered with 10 mM sodium phosphate at pH 7.5. Vectors are purified by Method 1 (double CsCl gradient) (○); Method 2 (cation exchange chromatography) (□); Method 2 plus nuclease digestion (■); or Method 3 (chromatography plus one CsCl gradient) (Δ). Purification Methods 1-3 are described in Example 1.

FIG. **3** presents data on transgene expression from D7/4 cells transduced with rAAV2-AADC virions prepared and stored in high ionic strength formulation (□) or in a control formulation (●). The concentration of AADC was measured by ELISA (in triplicate for each data point) 72 hours post-transduction. Error bars represent standard deviations.

## DETAILED DESCRIPTION OF THE INVENTION

AAV2 vector aggregation is frequently observed in concentrated preparations of vectors and can affect purification recovery, and in vivo potency and safety. Hence, an important objective for the development AAV2 vectors is to identify methods and formulations that prevent aggregation of vectors when concentrated stocks are prepared.

Unless otherwise indicated, the term "vector" as used herein refers to a recombinant AAV virion, or virus particle, regardless of the frequent use of "vector" to also refer to non-viral DNA molecules, such as plasmids, in other contexts.

The present invention is based in part on the observation that solution ionic strength is an important parameter in AAV vector aggregation, implicating the involvement of ionic interactions between virus particles in the aggregation process. The observation that elevated ionic strength increases AAV2 vector solubility regardless of the identity of the charged excipient supports the hypothesis that ionic strength of solution per se, rather than interactions involving a specific ionic species, is the relevant physico-chemical parameter. A threshold ionic strength of at least 200 mM is required to prevent aggregation at vector particle concentrations examined herein.

Of practical concern, commonly used buffered saline solutions have insufficient ionic strength to prevent AAV2 vector aggregation at concentrations exceeding $10^{13}$ particles/mL. It is known that high salt concentrations increase AAV2 vector solubility (e.g. highly concentrated AAV2 vectors recovered from gradients generally remain soluble in concentrated

US 7,704,721 B2

5

CsCl). However, optimal formulations for pre-clinical and clinical studies should be close to isotonic (280-400 mOsm), especially for in vivo administration of vector to sites where dilution of hypertonic solutions may be slow. In embodiments of the present invention the exponential relationship of ionic strength with charge valency is used to develop isotonic formulations with high ionic strengths. Salt species with multiple charge valencies (e.g. salts of sulfate, citrate, and phosphate) that are commonly used as excipients in human parenteral formulations can provide the level of ionic strength needed to prevent AAV2 vector aggregation when used at isotonic concentrations. While isotonic (150 mM) sodium chloride has an ionic strength of 150 mM, a value insufficient to maintain AAV2 solubility at high vector concentrations, isotonic sodium citrate, with an ionic strength of ~500 mM, can support AAV2 vector concentrations of at least $6.4 \times 10^{13}$ vg/mL without aggregation.

Without intending to be limited by theory, the low solubility of AAV2 particles may be caused by their highly symmetrical nature in conjunction with the stabilizing effect of complementary charged regions between neighbouring particles in aggregates. The surface charge density based on the crystal structure of AAV2 (Xie, Q. et al. (2002) *Proc. Natl. Acad. Sci. U.S.A.* 99: 10405-10410) reveals a pattern of positive and negative charges on the virus surface. Previous reports have shown that AAV2 vector aggregation is pH dependent, and hypothesized that amino acids with charged side groups are involved in inter-particle binding. Qu, G. et al. (2003) *Mol. Therapy* 7: S238. These reports hypothesized that if charged amino acid side chains are involved in vector aggregation, high concentrations of free amino acids could block vector particle interactions. However, we have found that amino acids with charged side chains are not effective in preventing AAV2 vector aggregation beyond their contribution to ionic strength.

Vector aggregation at low ionic strength was also found to be reduced but not prevented by efficient nuclease treatment of purified vector particles. Digestion at an earlier stage of the purification process (clarified HEK cell lysate) did not reduce aggregation following vector purification. It is likely that digestion of already purified virions is more efficient because of a higher enzyme to nucleic acid substrate ratio. One mechanism to explain these results is that residual nucleic acid impurities (e.g. host cell and plasmid DNA) bound to the vector surface can bridge to binding sites on neighbouring virus particles and thus cause aggregation. Purified AAV2 vectors (empty capsid free) have been reported to contain approximately 1% non-vector DNA. Smith, P. et al. (2003) *Mol. Therapy* 7: S348. While >50% of this non-vector DNA was reported to be nuclease resistant and was packaged within capsid particles, some impurity DNA was nuclease resistant and appeared to be associated with the surface of purified vector particles. The observation that efficient nuclease treatment can reduce vector aggregation suggests that nucleic acids associated with the vector surface at an average level not greater than ~25 nucleotides per vector particle can contribute to AAV vector aggregation.

In summary, the use of high ionic strength solutions during AAV2 vector purification and final formulation, and efficient removal of residual vector surface DNA are two effective strategies to achieve highly concentrated solutions of AAV2 vectors for use in pre-clinical and clinical studies. High ionic strength solutions and nuclease treatment can be used in combination or separately. Although data were obtained using AAV2 vectors, the composition and methods of the

6

present invention may also be useful with other AAV serotypes/variants, or other viral vectors such as adenoviruses, lentiviruses and retroviruses.

AAV Aggregation as a Function of Excipient Concentration

Initial screening experiments are performed to elucidate the mechanism of AAV vector aggregation and to identify classes of excipients that can reduce/prevent aggregation. Vector aggregation can be caused by dilution (5-fold) of vector in neutral-buffered saline with low concentration buffer (20 mM sodium phosphate, pH 7.2). Excipients are screened using this "dilution-stress" method to identify excipients that are able to prevent vector aggregation when included in the diluent. For screening, aggregation is measured by dynamic light scattering (DLS). Classes of excipients examined included selected inorganic salts, amino acids, uncharged carbohydrates, and surfactants. Results are presented in Table 1.

TABLE 1

SCREENING FOR EXCIPIENTS THAT PREVENT AAV2 VECTOR
AGGREGATION USING DILUTION-STRESS METHOD

| Excipient | Osm required to prevent aggregation (max tested) |
|---|---|
| Magnesium sulfate | 180 mOsm |
| Sodium citrate | 220 mOsm |
| Sodium chloride | 320 mOsm |
| Sodium phosphate | 220 mOsm |
| Sodium sulfate | 220 mOsm |
| Arginine | NIA (200 mOsm) |
| Aspartic acid | 320 mOsm |
| Glutamic acid | 320 mOsm |
| Glycine | NIA (200 mOsm) |
| Histidine | NIA (200 mOsm) |
| Lysine | 300 mOsm |
| Glycerol | NIA (5% w/v, 543 mOsm) |
| Iodixanol | NIA (5% w/v, 32 mOsm) |
| Mannitol | NIA (5% w/v, 275 mOsm) |
| Sorbitol | NIA (5% w/v, 275 mOsm) |
| Sucrose | NIA (5% w/v, 146 mOsm) |
| Trehalose | NIA (5% w/v, 146 mOsm) |
| Pluronic ® F68 | NIA (10% w/v, 12 mOsm) |
| Polysorbate 80 | NIA (1% w/v) |

NIA: No inhibition of aggregation

As illustrated in Table 1, charged excipients (inorganic salts and amino acids) prevent aggregation when present at sufficient concentrations. However, salt concentrations required to prevent vector aggregation vary, ranging from 180 mOsm for magnesium sulfate, to 320 mOsm for sodium chloride. The amino acids arginine, aspartic acid, glutamic acid, glycine, histidine, and lysine do not prevent aggregation at 200 mOsm, but lysine, aspartic acid, and glutamic acid prevent aggregation at 300-320 mOsm. Arginine, glycine and histidine were not tested at concentrations other than 200 mOsm. Selected carbohydrates have no effect on vector particle aggregation when present at concentrations up to 5% w/v. For example, 5% w/v glycerol (543 mOsm) does not prevent aggregation. The surfactants Polysorbate 80 (1% w/v) and Pluronic® F68 (10% w/v) similarly have no effect on aggregation using the "dilution-stress" method.

AAV Aggregation as a Function of Osmolarity and Ionic Strength

FIGS. 1A and 1B show the results of a more detailed analysis of vector aggregation as a function of the concentration of various salts. FIG. 1A shows vector aggregation as a function of the osmolarity of selected excipients. For charged species a concentration-dependent inhibition of AAV2 vector aggregation is observed. Salts with multivalent ions achieve a

US 7,704,721 B2

7

similar degree of inhibition of aggregation at lower concentrations than monovalent sodium chloride. For example, magnesium sulfate prevents aggregation at $\geqq 200$ mOsm whereas sodium chloride requires $\geqq 350$ mOsm to achieve a similar effect. Sodium citrate, sodium sulfate, and sodium phosphate are intermediate in their potency to prevent vector aggregation.

Although the results in FIG. **1**A and Table 1 show no effect of glycerol and certain sugars at concentrations up to 5% on AAV2 vector aggregation induced by low ionic strength, the data cannot rule out improvement of AAV2 solubility at glycerol concentrations above 5%. For example, Xie and co-workers reported that 25% (w/v) glycerol enabled concentration of AAV2 to very high concentrations (4.4 to $18 \times 10^{14}$ particles/ml) in low ionic strength solutions. Xie, Q. et al. (2004) *J. Virol. Methods* 122: 17-27.

FIG. **1**B shows the data of FIG. **1**A plotted as a function of the calculated ionic strength, rather than osmolarity, for each excipient. FIG. **1**B demonstrates that vector aggregation is prevented when ionic strength is ~200 mM or greater regardless of which salt is used. These data suggested that the ionic strength ($\mu$) of a solution, a parameter that depends on both solute concentration and charge valency, is the primary factor affecting aggregation.

Ionic strengths useful to prevent aggregation in embodiments of the present invention include, for example, 250 mM, 300 mM, 350 mM, 400 mM, 450 mM, 500 mM, 600 mM, 700 mM or higher ionic strengths. Multivalent ions are preferred to achieve these ionic strengths in methods and formulations of the present invention, such as divalent, trivalent, tetravalent, pentavalent ions and ions of even higher valency. The pH buffer in solutions and formulations of the present invention may be phosphate, Tris, or HEPES (or other Good's buffers), but any other suitable pH buffer may be used. In preferred embodiments, the multivalent ions and buffer are selected to be compatible with the target tissue for the vector being prepared.

Use of multivalent ions in the methods and compositions of the invention makes it possible to create compositions of high ionic strength but relatively low osmolarity. High ionic strength compositions of the present invention may be nearly isotonic, and may be, for example, about 200 mOsm, 250 mOsm, 280 mOsm, 300 mOsm, 350 mOsm or 400 mOsm, although other osmolarities may be acceptable for some uses of the compositions.

AAV Aggregation as a Function of the Method of AAV Purification

Recombinant AAV2 purified using different methods (e.g. density gradient purification versus ion-exchange chromatography) would be expected to have different impurity profiles. FIG. **2** shows vector aggregation as a function of ionic strength for several preparations of AAV differing in the purification method. Purification methods are described in Example 1. Sodium chloride is used to vary the ionic strength. AAV2-FIX vectors purified by double cesium chloride gradient ultracentrifugation (Method 1), by cation exchange column chromatography (Method 2), or by combined column and cesium chloride gradient ultracentrifugation (Method 3) each demonstrate similar aggregation responses as ionic strength is decreased. In contrast, AAV2-FIX purified by the column method and then subjected to a nuclease digestion step (Method 2+nuclease) shows reduced aggregation at low ionic strength.

AAV Aggregation at Preparative Scale

The data in Table 1 and FIGS. **1**A, **1**B and **2** involve vector aggregation at an analytical scale, employing DLS to measure

8

aggregation. Table 2, in contrast, shows the effects of elevated ionic strength and nuclease treatment on AAV2 vector aggregation at a larger scale, using methods to induce and quantify vector aggregation that are relevant to preparative scale vector purification. Experimental details are provided in Example 2. Purified AAV vectors are diafiltered into solutions of various ionic strengths, the volume is reduced to achieve high vector concentrations, and aggregation is then assessed by measuring vector recovery after filtration through a 0.22 $\mu$m filter. Aliquots from a single pool of AAV2-AADC vector purified by Method 1 through the second CsCl gradient centrifugation step ($1.8 \times 10^{15}$ vg in 91 mL, $1.8 \times 10^{13}$ vg/mL, in ~3M CsCl) are used as starting material in the diafiltration experiments. Tangential flow filtration using hollow fibers is used for diafiltration because it is scalable and yet it still enables preparation of volumes (min. 1.4 mL), and thus AAV concentrations, at which aggregation would be expected in neutral buffered saline.

In Experiment 1, three hollow fiber units are used to diafilter AAV2-AADC vector in formulations CF, TF1, or TF2, and the volume is reduced to a target of $2.5 \times 10^{13}$ vg/mL. See Example 2. The samples are then filtered through a 0.22 $\mu$m filter. Results are shown in Table 2. Vector recovery ("Yield %") for both elevated ionic strength formulations TF1 (95±7.4%) and TF2 (93±7.4%) are significantly higher than the recovery using the control formulation CF (77±6.6%).

TABLE 2

| AAV VECTOR RECOVERY AT PROCESS SCALE | | | | | |
|---|---|---|---|---|---|
| Experiment | Formulation | $\mu$ (mM) | Target (vg/mL) | Actual (vg/mL) | Yield % (RSD) |
| 1 | CF | 160 | 2.5E13 | 1.93E13 | 77 (6.6) |
| 1 | TF1 | 310 | 2.5E13 | 2.38E13 | 95 (7.4) |
| 1 | TF2 | 510 | 2.5E13 | 2.33E13 | 93 (7.4) |
| 2 | CF | 160 | 6.7E13 | 3.98E13 | 59 (6.0) |
| 2 | TF2 | 510 | 6.7E13 | 6.42E13 | 96 (4.4) |
| 3 | CF (−Bz) | 160 | 3.6E13 | 2.46E13 | 68 (11) |
| 3 | CF (+Bz) | 160 | 3.6E13 | 3.29E13 | 91 (12) |

In Experiment 2, AAV2-AADC is concentrated to a higher target value ($6.7 \times 10^{13}$ vg/mL) in CF or TF2. Vector recovery using TF2 (96±4.4%) is again significantly higher than recovery using CF (59±6.0%). Within the variability of the assays used, vector was recovered fully at both target concentrations using TF2, indicating that aggregation was prevented. In contrast, significant aggregation was observed at both target concentrations using CF, and the extent of aggregation (i.e. loss following 0.22 $\mu$m filtration) was higher at the higher target vector concentration. In an additional experiment (not shown), 50 $\mu$L samples of AAV2 vector are taken following concentration but prior to the 0.22 $\mu$m filtration step of Experiment 2, and examined by light microscopy. Vector concentrated in CF contains obvious amounts of visible material (not shown), while no such material is seen in vector concentrated in TF2.

Experiment 3 examines the effect of prior nuclease digestion of purified vector on aggregation. In the absence of nuclease digestion recovery of AAV2-AADC in CF is 68±11%, similar to the recoveries in Experiments 1 and 2. In contrast, purified vector treated with nuclease and then concentrated in CF gives higher recovery (91±12%). These prep scale results reflect the same effect of nuclease digestion shown in FIG. **2** using the "dilution-stress" (analytical scale) method.

The results presented in Table 2 demonstrate that the methods and compositions of the present invention increase the

US 7,704,721 B2

9

recovery of AAV vector recovery. For example, in various embodiments of the present invention, recovery is improved from less than about 80% to at least about 85%, 90%, 95% or more.

AAV Stability and Activity Following Storage or Freeze-Thaw Cycling

Croyle and coworkers reported a significant loss of titer of AAV and adenovirus following multiple freeze-thaw cycling in sodium phosphate buffer, and demonstrated that the better pH buffering provided by potassium phosphate during freeze-thaw cycling prevented titer loss. Croyle, M. A. et al. (2001) *Gene Therapy* 8: 1281-1290. Results of our freeze-thaw stability study using sodium phosphate support these findings. We find that while 150 mM sodium phosphate provides sufficient ionic strength to prevent aggregation during preparation and non-frozen storage of concentrated AAV2-AADC vector, even a single freeze-thaw cycle at –20 or –80° C. results in aggregation.

AAV stability after storage or freeze-thaw (F/T) cycling is assessed in buffers of the present invention as follows. The concentrated vectors prepared in CF, TF1, and TF2 (Table 2, Experiment 1) are subjected to a short stability study to investigate whether aggregation will occur during refrigerated storage, or following multiple freeze-thaw (F/T) cycles. Aggregation is assessed by DLS using undiluted samples, and Rh values >20 nm are deemed to indicate the occurrence of some level of aggregation.

TABLE 3

STABILITY OF AAV2 VECTORS

| | | | Particle radius - Rh (nm) | | | | | |
|---|---|---|---|---|---|---|---|---|
| Formula- | 4° C. | | –20° C. | | | –80° C. | | |
| tion | Pre | 5 d | 1 F/T | 5 F/T | 10 F/T | 1 F/T | 5 F/T | 10 F/T |
| CF | 14.5 | 27.0 | 22.4 | 56.1 | 94.5 | 20.6 | 57.5 | 141 |
| TF1 | 13.8 | 16.3 | TH | TH | TH | TH | TH | TH |
| TF2 | 13.8 | 14.4 | 14.2 | 14.0 | 14.1 | 13.8 | 21.3 | 50.9 |

Pre: DLS radius measured immediately following 0.2 μm filtration.
Vector concentrations (vg/mL): CF: 1.93E13, TF1: 2.38E13, TF2: 2.33E13.
TH: signal intensity is too high to measure because of extensive aggregation.

As shown in Table 3, AAV2-AADC vector prepared in CF shows some aggregation after 5 days of storage at 4° C., as well as following one or more F/T cycles at –20 or –80° C. For vector prepared in TF1, no aggregation occurs after 5 days at 4° C., but aggregation occurs following a single F/T cycle at –20 or –80 ° C. as indicated by a DLS signal intensity that is too high to measure. Visual inspection of these samples reveals slight cloudiness, which is consistent with aggregation. For vector prepared in TF2, no aggregation is observed at 4° C., or following up to 10 F/T cycles at –20° C. Some aggregation is observed following 5 and 10 F/T cycles at –80° C.

AAV activity after storage or F/T cycling in TF2 is assessed as follows. As described above, the high ionic strength, isotonic formulation TF2 effectively prevents vector aggregation during concentration and storage, and therefore represents a promising candidate for further study. An important question is whether preparation and storage of the vector in high ionic strength TF2 would adversely affect its functional activity. To assess this, assays are performed to measure the infectious titer and the transduction efficiency of vectors prepared and stored for an extended period of time in TF2.

For infectivity, a highly sensitive infectivity assay capable of detecting single infectious events is used. Zhen, Z. et al.

10

(2004) *Human Gene Ther.* 15: 709-715. AAV2-AADC is prepared in TF2 at a concentration of $6.4 \times 10^{13}$ vg/mL. After being stored for 45 days at 4° C. the preparation has a vector genome to infectious unit ratio (vg/IU) of 13, compared to a value of 16 vg/IU for the reference vector. This difference is not significant given the reported variability of this assay (RSD ~50%).

Transduction efficiency is assessed by measuring the expression of AADC protein by ELISA following transduction of D7/4 cells. FIG. **3** shows no significant difference between vector prepared in TF2 and the reference control for vector input ranging from 10 to $10^5$ vg/cell. Together, these data indicate that preparation and storage of AAV2 vectors in high ionic strength TF2 does not have a deleterious effect on vector infectivity or transduction efficiency.

Conclusion

The effect of ionic strength (μ) on virus particle interactions is determined to elucidate the mechanism of vector aggregation. The ionic strength of neutral-buffered isotonic saline (μ=150 mM) is insufficient to prevent aggregation of AAV2 vectors purified by gradient ultracentrifugation or by cation exchange chromatography at concentrations exceeding $\sim 10^{13}$ particles/mL. Inclusion of sugars (sorbitol, sucrose, mannitol, trehalose, glycerol) at concentrations up to 5% (w/v) or of surfactants Tween80® (1%) or Pluronic® F68 (10%) does not prevent aggregation of vector particles.

In contrast, vector particles remain soluble when elevated ionic strength solutions (μ>200 mM) are used during purification and for final vector formulation. Elevated ionic strength solutions using isotonic excipient concentrations for in vivo administration are prepared with salts of multivalent ions, including sodium citrate, sodium phosphate, and magnesium sulfate. An isotonic formulation containing 10 mM Tris, 100 mM sodium citrate, 0.001 % Pluronic® F68, pH 8.0 (μ~500 mM) enables concentration of AAV2-AADC vectors to $6.4 \times 10^{13}$ vg/mL with no aggregation observed during preparation and following ten freeze-thaw cycles at –20° C. See Table 3, below, and accompanying discussion. AAV2-AADC vectors prepared and stored for an extended period in elevated ionic strength formulation retain high infectivity titer (13 IU/vg) and transduction efficiency.

Nuclease treatment of purified AAV2 vectors reduces the degree of vector aggregation, implicating vector surface nucleic acid impurities in inter-particle interactions. Hence, purification methods to efficiently remove vector surface residual nucleic acids, coupled with the use of elevated ionic strength isotonic formulations, are useful methods to prevent AAV2 vector aggregation.

EXAMPLE 1

AAV Purification Methods

AAV2 vectors expressing human coagulation factor IX (FIX) or human amino acid decarboxylase (AADC) are produced by triple transfection of HEK293 cells as previously described (Matsushita, T. et al. (1998) *Gene Therapy* 5: 938-945), with modifications. For the large scale preparations, cells are cultured and transfected in 850 mm² roller bottles (Corning). Vectors are purified by one of three methods.

In purification Method 1, modified from Matsushita, transfected HEK293 cells in roller bottles are collected by centrifugation (1000 g, 15 min), resuspended in 10 mM sodium phosphate, 500 mM sodium chloride, pH 7.2, and lysed by three freeze/thaw cycles (alternating an ethanol/dry ice bath and a 37° C. water bath). The cell lysate is clarified by cen-

US 7,704,721 B2

**11**

trifugation (8,000 g, 15 min). The supernatant is then diluted to 200 mM NaCl by addition of 10 mM sodium phosphate, pH 7.2, and digested with Benzonase® (Merck, Purity Grade 1; 200 U/mL, 1 h, 37° C.). The lysate is adjusted to 25 mM $CaCl_2$ using a 1M stock solution, and incubated at 4° C. for one hour.

The mixture is centrifuged (8,000 g, 15 min), and the supernatant containing vector is collected. To precipitate virus from the clarified cell lysate, polyethylene glycol (PEG8000) is added to a final concentration of 8%, the mixture incubated at 4° C. for three hours, and then centrifuged (8,000 g, 15 min). The pellets containing vector are re-suspended with mixing in 0.15M NaCl, 50 mM Hepes, 25 mM EDTA, pH 8.0 and incubated at 4° C. for 16 hours. The resuspended material is pooled, and solid cesium chloride is added to a final density of 1.40 gm/ml. Vector is then banded by ultracentrifugation (SW28, 27,000 rpm, 24 h, 20° C.) using a Beckman model LE-80 centrifuge. The centrifugation tubes are fractionated, and densities from 1.38 to 1.42 gm/mL containing vector are pooled. This material is banded a second time by ultracentrifugation (NVT65 rotor, 65,000 rpm, 16 h, 20° C.), and fractions containing purified AAV2 vectors are pooled. To concentrate vector and to perform buffer exchange, vectors in concentrated cesium chloride solution are subjected to ultrafiltration/diafiltration (UF/DF) by tangential flow filtration as described below (Example 2).

In purification Method 2, cell harvests containing AAV are microfluidized and filtered sequentially through 0.65 and 0.22 µm filters (Sartorius). Virus is purified from the clarified cell lysates by cation exchange chromatography using Poros HS50 resin as previously described. U.S. Pat. No. 6,593,123. For the nuclease digestion described in FIG. **2**, column-purified vectors are incubated (4 h, RT) with 100 U/mL Benzonase and 10 U/mL DNAse I (RNAse free, Roche Diagnostics, Indianapolis, Ind.).

For purification Method 3, AAV2 vectors purified by cation exchange chromatography are subjected to an additional cesium chloride gradient ultracentrifugation step (SW28, 27,000 rpm, 20 h) to remove empty capsids prior to UF/DF.

Real time quantitative PCR (Q-PCR) is used to quantify AAV preparations as previously described. Sommer, J. M. et al. (2003) *Mol. Therapy* 7: 122-128. Vectors purified by each of the three methods are analyzed by SDS-PAGE/silver staining analysis, and in all cases VP1, VP2 and VP3 are present in the expected ratios, with the capsid proteins representing >95% of total proteins as determined by scanning densitometry. However, unlike gradient-purified AAV2 vectors purified using Methods 1 and 3, vectors purified by Method 2 (column chromatography) contain empty capsids, ranging from 3-10 empty capsids per vector genome.

EXAMPLE 2

Ultrafiltration and Diafiltration to Detect AAV Aggregation

Disposable hollow fiber tangential flow filtration devices (Amersham BioSciences 8" Midgee, 100 kDa nominal pore size) are used to concentrate and diafilter AAV2 vectors purified by the methods described above, and for the UF/DF experiments described in Table 2. For all UF/DF procedures a volume of diafiltration buffer corresponding to 10× the product volume is used, and it is added in ~1 mL increments to approximate continuous diafiltration. Using this method, the calculated residual CsCl after diafiltration is <0.5 mM.

The following three formulations were used for UF/DF: Control Formulation (CF: 140 mM sodium chloride, 10 mM sodium phosphate, 5% sorbitol, pH 7.3); Test Formulation 1

**12**

(TF1: 150 mM sodium phosphate, pH7.5); and Test Formulation 2 (TF2: 100 mM sodium citrate, 10 mM Tris, pH8.0). For Experiment 1 shown in Table 2, diafiltration is performed at a volume corresponding to a vector concentration of $1\times10^{13}$ vg/mL, and following diafiltration the volume is reduced to a value corresponding to $2.5\times10^{13}$ vg/mL (assuming no vector loss).

For Experiment 2, diafiltration is performed at a volume corresponding to a $2\times10^{13}$ vg/mL, and the volume is then reduced to a value corresponding to $6.7\times10^{13}$ vg/mL.

For Experiment 3 (CF±Bz), AAV2-AADC (approximately $1.2\times10^{14}$ vg) is first diafiltered into TF1 (a formulation compatible with nuclease activity) and then passed through a 0.22 µm filter. The titer of this material is determined, and the volume is adjusted to correspond to a concentration of $1\times10^{13}$ vg/mL. To 10 mL of this material, $MgCl_2$ is added to a concentration of 2 mM, and then divided into two equal aliquots. One aliquot is incubated with Benzonase (200 U/mL, 4 h, RT), and the second is mock-incubated. Each aliquot is then diafiltered at a volume corresponding to a vector concentration $2\times10^{13}$ vg/mL, and then concentrated to a $3.6\times10^{13}$ vg/mL target. Following all UF/DF protocols, Pluronic® F-68 (BASF Corp., Mount Olive, N.J.) from a 1% stock is added to the vector product to a final concentration of 0.001%, and the solution is passed through a 0.22 µm syringe filter (Sartorius). All UF/DF procedures are performed in a laminar flow cabinet.

EXAMPLE 3

Measurement of Vector Aggregation by Dynamic Light Scattering

Purified vectors are analyzed for aggregation by dynamic light scattering (DLS) using a Protein Solutions DynaPro 99 ($\lambda$=825.4 nm). Primary data (particle radius—Rh, average value measured over 30 cycles, 10 cycles/min) are used for all analyses reported. A "dilution-stress" method is used to assess the effect of varying excipients on vector aggregation. In this method, 80 µL of test diluent is added to 20 µL of vector solution with mixing in the actual cuvette used for DLS measurement, and data collection is initiated within 10 seconds of mixing. Prior to addition of test diluents, the Rh value for AAV2 vector preparations is measured and confirmed to be <15 nm to ensure that the starting material is monomeric. Samples that are not 100% monomeric are passed through a 0.22 µm syringe disc filter (Sartorius, low protein binding) to remove aggregates.

The osmolarity and ionic strength values given in FIGS. **1** and **2** are calculated using all excipients present in the mixture (i.e. weighted: test diluent (80%) and starting vector formulation (20%)). Osmolarity is calculated according to the equation: Osmolarity=$\Sigma c_i$, where $c_i$ is the molar concentration of each solute species. The ionic strength ($\mu$) is calculated according to the equation: $\mu=\frac{1}{2}\Sigma c_i z_i^2$, where $z_i$ is the charge on each species. In conditions that resulted in vector aggregation (e.g. low $\mu$) a progressive increase in Rh is observed over the course of data collection. To validate the use of the average Rh measured over the 3 minute interval following dilution as a reliable measure of aggregation, the average rate of increase of Rh ($\Delta Rh/\Delta t$) over the same time interval is also

US 7,704,721 B2

**13**

determined (not shown). Analysis of $\Delta Rh/\Delta t$ gives results concordant with those obtained using the average Rh value reported in FIGS. **1** and **2**.

EXAMPLE 4

AAV Virion Infectivity

Infectivity of AAV2-AADC vectors is determined using a highly sensitive assay as previously described. Zhen, Z. et al. (2004) *Human Gene Ther.* 15: 709-715. Briefly, samples are serially diluted (10-fold dilutions, 10 replicates/dilution) and added to D7/4 cells (modified HeLa cells expressing AAV rep and cap) grown in 96 well tissue culture plates (Falcon, cat. #353227) in DMEM medium containing 10% FBS. Adenovirus (Ad-5, 100 vp/cell) is added to each well to provide helper functions. After 48 h, replication of AAV vector in each well is quantified by Q-PCR using transgene-specific primers and probes, and the frequency of infection at limiting dilution is analyzed by the Karber method to calculate the infectivity titer. The test sample is run concurrently with an AAV2-AADC reference previously prepared in CF and stored at $-80°$ C.

The transduction efficiency of AAV2 vectors is quantified by a whole cell ELISA. D7/4 cells grown in 96 well plates are infected with 10-fold serial dilutions of the test sample and reference vector, corresponding to 10 to $10^5$ vg/cell input (5 replicates/dilution). After 48 h, the culture medium is removed, and cells are washed twice with 200 µL PBS (10 mM sodium phosphate, 140 mM sodium chloride, pH 7.2). Cells are then permeabilized and fixed by addition of 100 µL of PBS containing 0.5% Triton X-100 and 4% paraformaldehyde to each well (15 min). The fixing solution is removed, and the cells are washed twice with PBS containing 0.5% Triton X-100. Non-specific sites are blocked by adding PBS containing 3% bovine serum albumin (BSA) and 0.5% Triton X-100 (60 min).

After washing, cells are incubated for one hour with rabbit anti-AADC IgG antibody (Chemicon, AB136), and washed. Cells are then incubated for one hour with alkaline phosphatase-conjugated goat anti-rabbit IgG, and washed. Antibodies are diluted 1:1000 in PBS containing 1% BSA, 0.5% Triton X-100. Substrate (PNPP, Pierce, cat. #34047) is then added (1 mg/mL in 1×diethanolamine substrate buffer, Pierce, cat. #34064), and after incubation for 30 min the concentration of cleaved substrate is measured spectrophotometrically ($\lambda$=405 nm). Human AADC expression as a function of vector input is fitted using a spline curve (SigmaPlot). The AAV2-AADC reference vector is measured concurrently with the test sample.

While preferred illustrative embodiments of the present invention are described, it will be apparent to one skilled in

**14**

the art that various changes and modifications may be made therein without departing from the invention, and it is intended in the appended claims to cover all such changes and modifications that fall within the true spirit and scope of the invention.

All publications, patents and patent applications referred to herein are hereby incorporated by reference in their entireties.

We claim:

**1**. A method of preventing aggregation of recombinant adeno-associated virus (rAAV) virions in a purified preparation of rAAV virions, comprising:

1) providing a lysate comprising rAAV virions;

2) purifying rAAV virions from the lysate using ultracentrifugation and/or chromatography, wherein said virions are purified; and

3) adding one or more salts of multivalent ions selected from the group consisting of citrate, phosphate, sulfate and magnesium to said purified virions to produce a preparation of virions with an ionic strength of at least 200 mM, wherein the concentration of purified rAAV virions in said preparation exceeds $1\times10^{13}$ vg/ml up to $6.4\times10^{13}$ vg/ml; and wherein the pH of the purified preparation of rAAV virions is between 7.5 and 8.0.

**2**. The method of claim **1**, further comprising treating said purified virions with a nuclease.

**3**. The method of claim **2**, wherein the nuclease is an endonuclease from *Serratia marcescens*.

**4**. The method of claim **1**, wherein the multivalent ion is citrate.

**5**. The method of claim **1**, wherein the osmolarity of the preparation of virions after addition of the one or more salts of multivalent ions is no greater than about 280 mOsm.

**6**. The method of claim **1**, wherein, after addition of the one or more salts of multivalent ions, the average particle radius (Rh) of the virions in the preparation of virions is less than about 20 nm as measured by dynamic light scattering.

**7**. The method of claim **1**, wherein, after addition of the one or more salts of multivalent ions, recovery of the virions is at least about 90% following filtration of the preparation of virions through a 0.22 µm filter.

**8**. The method of claim **2**, wherein rAAV virions are purified from the lysate using cesium chloride gradient ultracentrifugation.

**9**. The method of claim **2**, wherein rAAV virions are purified from the lysate using cation exchange chromatography.

**10**. The method of claim **2**, wherein rAAV virions are purified from the lysate using cation exchange chromatography and cesium chloride gradient ultracentrifugation.

**11**. The method of claim **2**, further comprising diafiltering the purified rAAV virions to achieve an ionic strength of at least 200 mM.

\* \* \* \* \*

# Exhibit C

# HIGHLIGHTS OF PRESCRIBING INFORMATION

**These highlights do not include all the information needed to use ELEVIDYS® safely and effectively. See full prescribing information for ELEVIDYS.**

**ELEVIDYS (delandistrogene moxeparvovec-rokl) suspension, for intravenous infusion**
**Initial U.S. Approval: 2023**

-------------------------RECENT MAJOR CHANGES-------------------------

| | |
|---|---|
| Indication and Usage (1) | 6/2024 |
| Dosage and Administration (2) | 6/2024 |
| Warnings and Precautions (5) | 6/2024 |

-----------------------------INDICATIONS AND USAGE-----------------------------
ELEVIDYS is an adeno-associated virus vector-based gene therapy indicated in individuals at least 4 years of age:
ï For the treatment of Duchenne muscular dystrophy (DMD) in patients who are ambulatory and have a confirmed mutation in the *DMD* gene. (1,12.2,14)
ï For the treatment of DMD in patients who are non-ambulatory and have a confirmed mutation in the *DMD* gene (1, 12.2)
The DMD indication in non-ambulatory patients is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin (noted hereafter as "micro-dystrophin"). Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s). (1, 12.2)

-----------------------------DOSAGE AND ADMINISTRATION-----------------------------
**ELEVIDYS is for single-dose intravenous infusion only.**
ï Select patients for treatment with ELEVIDYS with anti-AAVrh74 total binding antibody titers <1:400. (2.1)
ï Recommended dosage: 10 to 70 kg: $1.33 \times 10^{14}$ vector genomes (vg) per kg of body weight; 70 kg or greater: $9.31 \times 10^{15}$ vg. (2.2)
ï There is limited safety data available in non-ambulatory patients weighing 70 kg or greater, who received the maximum dose of ELEVIDYS, $9.31 \times 10^{15}$ vg, in clinical trials. (2.2)
ï Postpone in patients with concurrent infections until the infection has resolved. (2.2)
ï Assess liver function, platelet counts and troponin-I before ELEVIDYS infusion. (2)
ï One day prior to infusion, initiate a corticosteroid regimen for a minimum of 60 days. Recommend modifying corticosteroid dose for patients with liver function abnormalities. (2.2)
ï Administer as an intravenous infusion over 1-2 hours. Infuse at a rate of less than 10 mL/kg/hour. (2.4)

----------------------DOSAGE FORMS AND STRENGTHS----------------------
ï ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL. (3)
ï ELEVIDYS is provided in a customized kit containing ten to seventy 10 mL single-dose vials, with each kit constituting a dosage unit based on the patient's body weight. (3)

-----------------------------CONTRAINDICATIONS-----------------------------
ï ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene. (4)

-----------------------WARNINGS AND PRECAUTIONS-----------------------
ï Infusion-related Reactions: Infusion-related reactions, including hypersensitivity reactions and anaphylaxis, have occurred. Monitor during administration and for at least 3 hours after end of infusion. If symptoms occur, slow or stop the infusion and give appropriate treatment. Once symptoms resolve, restart infusion at a slower infusion rate. Discontinue infusion for anaphylaxis. (2.4, 5.1)
ï Acute Serious Liver Injury: Acute serious liver injury has been observed. Monitor liver function before ELEVIDYS infusion, and weekly for the first 3 months after ELEVIDYS infusion. Continue monitoring until results are unremarkable. If acute serious liver injury is suspected, a consultation with a specialist is recommended. (5.2)
ï Immune-mediated Myositis: Patients with deletions in the *DMD* gene in exons 1 to 17 and /or exons 59 to 71 may be at risk for severe immune-mediated myositis reaction. Consider additional immunomodulatory treatment (immunosuppressants [e.g., calcineurin-inhibitor] in addition to corticosteroids) if symptoms of myositis occur (e.g., unexplained increased muscle pain, tenderness, or weakness). (5.3)
ï Myocarditis: Myocarditis and troponin-I elevations have been observed. Monitor troponin-I before ELEVIDYS infusion, and weekly for the first month after ELEVIDYS infusion. (5.4)
ï Pre-existing Immunity against AAVrh74: Perform baseline testing for presence of anti-AAVrh74 total binding antibodies prior to ELEVIDYS administration. (5.5)

-----------------------------ADVERSE REACTIONS-----------------------------
Most common adverse reactions across studies (incidence ≥5%) were vomiting and nausea, liver injury, pyrexia, and thrombocytopenia. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Sarepta Therapeutics, Inc., at 1-888-SAREPTA (1-888-727-3782) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 6/2024**

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
    2.1 Patient Selection
    2.2 Dose
    2.3 Preparation
    2.4 Administration
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
    5.1 Infusion-related Reactions
    5.2 Acute Serious Liver Injury
    5.3 Immune-mediated Myositis
    5.4 Myocarditis
    5.5 Pre-existing Immunity against AAVrh74
**6 ADVERSE REACTIONS**
    6.1 Clinical Trials Experience
    6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**

**8 USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.2 Lactation
    8.4 Pediatric Use
    8.5 Geriatric Use
    8.6 Hepatic Impairment
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.2 Pharmacodynamics
    12.3 Pharmacokinetics
    12.6 Immunogenicity
**13 NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of
        Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
    16.1 How Supplied
    16.2 Storage and Handling
**17 PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

**1  INDICATIONS AND USAGE**

ELEVIDYS is indicated for the treatment of Duchenne muscular dystrophy (DMD) in individuals at least 4 years of age:

- ï    For patients who are ambulatory and have a confirmed mutation in the *DMD* gene *[see Clinical Pharmacology (12.2), Clinical Studies (14)*]
- ï    For patients who are non-ambulatory and have a confirmed mutation in the *DMD* gene.

The DMD indication in non-ambulatory patients is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin (noted hereafter as "micro-dystrophin") in skeletal muscle. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s). *[see Clinical Pharmacology (12.2)].*

**2  DOSAGE AND ADMINISTRATION**

**For single-dose intravenous infusion only.**

**2.1  Patient Selection**

Select patients for treatment with ELEVIDYS with anti-AAVrh74 total binding antibody titers <1:400. An FDA-authorized test for the detection of anti-AAVrh74 total binding antibodies is not currently available. Currently available tests may vary in accuracy and design.

**2.2  Dose**

The recommended dose of ELEVIDYS is $1.33 \times 10^{14}$ vector genomes per kilogram (vg/kg) of body weight (or 10 mL/kg body weight) for patients weighing less than 70 kg or $9.31 \times 10^{15}$ vg total fixed dose for patients weighing 70 kg or greater. There is limited safety data available in non-ambulatory patients weighing 70 kg or greater, who received the maximum dose of ELEVIDYS, $9.31 \times 10^{15}$ vg, in clinical trials.

For the number of vials required, refer to Table 10 *[see How Supplied/Storage and Handling (16.1)].*

Calculate the dose as follows:

ELEVIDYS dose (in mL) = patient body weight (rounded to the nearest kilogram) x 10

*The multiplication factor 10 represents the per kilogram dose ($1.33 \times 10^{14}$ vg/kg) divided by the amount of vector genome copies per mL of the ELEVIDYS suspension ($1.33 \times 10^{13}$ vg/mL).*

Number of ELEVIDYS vials needed = ELEVIDYS dose (in mL) divided by 10.

Example: Calculation of volume needed for a 19.5 kg patient
       19.5 kg rounded to the nearest kilogram = 20 kg
       20 kg x 10 = 200 mL

Number of ELEVIDYS vials needed = 200 divided by 10, rounded to the nearest number of vials = 20 vials

Prior to ELEVIDYS infusion:
Due to the increased risk of serious systemic immune response, postpone ELEVIDYS in patients with infections until the infection has resolved. Clinical signs or symptoms of infection should not be evident at the time of ELEVIDYS administration *[see Patient Counseling Information (17)]*.

Assess liver function *[see Dosage and Administration (2.4), Warnings and Precautions (5.2), Use in Specific Populations (8.6)]*.

Obtain platelet count and troponin-I levels *[see Dosage and Administration (2.4), Warnings and Precautions (5.4)]*.

Measure baseline anti-AAVrh74 antibody titers using a Total Binding Antibody enzyme-linked immunosorbent assay (ELISA) *[see Dosage and Administration (2), Clinical Pharmacology (12.6)]*.

ELEVIDYS administration is not recommended in patients with elevated anti-AAVrh74 total binding antibody titers (≥1:400). Re-administration of ELEVIDYS is not recommended *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.6)]*.

Immune responses to the AAVrh74 vector can occur after administration of ELEVIDYS *[see Clinical Pharmacology (12.6)]*. To reduce the risk associated with an immune response, corticosteroids should be administered starting 1 day prior to ELEVIDYS infusion. Initiate a corticosteroid regimen following the appropriate schedule (see Table 1). This regimen is recommended for a minimum of 60 days after the infusion, unless earlier tapering is clinically indicated. Table 2 includes the recommended corticosteroid regimen dose modification for patients with liver function abnormalities following ELEVIDYS infusion. If acute serious liver injury is suspected, a consultation with a specialist is recommended.

For patients previously taking corticosteroids at baseline, taper off the additional peri-ELEVIDYS corticosteroids (back to baseline corticosteroid dose) over 2 weeks, or longer as needed. For patients not previously taking corticosteroids at baseline, taper the added peri-ELEVIDYS corticosteroids off (back to no corticosteroids) over 4 weeks, or longer, as needed, and the corticosteroids should not be stopped abruptly.

**Table 1: Recommended pre- and post-infusion corticosteroid dosing**

| Baseline corticosteroid dosing[a] | Peri-ELEVIDYS infusion corticosteroid dose (prednisone equivalent) [b] | Recommended maximum total daily dose (prednisone equivalent)[b] |
|---|---|---|
| Daily or intermittent dose | Start 1 day prior to infusion: 1 mg/kg/day (and continue baseline dose) | 60 mg/day |
| High dose for 2 days per week | Start 1 day prior to infusion: 1 mg/kg/day taken on days without high-dose corticosteroid treatment (and continue baseline dose) | 60 mg/day |
| Not on corticosteroids | Start 1 week prior to infusion: 1.5 mg/kg/day | 60 mg/day |

[a] Patient continues to receive this dose
[b] Corticosteroids other than prednisone and prednisolone have not been studied for use as a peri-ELEVIDYS infusion corticosteroid

**Table 2: Recommended corticosteroid regimen dose modification for liver function abnormalities following ELEVIDYS infusion[a]**

| Peri-ELEVIDYS infusion corticosteroid dosing | Modified corticosteroid dose following ELEVIDYS infusion (prednisone equivalent)[b] | Recommended maximum total daily dose (prednisone equivalent)[b] |
|---|---|---|
| Baseline + 1 mg/kg/day | Increase to 2 mg/kg/day (and continue baseline dose) | 120 mg/day |
| Baseline + 1 mg/kg/day taken on days without high-dose corticosteroid treatment | Increase to 2 mg/kg/day taken on days without high-dose corticosteroid treatment (and continue baseline dose) | 120 mg/day |
| 1.5 mg/kg/day | Increase from 1.5 mg/kg/day to 2.5 mg/kg/day | 120 mg/day |

[a] GGT >= 150 U/L and/or other clinically significant liver function abnormalities (e.g., total bilirubin > 2 x ULN) following infusion. For GGT or bilirubin elevations that do not respond to these oral corticosteroid increases, IV bolus corticosteroids may be considered.
[b] Corticosteroids other than prednisone and prednisolone have not been studied for use as a peri-ELEVIDYS infusion corticosteroid.

### 2.3  Preparation

General precautions

- Prepare ELEVIDYS using aseptic technique.
- Verify the required dose of ELEVIDYS based on the patient's body weight.
- Confirm that the kit contains sufficient number of vials to prepare the ELEVIDYS infusion for the patient.
- Visually inspect parenteral drug products for particulate matter and discoloration prior to administration, whenever suspension and container permit. ELEVIDYS may contain white to off-white particles.

Recommended supplies and materials:

- 60 mL siliconized polypropylene syringes
- 21-gauge or smaller stainless steel needles

Preparing ELEVIDYS infusion
1. Thaw ELEVIDYS before use.

    - When thawed in the refrigerator, ELEVIDYS vials are stable for up to 14 days in the refrigerator (2°C to 8°C [36° F to 46° F]) when stored in the upright position.

    - Frozen ELEVIDYS vials will thaw in approximately 2 hours when placed at room temperature (up to 25°C [77°F]) when removed from original packaging.

2. Inspect vials to ensure no ice crystals are present prior to preparation.

3. When thawed, swirl gently.

    - Do not shake.

    - Do not refreeze.

    - Do not place back in the refrigerator.

4. Visually inspect each vial of ELEVIDYS. ELEVIDYS is a clear, colorless liquid that may have some opalescence. ELEVIDYS may contain white to off-white particles.

    - Do not use if the suspension in the vials is cloudy or discolored.

5. Remove the plastic flip-off cap from the vials and disinfect the rubber stopper with a sterilizing agent (e.g., alcohol wipes).

6. Withdraw 10 mL of ELEVIDYS from each vial provided in the customized ELEVIDYS kit (refer to Table 10).

   ï Do not use filter needles during preparation of ELEVIDYS.

   ï Multiple syringes will be required to withdraw the required volume.

   ï Remove air from the syringes and cap the syringes.

7. Maintain syringes at room temperature prior to and during administration.

   ï Sealed ELEVIDYS thawed vials are stable up to 24 hours at room temperature (up to 25°C [77°F]) when stored in upright position.

## 2.4 Administration

Recommended supplies and materials:

   ï Syringe infusion pump
   ï 0.2-micron PES* in-line filter
   ï PVC* (non-DEHP*), polyurethane IV infusion tubing and catheter

*PVC = Polyvinyl chloride, DEHP = Di(2-ethylhexyl) phthalate, PES = Polyether sulfone

Administer ELEVIDYS as a single-dose intravenous infusion through a peripheral venous catheter:

ELEVIDYS should be administered in a setting where treatment for infusion-related reactions is immediately available *[see Warnings and Precautions (5.1)]*. Do not infuse ELEVIDYS at a rate of 10 mL/kg/hour or faster.

Consider application of a topical anesthetic to the infusion site prior to administration of IV insertion.

Recommend inserting a back-up catheter.

1. Flush the intravenous access line with 0.9% Sodium Chloride Injection prior to the ELEVIDYS infusion at the same infusion rate.

2. Administer ELEVIDYS via intravenous infusion using a syringe infusion pump with an in-line 0.2-micron filter at a duration of approximately 1 to 2 hours, or longer at care team discretion, through a peripheral limb vein.

3. Infuse at a rate of less than 10 mL/kg/hour.

   ï Do not administer ELEVIDYS as an intravenous push.

   ï Do not infuse ELEVIDYS in the same intravenous access line with any other product.

   ï Use ELEVIDYS within 6 hours after drawing into syringe. Discard the ELEVIDYS-containing syringe(s) if infusion of the drug has not started within the 6-hour timeframe.

4. In the event of an infusion-related reaction during administration *[see Warnings and Precautions (5.1)]:*

- ï  Slow or stop the infusion based on patient's clinical presentation.
- ï  Discontinue infusion for anaphylaxis.
- ï  Administer treatment as needed to manage infusion-related reaction.
- ï  ELEVIDYS infusion may be restarted at a lower rate after the infusion-related reaction has resolved at the discretion of the physician, based on severity patient's clinical presentation.
- ï  If the ELEVIDYS infusion needs to be stopped and restarted, ELEVIDYS should be infused within 12 hours after drawing into the syringe *[see How Supplied/Storage and Handling (16.2)]*.

5. Flush the intravenous access line with 0.9% Sodium Chloride Injection after the ELEVIDYS infusion.

- ï  Discard unused ELEVIDYS *[see How Supplied/Storage and Handling (16.2)]*.
- ï  Dispose of the needle and syringe *[see How Supplied/Storage and Handling (16.2)]*.

Monitoring Post-ELEVIDYS Administration

- ï  Assess liver function (clinical exam, GGT, and total bilirubin) weekly for the first 3 months. Continue monitoring if clinically indicated, until results are unremarkable (normal clinical exam, GGT and total bilirubin levels return to near baseline levels) *[see Warning and Precautions (5.2), Specific Populations (8.6)]*.
- ï  Obtain platelet counts weekly for the first two weeks *[see Adverse Reactions (6.1)]*. Continue monitoring if clinically indicated.
- ï  Measure troponin-I weekly for the first month *[see Warning and Precautions (5.4)]*. Continue monitoring if clinically indicated.

# 3  DOSAGE FORMS AND STRENGTHS

ELEVIDYS is a preservative-free, sterile, clear, colorless liquid that may have some opalescence and may contain white to off-white particles.

ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL.

ELEVIDYS is provided in a customized kit containing ten to seventy 10 mL single-dose vials, with each kit constituting a dosage unit based on the patient's body weight *[see How Supplied/Storage and Handling (16.1)]*.

The intravenous dosage is determined by patient body weight, with a recommended dose of $1.33 \times 10^{14}$ vector genomes (vg)/kg for patients weighing 10 to 70 kg, and a maximum of $9.31 \times 10^{15}$ vg for patients 70 kg or greater.

# 4  CONTRAINDICATIONS

ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene *[see Warnings and Precautions (5.3)]*.

# 5  WARNINGS AND PRECAUTIONS

## 5.1 Infusion-related Reactions

Infusion-related reactions, including hypersensitivity reactions and anaphylaxis, have occurred during or up to several hours following ELEVIDYS administration. Closely monitor patients during and for at least 3 hours after the end of infusion for signs and symptoms of infusion-related reactions including tachycardia, tachypnea, lip swelling, difficulty breathing, nasal flaring, urticaria, flushing, lip pruritus, rash, cheilitis, vomiting, nausea, rigors and pyrexia.

ELEVIDYS should be administered in a setting where treatment for infusion-related reactions is immediately available.

In the event of an infusion-related reaction, administration of ELEVIDYS may be slowed or stopped based on the severity of the patient's clinical presentation. Administer treatment as needed to manage infusion-related reactions based on the severity of patient's signs and symptoms. *[see Dosage and Administration (2.4)]*. If the infusion was stopped, ELEVIDYS infusion may be restarted at a lower rate once patient's symptoms have resolved, at the discretion of the physician. Discontinue infusion for anaphylaxis.

### 5.2  Acute Serious Liver Injury

Acute serious liver injury has been observed with ELEVIDYS. Administration of ELEVIDYS may result in elevations of liver enzymes (e.g., GGT, ALT) and total bilirubin, typically seen within 8 weeks.

Patients with preexisting liver impairment, chronic hepatic condition or acute liver disease (e.g., acute hepatic viral infection) may be at higher risk of acute serious liver injury. Postpone ELEVIDYS administration in patients with acute liver disease until resolved or controlled. Patients with hepatic impairment, acute liver disease, chronic hepatic condition or elevated GGT have not been studied in clinical trials with ELEVIDYS *[see Specific Populations (8.6)]*.

In clinical studies, liver function test increased (including increases in GGT, GLDH, ALT, AST, or total bilirubin) was commonly reported typically within 8 weeks following ELEVIDYS infusion, with the majority of cases being asymptomatic *[see Adverse Reactions (6.1)]*. Cases resolved spontaneously or with systemic corticosteroids and resolved without clinical sequelae within 2 months. No cases of liver failure were reported.

Prior to ELEVIDYS administration, perform liver enzyme test *[see Dosage and Administration (2.2)]*. Monitor liver function (clinical exam, GGT, and total bilirubin) weekly for the first 3 months following ELEVIDYS infusion. Continue monitoring if clinically indicated, until results are unremarkable (normal clinical exam, GGT and total bilirubin levels return to near baseline levels) *[see Dosage and Administration (2.4)]*.

Systemic corticosteroid treatment is recommended for patients before and after ELEVIDYS infusion *[see Dosage and Administration (2.2)]*. Adjust corticosteroid regimen when indicated *[see Dosage and Administration (2.2)]*. If acute serious liver injury is suspected, a consultation with a specialist is recommended.

### 5.3  Immune-mediated Myositis

In clinical trials, immune-mediated myositis has been observed approximately 1 month following ELEVIDYS infusion in patients with deletion mutations involving exon 8 and/or exon 9 in the *DMD* gene. Symptoms of severe muscle weakness, including dysphagia, dyspnea and hypophonia, were observed. In a life-threatening case of immune-mediated myositis, symptoms resolved during hospitalization following additional immunomodulatory treatment; muscle strength gradually improved but did not return to baseline level. These immune reactions may be due to a T-cell based response from lack of self-tolerance to a specific region encoded by the transgene corresponding to exons 1-17 of the *DMD* gene.

Limited data are available for ELEVIDYS treatment in patients with mutations in the *DMD* gene in exons 1 to 17 and/or exons 59 to 71 *[see Clinical Studies (14)]*. Patients with deletions in these regions may be at risk for a severe immune-mediated myositis reaction. ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene due to the increased risk for a severe immune-mediated myositis reaction *[see Contraindications (4)]*.

Advise patients to contact a physician immediately if they experience any unexplained increased muscle pain, tenderness, or weakness, including dysphagia, dyspnea or hypophonia as these may be symptoms of myositis. Consider additional immunomodulatory treatment (immunosuppressants [e.g., calcineurin-inhibitor] in addition to corticosteroids) based on patient's clinical presentation and medical history if these symptoms occur.

### 5.4 Myocarditis

Acute serious myocarditis and troponin-I elevations have been observed following ELEVIDYS infusion in clinical trials.

If a patient experiences myocarditis, those with pre-existing left ventricle ejection fraction (LVEF) impairment may be at higher risk of adverse outcomes. Patients with moderate to severe LVEF impairment have not been studied in clinical trials with ELEVIDYS.

Monitor troponin-I before ELEVIDYS infusion and weekly for the first month following infusion *[see Dosage and Administration (2.4)]*. Continue monitoring if clinically indicated. More frequent monitoring may be warranted in the presence of cardiac symptoms, such as chest pain or shortness of breath.

Advise patients to contact a physician immediately if they experience cardiac symptoms.

### 5.5 Pre-existing Immunity against AAVrh74

In AAV-vector based gene therapies, preexisting anti-AAV antibodies may impede transgene expression at desired therapeutic levels. Following treatment with ELEVIDYS all patients developed anti-AAVrh74 antibodies. Perform baseline testing for the presence of anti-AAVrh74 total binding antibodies prior to ELEVIDYS administration *[see Dosage and Administration (2.1)]*.

ELEVIDYS administration is not recommended in patients with elevated anti-AAVrh74 total binding antibody titers (≥1:400).

## 6 ADVERSE REACTIONS

The most common adverse reactions (incidence ≥ 5%) reported in clinical studies were vomiting, nausea, liver injury, pyrexia, and thrombocytopenia.

The following clinically significant adverse reactions are described elsewhere in the labeling:
- Infusion-related reactions *[see Warnings and Precautions (5.1)]*
- Acute serious liver injury *[see Warnings and Precautions (5.2)]*
- Immune-mediated myositis *[see Warnings and Precautions (5.3)]*
- Myocarditis *[see Warnings and Precautions (5.4)]*

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety data described in this section reflect exposure to a one-time intravenous infusion of ELEVIDYS in 156 male patients with a confirmed mutation of the *DMD* gene in four clinical studies, including one completed open-label study, one ongoing open-label study, and two studies that included a double-blind, placebo-controlled period Prior to ELEVIDYS infusion, patients in the ELEVIDYS treatment group had a mean age of

6.7 years (range: 3 to 20) and mean weight of 24.6 kg (range: 12.5 to 80.1). 144 patients received the recommended dose of $1.33 \times 10^{14}$ vg/kg, and 12 received a lower dose. Table 3 below presents adverse reactions from these four clinical studies.

The most common adverse reactions (incidence ≥5%) across all studies are summarized in Table 3.

Adverse reactions were typically seen within the first 2 weeks (nausea, vomiting, thrombocytopenia, pyrexia), or within the first 2 months (immune-mediated myositis, liver injury). Vomiting may occur as early as on the day of the infusion.

**Table 3. Adverse reactions (Incidence ≥5%) following treatment with ELEVIDYS in Clinical Studies**

| Adverse reactions | ELEVIDYS (N=156) % |
|---|---|
| Vomiting | 65 |
| Nausea | 43 |
| Liver injury[a] | 40 |
| Pyrexia | 28 |
| Thrombocytopenia[b][c] | 8 |

[a] Includes: AST increased, ALT increased, GGT increased, GLDH increased, GLDH level abnormal, Hepatotoxicity, Hepatic enzyme increased, Hypertransaminasemia, Liver function test increased, Liver injury, Transaminases increased, Blood bilirubin increased
[b] Includes: Thrombocytopenia, Platelet count decreased
[c] Transient, mild, asymptomatic decrease in platelet counts

In the double-blind, placebo-controlled trial, Study 3 Part 1, patients 4 to 7 years of age (N=125) received either ELEVIDYS (N=63) at the recommended dose of $1.33 \times 10^{14}$ vg/kg or placebo (N=62). Table 4 below presents the most frequent adverse reactions from Study 3 Part 1.

**Table 4. Adverse reactions occurring in ELEVIDYS-treated patients and at least twice more frequently than with placebo in Study 3 Part 1**

| Adverse reactions | ELEVIDYS (N=63) % | Placebo (N=62) % |
|---|---|---|
| Vomiting | 64 | 19 |
| Nausea | 40 | 13 |
| Liver injury[a] | 41 | 8 |
| Pyrexia | 32 | 24 |
| Thrombocytopenia[bc] | 3 | 0 |

[a] Includes: AST increased, ALT increased, GGT increased, GLDH increased, GLDH level abnormal, Hepatotoxicity, Hepatic enzyme increased, Hypertransaminasaemia, Liver function test increased, Liver injury, Transaminases increased.
[b] Includes: platelet count decreased, thrombocytopenia
[c] Transient, mild, asymptomatic decrease in platelet counts

### 6.2  Postmarketing Experience

The following adverse reactions have been identified during post-approval use of ELEVIDYS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Immune System Disorders: Infusion-related reactions, including hypersensitivity reactions and anaphylaxis, have occurred during or up to several hours following ELEVIDYS administration *[see Warnings and Precautions (5.1)]*.

### 7  DRUG INTERACTIONS
Prior to initiating the corticosteroid regimen required before ELEVIDYS administration, consider the patient's vaccination status. Patients should, if possible, be brought up to date with all immunizations in agreement with current immunization guidelines. Vaccinations should be completed at least 4 weeks prior to initiation of the corticosteroid regimen.

### 8  USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy

Risk Summary
ELEVIDYS is not intended for use in pregnant women.

In the U.S. general population, the estimated background risks of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

### 8.2  Lactation

Risk Summary
There is no information available on the presence of ELEVIDYS in human milk, the effects on the breastfed infant, or the effects on milk production.

### 8.4  Pediatric Use

The safety and effectiveness of ELEVIDYS for the treatment of Duchenne muscular dystrophy has been established in pediatric patients at least 4 years of age with a confirmed mutation in the *DMD* gene *[see Clinical Pharmacology (12.2), Clinical Studies (14)]*.

**8.5  Geriatric Use**

The safety and efficacy of ELEVIDYS in geriatric patients with DMD have not been studied.

**8.6  Hepatic Impairment**

The safety and efficacy of ELEVIDYS in patients with hepatic impairment or elevated GGT have not been studied.

Postpone ELEVIDYS administration in patients with acute liver disease until resolved or controlled. Treatment with ELEVIDYS should be carefully considered in patients with preexisting liver impairment or chronic hepatic viral infection. These patients may be at increased risk of acute serious liver injury *[see Warnings and Precautions (5.2)]*.

In clinical trials, liver function test increase was commonly reported in patients following ELEVIDYS infusion *[see Warnings and Precautions (5.2), Adverse Reactions (6.1)]*.

**11  DESCRIPTION**

ELEVIDYS (delandistrogene moxeparvovec-rokl) is a recombinant gene therapy designed to deliver the gene encoding the ELEVIDYS micro-dystrophin protein. ELEVIDYS is a non-replicating, recombinant, adeno-associated virus serotype rh74 (AAVrh74) based vector containing the ELEVIDYS micro-dystrophin transgene under the control of the MHCK7 promoter. The genome within the ELEVIDYS AAVrh74 vector contains no viral genes and consequently is incapable of replication or reversion to a replicating form. The micro-dystrophin protein expressed by ELEVIDYS is a shortened version (138 kDa, compared to 427 kDa size of dystrophin expressed in normal muscle cells) that contains selected domains of dystrophin expressed in normal muscle cells.

ELEVIDYS is a preservative-free, sterile, clear, colorless liquid that may have some opalescence and may contain white to off-white particles. ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL and supplied in a single-dose 10 mL vial. Each vial contains an extractable volume of 10 mL and the following excipients: 200mM sodium chloride, 13 mM tromethamine HCl, 7 mM tromethamine, 1mM magnesium chloride, 0.001% poloxamer 188.

**12  CLINICAL PHARMACOLOGY**

**12.1    Mechanism of Action**

ELEVIDYS is the recombinant gene therapy product that is comprised of a non-replicating, recombinant, adeno-associated virus (AAV) serotype rh74 (AAVrh74) capsid and a single-stranded DNA expression cassette flanked by inverted terminal repeats (ITRs) derived from AAV2. The cassette contains: 1) an MHCK7 gene regulatory component comprising a creatine kinase 7 promoter and an α-myosin heavy chain enhancer, and 2) the DNA transgene encoding the engineered micro-dystrophin protein.

Vector/Capsid: Clinical and nonclinical studies have demonstrated AAVrh74 serotype transduction in skeletal muscle cells. Additionally, in nonclinical studies, AAVrh74 serotype transduction has been demonstrated in cardiac and diaphragm muscle cells.

Promoter: The MHCK7 promoter/enhancer drives transgene expression and has been shown in animal models to drive transgenic micro-dystrophin protein expression predominantly in skeletal muscle (including diaphragm) and cardiac muscle. In clinical studies, muscle biopsy analyses have confirmed micro-dystrophin expression in skeletal muscle.

Transgene: DMD is caused by a mutation in the *DMD* gene resulting in lack of functional dystrophin protein. ELEVIDYS carries a transgene encoding a micro-dystrophin protein consisting of selected domains of dystrophin expressed in normal muscle cells.

ELEVIDYS micro-dystrophin has been demonstrated to localize to the sarcolemma.

## 12.2    Pharmacodynamics

In 92 patients who received ELEVIDYS in clinical studies, micro-dystrophin protein expression from muscle biopsies (gastrocnemius or biceps brachii) was quantified by western blot and localized by immunofluorescence staining (fiber intensity and percentage micro-dystrophin).

Micro-dystrophin expression (expressed as change from baseline) in ELEVIDYS-treated patients as measured by western blot was the primary objective of Study 1 and Study 2, and a key secondary objective for Study 3. Muscle biopsies were obtained at baseline prior to ELEVIDYS infusion and at Week 12 after ELEVIDYS infusion in all patients. The absolute quantity of micro-dystrophin was measured by western blot assay, adjusted by muscle content and expressed as a percent of control (levels of wild-type dystrophin in patients without DMD or Becker muscular dystrophy) in muscle biopsy samples. Study 1 and 2 results of patients receiving $1.33 \times 10^{14}$ vg/kg ELEVIDYS are presented in Table 5.

**Table 5. Micro-Dystrophin Expression in Study 1 and Study 2 at Week 12 from Baseline (Western Blot Assay)[abc]**

| Western blot (% of micro-dystrophin compared to control) | Study 1 Part 1 (n=6) | Study 1 Part 2 (n=21) | Study 2 Ambulatory (n=40) | Study 2 Non-ambulatory (n=8) |
|---|---|---|---|---|
| Mean change from baseline (SD) | 43.4 (48.6) | 40.7 (32.3) | 51.0 (47) | 40.1 (35.9) |
| Median change from baseline (Min, Max) | 24.3 (1.6, 116.3) | 40.8 (0.0, 92.0) | 46.9 (1.9, 197.3) | 32.7 (1.4, 116.3) |

[a] All patients received $1.33 \times 10^{14}$ vg/kg, as measured by ddPCR
[b] Change from baseline was statistically significant
[c] Adjusted for muscle content. Control was level of wild-type (normal) dystrophin in normal muscle.

A clear association between Week 12 micro-dystrophin expression and clinical outcome (assessed by change from baseline on the Performance of Upper Limb version 2.0 assessment; Table 7) in non-ambulatory patients has not been established.

In Study 3 Part 1, muscle biopsies were obtained at Week 12 in 31 patients. For the ELEVIDYS-treated patients, the mean micro-dystrophin expression at Week 12 was 34.3% (N=17, SD: 41.0%), compared to placebo patients of 0% (N=14, SD: 0%).

Assessment of micro-dystrophin levels can be meaningfully influenced by differences in sample processing, analytical technique, reference materials, and quantitation methodologies. Therefore, valid comparisons of micro-dystrophin measurements obtained from different assays cannot be made.

## 12.3  Pharmacokinetics

Vector Distribution and Vector Shedding

*Nonclinical Data*

Biodistribution of ELEVIDYS was evaluated in tissue samples collected from healthy mice and DMD^mdx mice following intravenous administration in toxicology studies. At 12 weeks following ELEVIDYS administration at dose levels of $1.33 \times 10^{14}$ to $4.02 \times 10^{14}$ vg/kg, vector DNA was detected in all major organs with the highest quantities detected in the liver, followed by lower levels in the heart, adrenal glands, skeletal muscle, and aorta. ELEVIDYS was also detected at low levels in the spinal cord, sciatic nerve and gonads (testis). Protein expression of micro-dystrophin was highest in cardiac tissue, exceeding physiologic dystrophin expression levels in healthy mice, with lower levels in the skeletal muscle and diaphragm. In some studies, micro-dystrophin was also detected at low levels in the liver.

*Clinical Data*

Following IV administration, ELEVIDYS vector genome undergoes distribution via systemic circulation and distributes into target muscle tissues followed by elimination in the urine and feces. ELEVIDYS biodistribution and tissue transduction are detected in the target muscle tissue groups and quantified in the gastrocnemius or biceps femoris biopsies obtained from patients with mutations in the *DMD* gene. Evaluation of ELEVIDYS vector genome exposure in clinical muscle biopsies at Week 12 post-dose expressed as copies per nucleus revealed ELEVIDYS drug distribution and transduction with a mean change from baseline of 2.91 and 3.44 copies per nucleus at the recommended dose of $1.33 \times 10^{14}$ vg/kg for Study 1 and Study 2 Cohort 1, respectively.

In Study 2 Cohorts 1-3, the biodistribution and vector shedding of ELEVIDYS in the serum and excreta were quantified, respectively. The mean maximum concentration ($C_{max}$) in the serum was $0.0055 \times 10^{13}$ copies/mL and $2.78 \times 10^6$ copies/mL in the urine, $7.86 \times 10^7$ copies/mL in the saliva, and $4.87 \times 10^7$ copies/µg in the feces. The median time to achieve maximum concentration ($T_{max}$) was 5.8 hours post-dose in the serum, followed by 6.7 hours, 6.5 hours and 13 days post-dose in the saliva, urine, and feces, respectively. The median time to achieve first below limit of quantification (BLOQ) sample followed by 2 consecutive BLOQ samples was 55 days post-dose for serum. The median time to achieve complete elimination as the first below limit of detection (BLOD) sample followed by 2 consecutive BLOD samples were 49.8 days, 78 days and 162 days post-dose for saliva, urine and feces, respectively. The estimated elimination half-life of ELEVIDYS vector genome in the serum is approximately 12 hours, and the majority of the drug is expected to be cleared from the serum by 1-week post-dose. In the excreta, the estimated elimination half-life of ELEVIDYS vector genome is approximately 40 hours, 55 hours, and 60 hours in the urine, feces, and saliva, respectively. As an AAV-based gene therapy that consists of a protein capsid containing the transgene DNA genome of interest, ELEVIDYS capsid proteins are broken down through proteasomal degradation following AAV entry into target cells. As such, ELEVIDYS is not likely to exhibit the drug-drug interaction potential mediated by known drug metabolizing enzymes (cytochrome P450-based) and drug transporters.

## 12.6    Immunogenicity

The observed incidence of anti-AAVrh74 antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-AAVrh74 antibodies in the studies described below with the incidence of anti-AAVrh74 antibodies in other studies.

In ELEVIDYS clinical studies, patients were required to have baseline anti-AAVrh74 total binding antibodies of ≤1:400, measured using an investigational total binding antibody enzyme-linked immunosorbent assay (ELISA), and only patients with baseline anti-AAVrh74 total binding antibodies <1:400 were enrolled in those studies. The safety and efficacy of ELEVIDYS in patients with elevated anti-AAVrh74 total binding antibody titer (≥1:400) have not been evaluated *[see Clinical Studies (14)]*.

Across clinical studies evaluating a total of 156 patients, elevated anti-AAVrh74 total binding antibodies titers were observed in all patients following a one-time ELEVIDYS infusion. Anti-AAVrh74 total binding antibody

titers reached at least 1:102,400 in every patient, and the maximum titers exceeded 1:26,214,400 in certain patients. The safety of re-administration of ELEVIDYS or any other AAVrh74 vector-based gene therapy in the presence of high anti-AAVrh74 total binding antibody titer has not been evaluated in humans *[see Warnings and Precautions (5.5)]*.

## 13  NONCLINICAL TOXICOLOGY

### 13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility

No animal studies have been performed to evaluate the effects of ELEVIDYS on carcinogenicity, mutagenesis, or impairment of fertility.

## 14  CLINICAL STUDIES

The efficacy of ELEVIDYS was evaluated in two double-blind, placebo-controlled studies (Study 1 [NCT 03769116] and Study 3 [NCT 05096221]) and one open-label study (Study 2 [NCT 04626674]) in which a total of 214 male patients with a confirmed disease-causing mutation in the *DMD* gene were dosed.

**Study 1**
Study 1 is a completed multi-center study including:
- Part 1: a 48-week, randomized, double-blind, placebo-controlled period
- Part 2: a 48-week period that began following completion of Part 1. Patients who received placebo during Part 1 were treated with ELEVIDYS, and patients treated with ELEVIDYS during Part 1 received placebo.

The study population consisted of male ambulatory DMD patients (N=41) aged 4 through 7 years with either a confirmed frameshift mutation, or a premature stop codon mutation between exons 18 to 58 in the *DMD* gene.

Patients were randomized 1:1 to receive either ELEVIDYS (N=20) or placebo (N=21), as a single intravenous infusion via a peripheral limb. Randomization was stratified by age (i.e., aged 4 to 5 years vs. aged 6 to 7 years). In the 4 through 5-year-old subgroup, the mean age, mean weight and mean NSAA total score (range) for the ELEVIDYS-treated patients (n=8) were 4.98 years, 20.1 kg and 20.1 (17-23), and for the placebo patients (n=8) were 5.15 years, 19.8 kg and 20.4 (15-24). In the ELEVIDYS group, eight patients received 1.33 $\times$ $10^{14}$ vg/kg of ELEVIDYS, and 12 patients received lower doses. Key demographic and baseline characteristics are presented in Table 6.

**Table 6: Key Demographic and Baseline Characteristics (Study 1 Part 1)**

| Characteristic | All (n=41) | ELEVIDYS (n=20) | Placebo (n=21) |
|---|---|---|---|
| Race (%) Asian/Black or African American/White/Other | 12/0/73/15 | 20/0/65/15 | 5/0/81/14 |
| Ethnicity (%) Hispanic or Latino/ Other | 12/88 | 5/95 | 19/81 |
| Mean age [range] (years) | 6.3 [4.3 – 7.9] | 6.3 [4.5 – 7.9] | 6.2 [4.3 – 7.9] |
| Mean weight [range] (kg) | 22.4 [15.0 – 34.5] | 23.3 [18.0 – 34.5] | 21.6 [15.0 – 30.0] |
| Mean NSAA total score [range] | 21.2 [13 – 29] | 19.8 [13 – 26] | 22.6 [15 – 29] |
| Mean time to rise from floor [range] (seconds) | 4.3 [2.7 – 10.4] | 5.1 [3.2 – 10.4] | 3.6 [2.7 – 4.8] |

All patients were on a stable dose of corticosteroids for DMD for at least 12 weeks prior to ELEVIDYS infusion. All randomized patients had baseline anti-AAVrh74 antibody titers <1:400 as determined by an investigational total binding antibody ELISA.

One day prior to treatment with ELEVIDYS or placebo, the patient's background dose of corticosteroid for DMD was increased to at least 1 mg/kg of a corticosteroid (prednisone equivalent) daily and was continued at this level for at least 60 days after the infusion, unless earlier tapering was clinically indicated.

The efficacy outcomes of Study 1 were to evaluate expression of micro-dystrophin in skeletal muscle, and to evaluate the effect of ELEVIDYS on the North Star Ambulatory Assessment (NSAA) total score.

Results of micro-dystrophin measured by western blot are presented in Table 5 *[see Clinical Pharmacology (12.2)]*.

The change in NSAA total score was assessed from baseline to Week 48 after infusion of ELEVIDYS or placebo. The difference between the ELEVIDYS and placebo groups was not statistically significant (p=0.37). The least squares (LS) mean changes in NSAA total score from baseline to Week 48 was 1.7 (standard error [SE]: 0.6) points for the ELEVIDYS group and 0.9 (SE: 0.6) points for the placebo group.

Exploratory subgroup analyses showed that for patients aged 4 through 5 years, the LS mean changes (SE) in NSAA total score from baseline to Week 48 were 4.3 (0.7) points for the ELEVIDYS group, and 1.9 (0.7) points for the placebo group, a numerical advantage for ELEVIDYS. For patients aged 6 through 7 years, the LS mean changes (SE) in NSAA total score from baseline to Week 48 were -0.2 (0.7) points for the ELEVIDYS group and 0.5 (0.7) points for the placebo group, a numerical disadvantage for ELEVIDYS.

## Study 2

Study 2 is an ongoing, open-label, multi-center study which includes 5 cohorts of 48 male DMD patients.

Patients in cohorts 1, 2 and 3 have a confirmed frameshift, splice site or premature stop codon mutation anywhere in the *DMD* gene, while patients in cohort 4 included patients with mutations in the *DMD* gene starting at or after exon 18. All patients in cohort 5 had mutations that partially or fully overlap with exons 1-17 in the *DMD* gene. Patients received corticosteroids for DMD before infusion according to Table 1 *[see Dosage and Administration (2.2)]*. All patients had baseline anti-AAVrh74 antibodies titers ≤1:400 as determined by the investigational total binding antibody ELISA. Patients received a single intravenous infusion of $1.33 \times 10^{14}$

vg/kg ELEVIDYS if they weighed less than 70 kg or $9.31 \times 10^{15}$ vg/kg total fixed dose if they weighed 70 kg or greater.

Cohorts 1, 2, 4 and 5a enroll 40 ambulatory patients 3 to 12 years of age, with weights ranging from 12.5 to 50.5 kg, baseline mean NSAA total score of 20.3 (11 to 30), and mean time to rise from floor of 4.7 seconds (2.4 to 9.7). Cohorts 3 and 5b include 8 non-ambulatory patients 10 to 20 years of age, with weights ranging from 36.1 to 80.1 kg. Overall key demographics and key baseline characteristics by Cohort are presented in Table 7.

**Table 7: Key Demographic and Baseline Characteristics for Study 2**

| Characteristics | All (n=48) | Cohort 1 (n=20) | Cohort 2 (n=7) | Cohort 3[a] (n=6) | Cohort 4 (n=7) | Cohort 5a (n=6) | Cohort 5b[a] (n=2) |
|---|---|---|---|---|---|---|---|
| Race (%) Asian/Black or African American/White/Other | 8/6/77/8 | 5/5/75/15 | 14/0/71/14 | 0/0/100/0 | 14/0/86/0 | 0/33/67/0 | 50/0/50/0 |
| Ethnicity (%) Hispanic or Latino/ Not Hispanic or Latino | 15/85 | 25/75 | 14/86 | 0/100 | 14/86 | 0/100 | 0/100 |
| Mean age [range] (years) | 7.7 [3.2 to 20.2] | 5.8 [4.4 to 7.9] | 10.1 [8.0 to 12.1] | 15.3 [9.9 to 20.2] | 3.5 [3.2 to 3.9] | 6.7 [4.7 to 8.6] | 13.4 [12.3 to 14.6] |
| Mean weight [range] (kg) | 30.1 [12.5 to 80.1] | 21.2 [15.2 to 33.1] | 37.1 [28.0 to 50.5] | 59.9 [36.1 to 80.1] | 15.2 [12.5, 16.5] | 32.1 [19.1, 47.4] | 51.2 [43.4, 59.0] |
| Mean NSAA total score [range] | 20.3 (11 to 30) | 22.1 [18 to 26] | 20.7 [17 to 26] | N/A | 12.9 [11 to 17] | 22.5 [18 to 30] | N/A |
| Mean time to rise from floor [range] (seconds) | 4.7 (2.4 to 9.7) | 4.2 [2.4 to 8.2] | 5.9 [3.8 to 9.7] | N/A | 5.2 [3.8, to 6.7] | 4.6 [2.5 to 7.7] | N/A |
| Mean Performance of Upper Limb v. 2.0 score [range] | 30.7 [18 to 42] | NA | 38.9 [33 to 42] | 22.2 [18 to 31] | NA | NA | 27.5 [21 to 34] |

[a] NSAA and Time to rise from floor were not evaluated in non-ambulatory patients

The efficacy outcome measure of the study was to evaluate the effect of micro-dystrophin expression as measured by western blot. Results are presented in Table 5 *[see Clinical Pharmacology (12.2)]*.

### **Study 3**

Study 3 is a multi-center, randomized, double-blind, placebo-controlled study in which 125 ambulatory male patients aged 4 through 7 years, with a confirmed frameshift, splice site, premature stop codon, or other disease-causing mutation in the *DMD* gene starting at or after exon 18, were dosed. Patients with exon 45 (inclusive), or in-frame deletions, in-frame duplications, and variants of uncertain significance ("VUS"), were excluded. Patients received corticosteroids for DMD before infusion according to Table 1 *[see Dosage and Administration (2.2)]*. All patients had baseline anti-AAVrh74 antibodies titers <1:400 as determined by the investigational total binding antibody ELISA and received a single intravenous infusion of $1.33 \times 10^{14}$ vg/kg ELEVIDYS. Key demographic and baseline characteristics are presented in Table 8.

The efficacy outcome measure of the study was to evaluate the effect of ELEVIDYS on physical function as assessed by the NSAA total score. Key secondary outcome measures were to evaluate expression of micro-dystrophin in skeletal muscle, time to rise from floor, and time of 10-meter walk/run. Additional efficacy outcome measures included time of 100-meter walk/run, and time to ascend 4 steps. Results of micro-dystrophin measured by western blot are presented in Table 5 *[see Clinical Pharmacology (12.2)]*.

**Table 8: Key Demographic and Baseline Characteristics for Study 3**

| Characteristic | ELEVIDYS (n=63) | Placebo (n=62) |
|---|---|---|
| Race (%) Asian/Black or African American/ White/Multiple/Other/Not Reported | 13/0/78/2/3/5 | 18/3/74/0/2/3 |
| Ethnicity (%) Hispanic or Latino/Not Hispanic or Latino/ Not Reported/Unknown | 24/75/0/2 | 13/86/2/0 |
| Mean age [range] (years) | 6.0 [4.1, 7.9] | 6.1 [4.0, 7.9] |
| Mean weight [range] (kg) | 21.3 [13.5, 38.5] | 22.4 [14.4, 41.6] |
| Mean NSAA total score [range] | 23.10 (14 to 32) | 22.82 (15.5 to 30) |
| Mean time to rise from floor [range] (seconds) | 3.52 (1.9 to 5.8) | 3.60 (2.3 to 5) |
| Mean time of 10-meter walk/run [range] (seconds) | 4.82 (3.2 to 6.9) | 4.92 (3.7 to 7) |
| Mean time of 100-meter walk/run [range] (seconds) | 60.67 (38.0 to 129.2) | 63.01 (38.7 to 118.1) |
| Mean time to ascend 4 steps [range] (seconds) | 3.17 (1.6 to 7.1) | 3.37 (1.5 to 7.1) |

The change in NSAA total score was assessed from baseline to Week 52 after infusion of ELEVIDYS or placebo. The difference between the ELEVIDYS (n=63) and placebo groups (n=61) was not statistically significant (p=0.24). The least squares (LS) mean changes in NSAA total score from baseline to Week 52 was 2.57 (95% confidence interval [CI]: 1.80, 3.34) points for the ELEVIDYS group and 1.92 (95% CI: 1.14, 2.70) points for the placebo group, with a LS mean difference from placebo of 0.65 (95% CI: -0.45, 1.74). Changes of clinical relevance were noted in three secondary efficacy endpoints, including time to rise from the floor, 10-meter walk/run and time to ascend 4 steps.

**Table 9: Change from Baseline to Week 52 of Timed Function Tests in Study 3 Part 1**

| | ELEVIDYS | Placebo | LS Mean Difference from placebo (95% CI) |
|---|---|---|---|
| **Time to rise from the floor (seconds)** | n=63 | n=61 | - |
| LS mean Change (95% CI) | -0.27 (-0.56, 0.02) | 0.37 (0.08, 0.67) | -0.64 (-1.06, -0.23) |
| **Time of 10-meter walk/run (seconds)** | n=63 | n=61 | - |
| LS mean Change (95% CI) | -0.34 (-0.55, -0.14) | 0.08 (-0.13, 0.29) | -0.42 (-0.71, -0.13) |
| **Time of 100-meter walk/run (seconds)** | n=59 | n=57 | - |
| LS mean Change (95% CI) | -6.57 (-10.05, -3.09) | -3.28 (-6.86, 0.29) | -3.29 (-8.28, 1.70) |
| **Time to ascend 4 steps (seconds)** | n=62 | n=60 | - |
| LS mean Change (95% CI) | -0.44 (-0.69, -0.20) | -0.08 (-0.33, 0.17) | -0.36 (-0.71, -0.01) |

**16  HOW SUPPLIED/STORAGE AND HANDLING**

**16.1    How Supplied**

ELEVIDYS is shipped frozen (≤ -60ºC [-76ºF]) in 10 mL vials.

ELEVIDYS is supplied as a customized kit to meet dosing requirements for each patient *[see Dosage and Administration (2.1)]*. Each kit contains:
- Ten (10) to seventy (70) single-dose vials of ELEVIDYS
- One alcohol wipe per vial

Each ELEVIDYS pack may contain a maximum of two different drug product lots.

The total number of vials in each kit corresponds to the dosing requirement for the individual patient, based on the patient's body weight, and is specified on the package *[see Dosage and Administration (2.2)]*. Each kit includes a specified number of ELEVIDYS vials (with a minimum of 10 vials for a patient with 10.0 – 10.4 kg body weight range, and a maximum of 70 vials for a patient with body weight of 69.5 kg and above).
Kit sizes and National Drug Codes (NDC) are provided in Table 10.

**Table 10: ELEVIDYS Multi-vial Kits**

| Patient Weight (kg) | Total Vials per Kit | Total Dose Volume per Kit (mL) | NDC Number |
|---|---|---|---|
| 10.0 – 10.4 | 10 | 100 | 60923-501-10 |
| 10.5 – 11.4 | 11 | 110 | 60923-502-11 |
| 11.5 – 12.4 | 12 | 120 | 60923-503-12 |
| 12.5 – 13.4 | 13 | 130 | 60923-504-13 |
| 13.5 – 14.4 | 14 | 140 | 60923-505-14 |
| 14.5 – 15.4 | 15 | 150 | 60923-506-15 |
| 15.5 – 16.4 | 16 | 160 | 60923-507-16 |
| 16.5 – 17.4 | 17 | 170 | 60923-508-17 |
| 17.5 – 18.4 | 18 | 180 | 60923-509-18 |
| 18.5 – 19.4 | 19 | 190 | 60923-510-19 |
| 19.5 – 20.4 | 20 | 200 | 60923-511-20 |
| 20.5 – 21.4 | 21 | 210 | 60923-512-21 |
| 21.5 – 22.4 | 22 | 220 | 60923-513-22 |
| 22.5 – 23.4 | 23 | 230 | 60923-514-23 |
| 23.5 – 24.4 | 24 | 240 | 60923-515-24 |
| 24.5 – 25.4 | 25 | 250 | 60923-516-25 |
| 25.5 – 26.4 | 26 | 260 | 60923-517-26 |

| Patient Weight (kg) | Total Vials per Kit | Total Dose Volume per Kit (mL) | NDC Number |
|---|---|---|---|
| 26.5 – 27.4 | 27 | 270 | 60923-518-27 |
| 27.5 – 28.4 | 28 | 280 | 60923-519-28 |
| 28.5 – 29.4 | 29 | 290 | 60923-520-29 |
| 29.5 – 30.4 | 30 | 300 | 60923-521-30 |
| 30.5 – 31.4 | 31 | 310 | 60923-522-31 |
| 31.5 – 32.4 | 32 | 320 | 60923-523-32 |
| 32.5 – 33.4 | 33 | 330 | 60923-524-33 |
| 33.5 – 34.4 | 34 | 340 | 60923-525-34 |
| 34.5 – 35.4 | 35 | 350 | 60923-526-35 |
| 35.5 – 36.4 | 36 | 360 | 60923-527-36 |
| 36.5 – 37.4 | 37 | 370 | 60923-528-37 |
| 37.5 – 38.4 | 38 | 380 | 60923-529-38 |
| 38.5 – 39.4 | 39 | 390 | 60923-530-39 |
| 39.5 – 40.4 | 40 | 400 | 60923-531-40 |
| 40.5 – 41.4 | 41 | 410 | 60923-532-41 |
| 41.5 – 42.4 | 42 | 420 | 60923-533-42 |
| 42.5 – 43.4 | 43 | 430 | 60923-534-43 |
| 43.5 – 44.4 | 44 | 440 | 60923-535-44 |
| 44.5 – 45.4 | 45 | 450 | 60923-536-45 |
| 45.5 – 46.4 | 46 | 460 | 60923-537-46 |
| 46.5 – 47.4 | 47 | 470 | 60923-538-47 |
| 47.5 – 48.4 | 48 | 480 | 60923-539-48 |
| 48.5 – 49.4 | 49 | 490 | 60923-540-49 |
| 49.5 – 50.4 | 50 | 500 | 60923-541-50 |
| 50.5 – 51.4 | 51 | 510 | 60923-542-51 |
| 51.5 – 52.4 | 52 | 520 | 60923-543-52 |
| 52.5 – 53.4 | 53 | 530 | 60923-544-53 |
| 53.5 – 54.4 | 54 | 540 | 60923-545-54 |
| 54.5 – 55.4 | 55 | 550 | 60923-546-55 |

| Patient Weight (kg) | Total Vials per Kit | Total Dose Volume per Kit (mL) | NDC Number |
|---|---|---|---|
| 55.5 – 56.4 | 56 | 560 | 60923-547-56 |
| 56.5 – 57.4 | 57 | 570 | 60923-548-57 |
| 57.5 – 58.4 | 58 | 580 | 60923-549-58 |
| 58.5 – 59.4 | 59 | 590 | 60923-550-59 |
| 59.5 – 60.4 | 60 | 600 | 60923-551-60 |
| 60.5 – 61.4 | 61 | 610 | 60923-552-61 |
| 61.5 – 62.4 | 62 | 620 | 60923-553-62 |
| 62.5 – 63.4 | 63 | 630 | 60923-554-63 |
| 63.5 – 64.4 | 64 | 640 | 60923-555-64 |
| 64.5 – 65.4 | 65 | 650 | 60923-556-65 |
| 65.5 – 66.4 | 66 | 660 | 60923-557-66 |
| 66.5 – 67.4 | 67 | 670 | 60923-558-67 |
| 67.5 – 68.4 | 68 | 680 | 60923-559-68 |
| 68.5 – 69.4 | 69 | 690 | 60923-560-69 |
| 69.5 and above | 70 | 700 | 60923-561-70 |

A 10 mL single-dose vial carton for ELEVIDYS (NDC 60923-562-01) is not sold individually.

**16.2    Storage and Handling**

ï  ELEVIDYS is shipped and delivered at ≤ −60ºC [−76ºF].
ï  ELEVIDYS can be refrigerated for up to 14 days when stored at 2°C to 8°C (36º F to 46º F) in the upright position.
ï  Do not refreeze.
ï  Do not shake.
ï  Do not place back in the refrigerator once brought to room temperature.
ï  Follow local guidelines on handling of biological waste.

**17  PATIENT COUNSELING INFORMATION**

Inform patients or caregivers that:

ï  Infusion-related reactions including hypersensitivity and anaphylaxis have occurred during and after ELEVIDYS infusion. Possible symptoms of infusion-related reactions are fast heart rate, fast breathing, swollen lips, being short of breath, nostrils widening, hives, red and blotchy skin, itchy or inflamed lips, rash, vomiting, nausea, chills and fever. Contact a healthcare provider immediately if the patient experiences such a reaction *[see Warnings and Precautions (5.1)]*.
ï  ELEVIDYS can increase certain liver enzyme levels and cause acute serious liver injury. Patients will receive oral corticosteroid medication before and after infusion with ELEVIDYS. Weekly blood tests will

be required to monitor liver enzyme levels for 3 months after treatment. Contact a healthcare provider immediately if the patient's skin and/or whites of the eyes appear yellowish, or if the patient misses a dose of corticosteroid or vomits it up *[see Warnings and Precautions (5.2)]*.

ï Immune-mediated myositis (an immune response affecting muscles) was observed in patients with a deletion mutation in the *DMD* gene that is contraindicated. Contact a physician immediately if the patient experiences any unexplained increased muscle pain, tenderness, or weakness, including difficulty swallowing, difficulty breathing or difficulty speaking, as these may be symptoms of myositis *[see Warnings and Precautions (5.3)]*.

ï Myocarditis (inflammation of the heart) has been observed within days following ELEVIDYS infusion. Weekly monitoring of troponin-I for the first month after treatment is required. Contact a healthcare provider immediately if the patient begins to experience chest pain and/or shortness of breath *[see Warnings and Precautions (5.4)]*.

ï Patient's immunizations should be up to date with current immunization guidelines prior to initiation of the corticosteroid regimen required before ELEVIDYS infusion. Vaccinations should be completed at least 4 weeks prior to initiation of the corticosteroid regimen *[see Drug Interactions (7)]*.

ï Due to the concomitant administration of corticosteroids, an infection (e.g., cold, flu, gastroenteritis, otitis media, bronchiolitis, etc.) before or after ELEVIDYS infusion could lead to more serious complications. Contact a healthcare provider immediately if symptoms suggestive of infection are observed (e.g., coughing, wheezing, sneezing, runny nose, sore throat, or fever).

ï Vector shedding of ELEVIDYS occurs primarily through body waste. Practice proper hand hygiene, such as hand washing, when coming into direct contact with patient body waste. Place potentially contaminated materials that may have the patient's bodily fluids/waste in a sealable bag and dispose into regular trash. These precautions should be followed for one month after ELEVIDYS infusion.

Manufactured for: Sarepta Therapeutics, Inc.
Cambridge, MA 02142 USA
U.S. license number 2308

SAREPTA, SAREPTA THERAPEUTICS and ELEVIDYS are trademarks of Sarepta Therapeutics, Inc.
©2023 Sarepta Therapeutics, Inc.

# Exhibit D



Our STN:  BL 125781/0

**ACCELERATED BLA APPROVAL**
June 22, 2023

Sarepta Therapeutics, Inc.
Attention: Patrick O'Malley
215 First Street
Cambridge, MA 02142

Dear Mr. O'Malley:

Please refer to your Biologics License Application (BLA) received September 28, 2022, under section 351(a) of the Public Health Service Act (PHS Act) for delandistrogene moxeparvovec-rokl.

## LICENSING

We are issuing Department of Health and Human Services U.S. License No. 2308 to Sarepta Therapeutics, Inc., Cambridge, MA, under the provisions of section 351(a) of the Public Health Service Act controlling the manufacture and sale of biological products and pursuant to section 506(c) of the Federal Food, Drug, and Cosmetic Act (FDCA) and the regulations for accelerated approval, 21 CFR 601.41.  The license authorizes you to introduce or deliver for introduction into interstate commerce, those products for which your company has demonstrated compliance with establishment and product standards.

Under this license you are authorized to manufacture the product delandistrogene moxeparvovec-rokl.  Delandistrogene moxeparvovec-rokl is indicated for treatment of ambulatory pediatric patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the *DMD* gene.

The review of this product was associated with the following National Clinical Trial (NCT) numbers: NCT03375164, NCT03769116, and NCT04626674.

## ACCELERATED APPROVAL REQUIREMENTS

Under accelerated approval statutory provisions and regulations, we may grant marketing approval for a biological product on the basis of adequate and well-controlled clinical trials establishing that the biological product has an effect on a surrogate endpoint that is reasonably likely, based on epidemiologic, therapeutic, pathophysiologic, or other evidence, to predict clinical benefit, or on the basis of an effect on a clinical endpoint other than survival or irreversible morbidity that is reasonably likely to predict survival or irreversible morbidity.  This approval requires you

Page 2 – STN BL 125781/0 – Patrick O'Malley

to study the biological product further, to verify and describe its clinical benefit, where there is uncertainty as to the relation of the surrogate endpoint to clinical benefit, or of the observed clinical benefit to ultimate outcome.

Approval under these statutory provisions and regulations requires, among other things, that you conduct adequate and well-controlled clinical trials to verify and describe clinical benefit attributable to this product. Clinical benefit is evidenced by effects such as improved North Star Ambulatory Assessment (NSAA) Total Score from baseline to Week 52 after treatment with delandistrogene moxeparvovec-rokl when compared with an appropriate concurrent control group.

**Accelerated Approval Required Studies**

We remind you of your postmarketing requirement specified in your submission of June 6, 2023.

1. Complete Study SRP-9001-301 Part 1, an ongoing, randomized, double-blinded clinical trial intended to describe and verify clinical benefit of delandistrogene moxeparvovec-rokl in ambulatory patients with Duchenne muscular dystrophy (DMD). The trial evaluates the primary endpoint of North Star Ambulatory Assessment (NSAA) and compares delandistrogene moxeparvovec-rokl to placebo in 125 ambulatory patients with DMD with confirmed mutation in the *DMD* gene.

   Final Protocol Submission:  Submitted

   Trial Completion:  September 30, 2023

   Final Report Submission: January 31, 2024

We expect you to complete and report this trial within the framework described in your letter of June 6, 2023.

We acknowledge that you have provided the final protocol to your IND 17763.  Please provide a letter of cross-reference to this BLA, STN BL 125781, explaining that this protocol was submitted to the IND.  Please refer to the sequential number for each trial and the submission number as shown in this letter.

You must conduct this trial with due diligence.  If this required postmarketing trial fails to verify that clinical benefit is conferred by delandistrogene moxeparvovec-rokl or is not conducted with due diligence, including with respect to the conditions set forth below, we may withdraw this approval.

You must submit reports of the progress of each trial required under section 506(c) of the FDCA to this BLA 180 days after the date of approval of this BLA and every 180

Page 3 – STN BL 125781/0 – Patrick O'Malley

days thereafter as required under section 506B(a)(2) of the FDCA.  The submission of these reports will be subject to a 60-day grace period.

The reports should include:

- expected trial completion and final report submission dates
- any changes in plans since the last report, with rationale for any changes,
- the current number of patients entered into each trial.

Reports submitted 180 days after the date of approval of this BLA, subject to a 60-day grace period, and on such date each year thereafter must be labeled **180-Day AA PMR Progress Report**.

Reports submitted one year after the date of approval of this BLA and on such date each year thereafter may be submitted as part of your annual status report required under section 506B(a)(1) of the FDCA and 21 CFR 601.70. FDA will consider the submission of your annual status report under section 506B(a)(1) and 21 CFR 601.70, in addition to the submission of progress reports 180 days after the date of approval and on such date each year thereafter, to satisfy the periodic reporting requirement under section 506B(a)(2).

Label your annual report as an **Annual Status Report of Postmarketing Requirements/Commitments** and submit it to the FDA each year within 60 calendar days of the anniversary date of this letter until all Postmarketing Requirements and 506B Commitments are fulfilled or released.

**Please submit a final study report as a supplement to this BLA, STN BL 125781.** For administrative purposes, all submissions related to this postmarketing study requirement must be clearly designated as "**Subpart E Postmarketing Study Requirements.**"

**MANUFACTURING LOCATIONS**

Under this license, you are approved to manufacture delandistrogene moxeparvovec-rokl drug substance at Catalent Pharma Services, Catalent Maryland (BWI), 7555 Harmans Road, Harmans, MD 20177, USA.  The final formulated drug product will be manufactured at Catalent Pharma Solutions, Catalent Maryland (Biopark), 801 West Baltimore Street, Suite 302, Baltimore, MD 21201, USA; and labeled and packaged at the (b) (4)

You may label your product with the proprietary name ELEVIDYS and market it in 10 mL vials.

Page 4 – STN BL 125781/0 – Patrick O'Malley

## DATING PERIOD

The dating period for delandistrogene moxeparvovec-rokl shall be 12 months from the date of manufacture when stored at ≤ -60°C.  The date of manufacture shall be defined as the date of final sterile filtration of the formulated drug product.  Following the final sterile filtration, no reprocessing/reworking is allowed without prior approval from the Agency.  The dating period for your drug substance shall be (b) (4)   when stored at (b) (4).  We have approved the stability protocols in your license application for the purpose of extending the expiration dating period of your drug substance and drug product under 21 CFR 601.12.

## FDA LOT RELEASE

Please submit protocols showing results of all applicable tests.  You may not distribute any lots of product until you receive a notification of release from the Director, Center for Biologics Evaluation and Research (CBER).

## BIOLOGICAL PRODUCT DEVIATIONS

You must submit reports of biological product deviations under 21 CFR 600.14.  You should identify and investigate all manufacturing deviations promptly, including those associated with processing, testing, packaging, labeling, storage, holding and distribution.  If the deviation involves a distributed product, may affect the safety, purity, or potency of the product, and meets the other criteria in the regulation, you must submit a report on FORM FDA 3486 to the Director, Office of Compliance and Biologics Quality, electronically through the eBPDR web application or at the address below.  Links for the instructions on completing the electronic form (eBPDR) may be found on CBER's web site at https://www.fda.gov/vaccines-blood-biologics/report-problem-center-biologics-evaluation-research/biological-product-deviations.

> Food and Drug Administration
> Center for Biologics Evaluation and Research
> Document Control Center
> 10903 New Hampshire Ave.
> WO71-G112
> Silver Spring, MD 20993-0002

## MANUFACTURING CHANGES

You must submit information to your BLA for our review and written approval under 21 CFR 601.12 for any changes in, including but not limited to, the manufacturing, testing, packaging or labeling of delandistrogene moxeparvovec-rokl, or in the manufacturing facilities.

Page 5 – STN BL 125781/0 – Patrick O'Malley

## LABELING

We hereby approve the draft content of labeling including the Package Insert submitted under amendment 76, dated June 21, 2023, and the draft carton and container labels submitted under amendments 70 and 77, dated June 15, 2023 and June 21, 2023.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, please submit the final content of labeling (21 CFR 601.14) in Structured Product Labeling (SPL) format via the FDA automated drug registration and listing system, (eLIST) as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the Package Insert submitted on June 21, 2023.  Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As* at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND CONTAINER LABELS

Please electronically submit final printed carton and container labels identical to the carton and container labels submitted on June 15, 2023 and June 21, 2023, according to the guidance for industry *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications* at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-regulatory-submissions-electronic-format-certain-human-pharmaceutical-product-applications.

All final labeling should be submitted as Product Correspondence to this BLA, STN BL 125781 at the time of use and include implementation information on Form FDA 356h.

## PROMOTIONAL MATERIALS

Please note that the accelerated approval regulation concerning promotional materials (21 CFR 601.45) stipulates that all advertising and promotional labeling items that you wish to distribute in the first 120 days following approval, must have been received by FDA prior to the approval date.  After approval, promotional items intended for dissemination after the first 120 days following approval must be submitted to the FDA at least 30 days prior to the anticipated distribution date.  Please submit draft materials with a cover letter noting that the items are for accelerated approval, and an accompanying FORM FDA 2253 to the Advertising and Promotional Labeling Branch at the following address:

Page 6 – STN BL 125781/0 – Patrick O'Malley

> Food and Drug Administration
> Center for Biologics Evaluation and Research
> Document Control Center
> 10903 New Hampshire Ave.
> WO71-G112
> Silver Spring, MD 20993-0002

You must submit copies of your final advertisement and promotional labeling at the time of initial dissemination or publication, accompanied by FORM FDA 2253 (21 CFR 601.12(f)(4)).

Alternatively, you may submit promotional materials for accelerated approval products electronically in eCTD format.  For more information about submitting promotional materials in eCTD format, see the draft guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format—Promotional Labeling and Advertising Materials for Human Prescription Drugs* at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM443702.pdf.

All promotional claims must be consistent with and not contrary to approved labeling. You should not make a comparative promotional claim or claim of superiority over other products unless you have substantial evidence or substantial clinical experience to support such claims (21 CFR 202.1(e)(6)).

**ADVERSE EVENT REPORTING**

You must submit adverse experience reports in accordance with the adverse experience reporting requirements for licensed biological products (21 CFR 600.80) and you must submit distribution reports as described in 21 CFR 600.81. In addition, to the reporting requirements in 21 CFR 600.80, you must submit adverse experience reports for acute liver injury, immune-mediated myositis, myocarditis, and thrombotic microangiopathy as 15-day expedited reports (regardless of seriousness or expectedness) to the FDA Adverse Event Reporting System (FAERS). Acute liver injury, immune-mediated myositis, myocarditis, and thrombotic microangiopathy reports must be submitted as 15-day expedited reports for 3 years following the date of product licensure. For information on adverse experience reporting, please refer to the guidance for industry *Providing Submissions in Electronic Format —Postmarketing Safety Reports* at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072369 and FDA's Adverse Event reporting System website at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/ucm115894.htm. For information on distribution reporting, please refer to the guidance for industry *Electronic Submission of Lot Distribution Reports* at http://www.fda.gov/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Post-MarketActivities/LotReleases/ucm061966.htm.

Page 7 – STN BL 125781/0 – Patrick O'Malley

**RARE PEDIATRIC DISEASE PRIORITY REVIEW VOUCHER**

We also inform you that you have been granted a rare pediatric disease priority review voucher (PRV), as provided under section 529 of the FDCA.  This PRV has been assigned a tracking number, PRV BLA 125781.  All correspondences related to this voucher should refer to this tracking number.

This voucher entitles you to designate a single human drug application submitted under section 505(b)(1) of the FDCA or a single biologic application submitted under section 351 of the Public Health Service Act as qualifying for a priority review.  Such an application would not have to meet any other requirements for a priority review.  The list below describes the sponsor responsibilities and the parameters for using and transferring a rare pediatric disease priority review voucher.

- The sponsor who redeems the PRV must notify FDA of its intent to submit an application with a PRV at least 90 days before submission of the application and must include the date the sponsor intends to submit the application.  This notification should be prominently marked, "**Notification of Intent to Submit an Application with a Rare Pediatric Disease Priority Review Voucher**."
- This PRV may be transferred, including by sale, by you to another sponsor of a human drug or biologic application.  There is no limit on the number of times that the PRV may be transferred, but each person to whom the PRV is transferred must notify FDA of the change in ownership of the voucher not later than 30 days after the transfer.  If you retain and redeem this PRV, you should refer to this letter as an official record of the voucher.  If the PRV is transferred, the sponsor to whom the PRV has been transferred should include a copy of this letter (which will be posted on our website as are all approval letters) and proof that the PRV was transferred.
- FDA may revoke the PRV if the rare pediatric disease product for which the PRV was awarded is not marketed in the U.S. within 1 year following the date of approval.
- The sponsor of an approved rare pediatric disease product application who is awarded a PRV must submit a report to FDA no later than 5 years after approval that addresses, for each of the first 4 post-approval years:
  - the estimated population in the U.S. suffering from the rare pediatric disease for which the product was approved (both the entire population and the population aged 0 through 18 years),
  - the estimated demand in the U.S. for the product, and
  - the actual amount of product distributed in the U.S.

You may also review the requirements related to this program by visiting FDA's Rare Pediatric Disease PRV Program webpage available at https://www.fda.gov/ForIndustry/DevelopingProductsforRareDiseasesConditions/RarePediatricDiseasePriorityVoucherProgram/default.htm.

Page 8 – STN BL 125781/0 – Patrick O'Malley

## PEDIATRIC REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because the biological product for this indication has an orphan drug designation, you are exempt from this requirement.

## POSTMARKETING COMMITMENTS SUBJECT TO REPORTING REQUIREMENTS UNDER SECTION 506B

We acknowledge your written commitment as described in your submission of June 22, 2023, as outlined below:

2. Sarepta commits to conducting adequate analytical and clinical validation testing to establish an (b) (4) that can be used to identify patients with DMD who may benefit from delandistrogene moxeparvovec-rokl therapy. The results of the validation study are intended to inform product labeling. The clinical validation should be supported by a clinical bridging study comparing the in (b) (4) and the clinical trial enrollment assays.

   (b) (4)

The PMC will be considered fulfilled (b) (4)

For each postmarketing study subject to the reporting requirements of 21 CFR 601.70, you must describe the status in an annual report on postmarketing studies for this product. Label your annual report as an **Annual Status Report of Postmarketing Requirements/Commitments** and submit it to the FDA each year within 60 calendar days of the anniversary date of this letter until all Requirements and Commitments subject to the reporting requirements of section 506B of the FDCA are fulfilled or released. The status report for each study should include:

- the sequential number for each study as shown in this letter;
- information to identify and describe the postmarketing commitment;
- the original schedule for the commitment;

Page 9 – STN BL 125781/0 – Patrick O'Malley

- the status of the commitment (i.e., pending, ongoing, delayed, terminated, or submitted); and,
- an explanation of the status including, for clinical studies, the patient accrual rate (i.e., number enrolled to date and the total planned enrollment).

As described in 21 CFR 601.70(e), we may publicly disclose information regarding these postmarketing studies on our website at https://www.fda.gov/Drugs/Guidance ComplianceRegulatoryInformation/Post-marketingPhaseIVCommitments/default.htm.

**POSTMARKETING COMMITMENTS NOT SUBJECT TO THE REPORTING REQUIREMENTS UNDER SECTION 506B**

We acknowledge your written commitments as described in your submission of May 30, 2023, and June 8, 2023, as outlined below:

3. Sarepta Therapeutics, Inc. commits to performing (b) (4) as a "Postmarketing Commitment - Final Study Report" by July 31, 2024.

   Final Report Submission: July 31, 2024

4. Sarepta Therapeutics, Inc. commits to submitting a final report for the supplemental (b) (4) manufacturing runs for (b) (4) at the Catalent facility as a "Postmarketing Commitment - Final Study Report" by June 30, 2024.

   Final Report Submission: June 30, 2024

5. Sarepta Therapeutics, Inc. commits to submitting a final report of the (b) (4) as a "Postmarketing Commitment - Final Study Report" by March 31, 2024.

   Final Report Submission: March 31, 2024

6. Sarepta Therapeutics, Inc. commits to revising the system suitability criteria set in the SOP for (b) (4) to reflect the assay variability (percent coefficient of variation; %CV) observed in intermediate precision during assay validation and to submitting the revised SOP as a "Postmarketing Commitment - Final Study Report" by December 31, 2023.

   Final Report Submission: December 31, 2023

7. Sarepta Therapeutics, Inc. commits to revising the system suitability in the SOP for the in (b) (4) assay to include a parameter determining (b) (4)

Page 10 – STN BL 125781/0 – Patrick O'Malley

and to submitting the revised SOP as a "Postmarketing Commitment – Final Study Report" by June 30, 2024.

Final Report Submission: June 30, 2024

8. Sarepta Therapeutics, Inc. commits to reassessing the commercial acceptance criterion for the release testing of potency of SRP-9001 drug product after data have been collected on <sup>(b) (4)</sup> commercial lots and submit a "Postmarketing Commitment – Final Study Report" by June 30, 2024.

Final Report Submission: June 30, 2024

9. Sarepta Therapeutics, Inc. commits to implementing the following CMC change for the SRP-9001 (b) (4)

The CMC change will be submitted as a "Postmarketing Commitment - Final Study Report" by December 31, 2024.

Final Report Submission: December 31, 2024

10. Sarepta Therapeutics, Inc. commits to performing (b) (4)

. The final report will be submitted as a "Postmarketing Commitment – Final Study Report" by December 31, 2024.

Final Report Submission: December 31, 2024

We request that you submit information concerning chemistry, manufacturing, and control postmarketing commitments and final reports to this BLA, STN BL 125781. Please refer to the sequential number for each commitment.

Please use the following designators to prominently label all submissions, including supplements, relating to these postmarketing study commitments as appropriate:

- **Postmarketing Commitment – Correspondence Status Update**
- **Postmarketing Commitment – Final Study Report**
- **Supplement contains Postmarketing Commitment Final Study Report**

For each postmarketing commitment not subject to the reporting requirements of 21 CFR 601.70, you may report the status to FDA as a **Postmarketing Study**

Page 11 – STN BL 125781/0 – Patrick O'Malley

**Commitment – Correspondence Status Update**.  The status report for each commitment should include:

- the sequential number for each study as shown in this letter;
- the submission number associated with this letter;
- describe what has been accomplished to fulfill the non-section 506B PMC; and,
- summarize any data collected or issues with fulfilling the non-section 506B PMC.

When you have fulfilled your commitment, submit your final report as **Postmarketing Commitment – Final Study Report** or **Supplement contains Postmarketing Commitment Final Study Report**.

**POST APPROVAL FEEDBACK MEETING**

New biological products qualify for a post approval feedback meeting.  Such meetings are used to discuss the quality of the application and to evaluate the communication process during drug development and marketing application review.  The purpose is to learn from successful aspects of the review process and to identify areas that could benefit from improvement.  If you would like to have such a meeting with us, please contact the Regulatory Project Manager for this application.

Sincerely,

Melissa Mendoza, JD
Director
Office of Compliance
  and Biologics Quality
Center for Biologics
  Evaluation and Research

Peter Marks, MD, PhD
Director
Center for Biologics
  Evaluation and Research