# Exhibit E



**U.S. FOOD & DRUG** ADMINISTRATION

Our STN: BL 125781/34

**SUPPLEMENT APPROVAL**
**PMR FULFILLED**
**SUPPLEMENT ACCELERATED APPROVAL**
June 20, 2024

Sarepta Therapeutics, Inc.
Attention: Patrick O'Malley
215 First Street
Cambridge, MA 02142

Dear Patrick O'Malley:

We have approved your request received December 21, 2023, to supplement your Biologics License Application (BLA) submitted under section 351(a) of the Public Health Service Act (PHS Act) for delandistrogene moxeparvovec-rokl to expand the approved indication to individuals at least 4 years of age for the treatment of Duchenne muscular dystrophy (DMD) in patients who are ambulatory and have a confirmed mutation in the *DMD* gene.

We have also approved your request to supplement your BLA submitted under section 351(a) of the PHS Act for delandistrogene moxeparvovec-rokl to expand the approved indication to individuals at least 4 years of age for the treatment of DMD in patients who are non-ambulatory and have a confirmed mutation in the *DMD* gene, according to the regulations for accelerated approval, 21 CFR 601.41. The DMD indication in non-ambulatory patients is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin.

The review of this supplement was associated with the following National Clinical Trial (NCT) numbers: NCT05096221 and NCT04626674.

## ACCELERATED APPROVAL REQUIREMENTS

Under accelerated approval regulations statutory provisions and we may grant marketing approval for a biological product on the basis of adequate and well-controlled clinical trials establishing that the biological product has an effect on a surrogate endpoint that is reasonably likely, based on epidemiologic, therapeutic, pathophysiologic, or other evidence, to predict clinical benefit or on the basis of an effect on a clinical endpoint other than survival or irreversible morbidity. This approval requires you to study the biological product further, to verify and describe its clinical benefit, where there is uncertainty as to the relation of the surrogate endpoint to clinical benefit, or of the observed clinical benefit to ultimate outcome.

Page 2 – STN BL 125781/34 – Patrick O'Malley

Approval under these statutory provisions and regulations requires, among other things, that you conduct adequate and well-controlled clinical trials to verify and describe clinical benefit attributable to this product.

**ACCELERATED APPROVAL REQUIRED STUDIES**

We remind you of your postmarketing requirement (PMR) specified in your submission of June 11, 2024.

1. Conduct and submit the results of a randomized, controlled trial to verify and confirm the clinical benefit of delandistrogene moxeparvovec-rokl in patients with Duchenne's muscular dystrophy, who are non-ambulatory and have a confirmed mutation in the DMD gene.  The trial should evaluate the effects of delandistrogene moxeparvovec-rokl on an endpoint that denotes clinical benefit.

   Final Protocol Submission: Submitted

   Study/Trial Completion:  May 30, 2027

   Final Report Submission: November 30, 2027

We expect you to complete design, initiation, accrual, completion, and reporting of these studies within the framework described in your letter of June 11, 2024.

We acknowledge that you have provided the final protocol to your IND 17763.  Please provide a letter of cross-reference to this BLA, STN BL 125781, explaining that this protocol was submitted to the IND.  Please refer to the sequential number for each trial and the submission number as shown in this letter.

You must conduct this trial with due diligence.  If required postmarketing trial(s) fail to verify that clinical benefit is conferred by delandistrogene moxeparvovec-rokl, or are not conducted with due diligence, including with respect to the conditions set forth below, we may withdraw this approval.

You must submit reports of the progress of each trial listed above as required under section 506(c) of the Federal Food, Drug, and Cosmetic Act (FDCA) to this BLA 180 days after the date of approval of this BLA and approximately every 180 days thereafter (see section 506B(a)(2) of the FDCA) (hereinafter "180-day reports").

You are required to submit two 180-day reports per year for each open study or clinical trial required under 506(c) of the FDCA.  The initial report will be a standalone submission and the subsequent report will be combined with your application's annual status report required under section 506B(a)(1) of the FDCA and 21 CFR 601.70.  The standalone 180-day report will be due 180 days after the date of approval.  Submit the subsequent 180-day report with your application's annual status report.  Submit both of

Page 3 – STN BL 125781/34 – Patrick O'Malley

these 180-day reports each year until the final report for the corresponding study or clinical trial is submitted.

Your 180-day report must include the information listed in 21 CFR 601.70(b).  FDA recommends that you use form FDA 3989 PMR/PMC Annual Status Report for Drugs and Biologics, to submit your 180-day reports.  Form FDA 3989, along with instructions for completing this form, is available on the FDA Forms web page at https://www.fda.gov/about-fda/reports-manuals-forms/forms.

Your 180-day reports, including both the standalone 180-day report submitted 180 days after the date of approval and the 180-day report submitted with your annual status report, must be clearly designated as **180-Day AA PMR Progress Report.**

FDA will consider the submission of your annual status report under section 506B(a)(1) of the FDCA and 21 CFR 601.70, in addition to the submission of reports 180 days after the date of approval each year, to satisfy the periodic reporting requirement under section 506B(a)(2) of the FDCA.  You are also required to submit information related to your confirmatory trial as part of your annual reporting requirement under section 506B(a)(1) of the FDCA until the FDA notifies you, in writing, that the Agency concurs that the study requirement has been fulfilled or that the study either is no longer feasible or would no longer provide useful information.

Label your annual report as an **Annual Status Report of Postmarketing Requirements/Commitments** and submit it to the FDA each year within 60 calendar days of the anniversary date of your original BLA until all Postmarketing Requirements and 506B Commitments are fulfilled or released.

Please submit the final study report as a supplement to this BLA, STN BL 125781.  For administrative purposes, all submissions related to this postmarketing study requirement must be clearly designated as "**Subpart E Postmarketing Study Requirements**."

**FULFILLED ACCELERATED APPROVAL REQUIRED STUDIES**

We approved BLA STN BL 125781/0 on June 22, 2023, under 21 CFR 601 Subpart E for Accelerated Approval of Biological Products for Serious or Life-Threatening Illnesses.  Approval of this supplement fulfills the following postmarketing requirement for an ongoing, randomized, double-blinded clinical trial intended to describe and verify clinical benefit of delandistrogene moxeparvovec-rokl in ambulatory patients with Duchenne muscular dystrophy (DMD) made under 21 CFR 601.41.

STN:      BL 125781/0

PMR #1:  Complete Study SRP-9001-301 Part 1, an ongoing, randomized, double-blinded clinical trial intended to describe and verify clinical benefit of delandistrogene moxeparvovec-rokl in ambulatory patients with Duchenne muscular dystrophy (DMD).  The trial evaluates the primary endpoint of

Page 4 – STN BL 125781/34 – Patrick O'Malley

North Star Ambulatory Assessment (NSAA) and compares delandistrogene moxeparvovec-rokl to placebo in 125 ambulatory patients with DMD with confirmed mutation in the DMD gene.

Final Protocol Submission: September 8, 2021

Study/Trial Completion: September 13, 2023

Final Report Submission: January 11, 2024

**LABELING**

We hereby approve the draft content of labeling Package Insert submitted under amendment 21, dated June 17, 2024.

**WAIVER OF HIGHLIGHTS**

We are waiving the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of prescribing information.  This waiver applies to all future supplements containing revised labeling unless we notify you otherwise.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, please submit the final content of labeling (21 CFR 601.14) in Structured Product Labeling (SPL) format via the FDA automated drug registration and listing system, (eLIST) as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the Package Insert submitted on June 17, 2024.  Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As* at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

All final labeling should be submitted as Product Correspondence to this BLA, STN BL 125781 at the time of use and include implementation information on Form FDA 356h.

**ADVERTISING AND PROMOTIONAL LABELING**

You may submit two draft copies of the proposed introductory advertising and promotional labeling with Form FDA 2253 to the Advertising and Promotional Labeling Branch at the following address:

Page 5 – STN BL 125781/34 – Patrick O'Malley

> Food and Drug Administration
> Center for Biologics Evaluation and Research
> Document Control Center
> 10903 New Hampshire Ave.
> WO71–G112
> Silver Spring, MD 20993-0002

You must submit copies of your final advertising and promotional labeling at the time of initial dissemination or publication, accompanied by Form FDA 2253 (21 CFR 601.12(f)(4)).

All promotional claims must be consistent with and not contrary to approved labeling. You should not make a comparative promotional claim or claim of superiority over other products unless you have substantial evidence or substantial clinical experience to support such claims (21 CFR 202.1(e)(6)).

For each pending supplemental application for this BLA that includes proposed revised labeling, please submit an amendment to update the proposed revised labeling with the changes approved today.

## PROMOTIONAL MATERIALS

Please note that the accelerated approval regulation concerning promotional materials (21 CFR 601.45) stipulates that all advertising and promotional labeling items that you wish to distribute in the first 120 days following approval must have been received by FDA prior to the approval date.  After approval, promotional items intended for dissemination after the first 120 days following approval must be submitted to the FDA at least 30 days prior to the anticipated distribution date.  Please submit draft materials with a cover letter noting that the items are for accelerated approval and an accompanying FORM FDA 2253 to the Advertising and Promotional Labeling Branch at the following address:

> Food and Drug Administration
> Center for Biologics Evaluation and Research
> Document Control Center
> 10903 New Hampshire Ave.
> WO71-G112
> Silver Spring, MD 20993-0002

You must submit copies of your final advertisement and promotional labeling at the time of initial dissemination or publication accompanied by FORM FDA 2253 (21 CFR 601.12(f)(4)).

Alternatively, you may submit promotional materials for accelerated approval products electronically in eCTD format.  For more information about submitting promotional materials in eCTD format, see the draft guidance for industry available at

Page 6 – STN BL 125781/34 – Patrick O'Malley

http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM443702.pdf.

All promotional claims must be consistent with and not contrary to approved labeling. You should not make a comparative promotional claim or claim of superiority over other products unless you have substantial evidence or substantial clinical experience to support such claims (21 CFR 202.1(e)(6)).

**PEDIATRIC REQUIREMENTS**

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because the biological product for this indication has an orphan drug designation, you are exempt from this requirement.

We will include information contained in the above-referenced supplement in your BLA file.

Sincerely,

Peter Marks, MD, PhD
Director
Center for Biologics Evaluation and Research

# Exhibit F



# CBER/DMPQ CMC/Facility BLA Review Memorandum

## BLA STN 125781/0

## delandistrogene moxeparvovec (SRP-9001)

**Ou Olivia Ma, DMPQ**
**Reviewer**

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

1.    **BLA#:  STN 125781/0**

2.    **APPPLICANT NAME AND LICENSE NUMBER**

Name: Sarepta Therapeutics, Inc.

US License #: 2308

3.    **PRODUCT NAME/PRODUCT TYPE**

Proper name: **delandistrogene moxeparvovec (SRP-9001)**

Proprietary name: **N/A**

4.    **GENERAL DESCRIPTION OF THE FINAL PRODUCT**

   a.  Pharmacological category: **Gene Therapy**

   b.  Dosage form: **Solution for Infusion**

   c.  Strength/Potency: **1.33E+13 vector genomes (vg)/mL**

   d.  Route of administration: **Intravenous infusion**

   e.  Indication(s): **Treatment of ambulatory patients with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the DMD gene**

5.    **MAJOR MILESTONES**

- Application Receipt Date: September 28, 2022

- First Committee Meeting: October 24, 2022

- Filing Meeting: November 12, 2022

- Filing Action: November 27, 2022

- Internal Mid-Cycle Meeting: January 12, 2023

- Mid-Cycle Communication: January 24, 2023

- Late-Cycle Meeting: March 14, 2023

- Advisory Committee Meeting: May 12, 2023

- PDUFA Action Due Date: May 29, 2023

- Pre-License Inspection (PLI) of Catalent Biopark facility: February 21-24, 2023

- PLI of Catalent BWI facility: March 6-10, 2203

- PLI of Sarepta testing facility in Andover, MA: March 20-24, 2023

6.    **DMPQ CMC/FACILITY REVIEW TEAM**

| Reviewer/Affiliation | Section/Subject Matter |
|---|---|
| Ou Olivia Ma, OCBQ/DMPQ/MRB2 | Drug substance, Drug Product, Facilities |

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

## 7.   SUBMISSION(S) REVIEWED

| Date Received | Submission | Comments/ Status |
|---|---|---|
| Sep 28, 2022 | STN 125781/0 | |
| Jan 12, 2023 | Amendment STN 125781/0/13 (Response to IR sent on Dec 27, 2022) | Reviewed and found acceptable |
| May 19, 2023 | Amendment STN 125781/0/61 (Response to Catalent BWI inspection Form FDA 483) | Reviewed and found acceptable |

## 8.   REFERENCED REGULATORY SUBMISSIONS (e.g., IND BLA, 510K, Master File, etc.)

| Submission Type & # | Holder | Referenced Item | Letter of Cross-Reference | Comments/Status |
|---|---|---|---|---|
| DMF (b) (4) | (b) (4) | (b) (4) vials | yes | No DMF review required, information pertinent to container closure is provided in the BLA |
| DMF (b) (4) | (b) (4) | (b) (4) Vials | yes | No DMF review required, information pertinent to container closure is provided in the BLA |
| DMF (b) (4) | (b) (4) | Stopper/(b) (4) | yes | No DMF review required, information pertinent to container closure is provided in the BLA |
| STN (b) (4) | (b) (4) | Stopper, elastomeric formulations, coatings, films | yes | Deferred to OTP reviewers |

## 9.   REVIEWER SUMMARY AND RECOMMENDATION

## A.   EXECUTIVE SUMMARY

Sarepta Therapeutics, Inc. (Sarepta) submitted documentation to BLA STN 125781/0 to support licensure of delandistrogene moxeparvovec (SRP-9001), a gene therapy product intended to treat ambulatory patients with Duchenne muscular dystrophy (DMD) with a

2

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

confirmed mutation in the DMD gene.  CBER/DMPQ reviewed and evaluated the drug substance (DS) and drug product (DP) manufacturing processes and facilities proposed for use in the manufacture of SRP-9001.  Information reviewed, evaluated, and documented in this memo includes data to validate and support the consistency of the manufacturing process and product quality; facility information which includes utilities, cross-contamination prevention measures, and maintenance of controlled environments; and equipment for use in the manufacturing (all product-contact equipment used in DS and DP manufacturing are single-use).

As part of the BLA review, three Pre- License Inspections (PLIs) were performed including the PLI of the DP manufacturing facility at Catalent Biopark in Baltimore, MD on February 21-24, 2023, DS manufacturing facility at Catalent BWI in Harmans, MD on March 6-10, 2023, and a DP release testing facility at Sarepta in Hanover, MA on March 20-24, 2023. Each PLI was documented in a separate establishment inspection report (EIR).

At the conclusion of the Catalent BWI inspection, a Form FDA 483 was issued on March 10, 2023 with two inspectional observations, to which the firm responded on March 31, 2023. At the conclusion of the Sarepta facility inspection, a Form FDA 483 was issued on March 24, 2023 with one inspectional observation, to which the firm responded on April 12, 2023. All inspectional 483 observations were deemed resolved, and both the Catalent BWI and Sarepta facilities were classified as Voluntary Action Indicated (VAI).  No Form 483 was issued at the conclusion of the Catalent Biopark PLI, and this PLI was classified as No Action Indicated (NAI).

In addition to the PLIs, facility inspections were waived for the DP packaging and labeling facility of (b) (4)                                        , and the DP release testing facilities of (b) (4)                                             in (b) (4)               .   The inspection waivers were based on the evaluations of the facilities' inspection compliance histories.  The inspection waivers are documented in a separate inspection waiver memo dated February 10, 2023.

This submission was granted priority review with 8-month review cycle.

## B.    RECOMMENDATION

### I.    APPROVAL

Based on the review of the information submitted to BLA 125781/0 and in conjunction with the PLIs and inspectional compliance history evaluations, the production process, facilities, equipment, and controls appear acceptable; approval is recommended with the following inspectional recommendation.  CBER understands that the recommendation may or may not be taken (based on risk and available resources) and is not requesting documentation to be submitted as evidence of completion.

- On the next inspection of Catalent Maryland (BWI), (b) (5), (b) (7)(E)

**Below** is a listing of the Drug Substance (DS) and Drug Product facilities to be included in the approval letter:

3

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

- DS manufacturing facility:

  Catalent Pharma Services
  Catalent Maryland (BWI)
  7555 Harmans Road
  Harmans, MD 20177, USA
  **FEI#:** 3015434301
  **DUNS#:** 116950534

- DP manufacturing facility:

  Catalent Pharma Solutions
  Catalent Maryland (BioPark)
  801 West Baltimore Street, Suite 302
  Baltimore, MD 21201, USA
  **FEI#:** 3015558590
  **DUN#:** 618890289

Below is the list of approvable Comparability Protocol(s) (CP):

- CP for conducting additional drug substance batches in manufacturing Suite (b) (4) at the Catalent BWI facility.

## II. SIGNATURE BLOCK

| Reviewer/Title/Affiliation | Concurrence | Signature and Date |
|---|---|---|
| Ou (Olivia) Ma/ Consumer Safety Officer OCBQ/DMPQ/MRB2 | Concur | |
| Anthony Lorenzo / Branch Chief OCBQ/DMPQ/MRB2 | Concur | |
| Carolyn Renshaw / Division Director OCBQ/DMPQ | Concur | |

4

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

# Table of Contents

3.2.S DRUG SUBSTANCE ...................................................................................................9

  3.2.S.2 Manufacture ........................................................................................................9

    3.2.S.2.1 Manufacturer(s) ............................................................................................9
    3.2.S.2.2 Description of Manufacturing Process ...........................................................9
    3.2.S.2.3 Control of Materials ....................................................................................13
    3.2.S.2.4 Controls of Critical Steps and Intermediates ..........................................14
    3.2.S.2.5 Process Validation and/or Evaluation..........................................................15

  3.2.S.4 Control of Drug Substance ..................................................................................19

    3.2.S.4.1 Specification(s) and 3.2.S.4.5 Justification of Specification(s) ................19
    3.2.S.4.4 Batch Analyses........................................................................................19

  3.2.S.6 Container Closure System....................................................................................19

  3.2.S.7 Stability ................................................................................................................20

    3.2.S.7.1 Stability Summary and Conclusion and 3.2.S.7.3 Stability Data .............20

3.2.P DRUG PRODUCT....................................................................................................20

  3.2.P.1 Description and Composition of the Drug Product.........................................20

    3.2.P.2.4 Container Closure System .........................................................................20
    3.2.P.2.5 Microbiological Attributes .........................................................................21

  3.2.P.3 Manufacture ........................................................................................................21

    3.2.P.3.1 Manufacturer(s)........................................................................................21
    3.2.P.3.3 Description of Manufacturing Process.......................................................21
    3.2.P.3.4 Controls of Critical Steps and Intermediates .........................................22
    3.2.P.3.5 Process Validation and/or Evaluation........................................................23

  3.2.P.5 Control of Drug Product......................................................................................25

    3.2.P.5.1 and 3.2.P.5.6 Specification(s) and Justification of Specification(s)..........25
    3.2.P.5.2 and 3.2.P.5.3 Analytical Procedures and Validation of Analytical
    Procedures ........................................................................................................25
    3.2.P.5.4 Batch Analyses........................................................................................25

  3.2.P.7 Container Closure System....................................................................................25

  3.2.P.8 Stability ................................................................................................................28

    3.2.P.8.1 Stability Summary and Conclusion and 3.2.P.8.3 Stability Data .............28

3.2.A APPENDICES...........................................................................................................29

  Facilities Table.................................................................................................................29

  Catalent BWI DS Manufacturing Facility.......................................................................29

    Facility Design .................................................................................................34

5

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

Prevention of contamination and cross-contamination ......................................... 36
Facility cleaning and disinfectant effectiveness studies........................................ 36
Critical Utilities .................................................................................................... 37
Computer Systems ............................................................................................... 39
Equipment ........................................................................................................... 40
Environmental Monitoring.................................................................................... 41
DS Shipping Validation ........................................................................................ 42

Catalent Biopark DP Manufacturing Facility ............................................................. 42

Facility Design ..................................................................................................... 42
Prevention of contamination and cross-contamination ......................................... 43
Facility cleaning and disinfectant effectiveness studies........................................ 44
Critical Utilities .................................................................................................... 44
Computer Systems ............................................................................................... 45
Equipment ........................................................................................................... 45
Sterilization ......................................................................................................... 46
Environment Monitoring....................................................................................... 49
Aseptic Process Validation ................................................................................... 51
Shipping Validation .............................................................................................. 53

3.2.R Regional Information (USA)................................................................................. 54

Comparability Protocol.......................................................................................... 54

6

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

Table 1. SRP-9001 DS (b) (4) Testing Points .............................................. 14

Table 2. (b) (4) Testing during Hold Time Studies .......................... 16

Table 3. SRP-9001 DS Specifications (under DMPQ purview) ..................................... 19

Table 4. SRP-9001 DP PPQ Batches ............................................................... 23

Table 5. SRP-9001 DP Container Closure Components ................................................ 25

Table 6. SRP-9001 DP Container Closure Specifications .................................................. 26

Table 7. SRP-9001 Manufacturing Suites ....................................................... 35

Table 8. WFI Monitoring Parameters........................................................... 37

Table 9. Action Limits for Non-Viable Particulates ................................................. 38

Table 10. Action Limits for Viable Particulates ................................................. 38

Table 11. List of SRP-9001 DS Manufacturing Equipment........................................... 40

Table 12. Action Limits for Non-Viable Particulates for EM ........................................... 41

Table 16. Action Limits for Viable Particulates for EM............................................... 41

Table 14. List of SRP-9001 DP Manufacturing Equipment........................................... 45

Table 15. Comparison of Commercial vs. Challenge Filters........................................... 48

Table 16. Action Limits for Non-Viable Particulates for EM ........................................... 50

Table 17. Action Limits for Viable Particulates for EM................................................. 50

Table 18. EM Monitoring Frequency ....................................................... 50

Table 19. (b) (4) Approach for SRP-9001 DP Vials with Media Fill Vials .............. 52

Table 20. Most Recent Media Fill Runs........................................................ 52

Table 21. SRP-9001 DP Shipping Information ............................................................. 53

7

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

Figure 1. SRP-9001 DS Upstream Manufacturing Process.............................................. 9

Figure 2. SRP-9001 DS Downstream Manufacturing Process ..................................... 11

Figure 3. Upstream and Downstream Batches for Suite [(b) (4)] PPQ .................................. 17

Figure 4. Upstream and Downstream Batches for Suite [(b) (4)] PPQ .................................. 18

8

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

## 3.2.S DRUG SUBSTANCE

(b) (4)

### 3.2.S.2 Manufacture

### 3.2.S.2.1 Manufacturer(s)

(b) (4)



9

10 pages determined to be not releasable: (b)(4)

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

## 3.2.P DRUG PRODUCT

### 3.2.P.1 Description and Composition of the Drug Product

SRP-9001 1.33 X $10^{13}$ vg/mL solution for infusion (drug product) is supplied as a single-use, preservative-free, sterile, aqueous solution for intravenous infusion.

One vial contains 10 mL of 1.33 X $10^{13}$ vg/mL of Delandistrogene moxeparvovec (SRP-9001) formulated in a buffered solution of 20 mM Tromethamine/Tromethamine-HCl, 1 mM Magnesium chloride, 200 mM Sodium chloride, and 0.001% Poloxamer 188. Each vial contains an extractable volume of not less than 10.0 mL. The container closure system consists of a cyclic olefin polymer vial closed with a rubber stopper and sealed with an aluminum seal and plastic flip-off cap.

### 3.2.P.2.4 Container Closure System

Refer to section 3.2.P.7 Container Closure System for the primary container closure system description, specifications, and its qualification (per DMPQ purview).

20

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

### 3.2.P.2.5 Microbiological Attributes

The SRP-9001 drug product is manufactured as a sterile DP by aseptic processing, and supplied as preservative-free, single-use vials. The DS is manufactured using a (b) (4) to the DP (b) (4) process.  As part of the aseptic filling process, DP solution is filtered through (b) (4) . DP is aseptically filled using a validated process, and all product-contact components are either received sterile or sterilized during validated process.  The container closure integrity of the primary packaging systems was demonstrated by (b) (4) testing with a detection limit of (b) (4).  DP is subject to sterility and endotoxin testing as part of the release process, with acceptance criteria of no growth and (b) (4) , respectively.  Assurance of container closure system integrity during shipping was established by the shipping validation study.

***Reviewer's Assessment:*** *The microbial attributes and control strategy appears acceptable. The* (b) (4) *controlled DS manufacturing process is reviewed in Section 3.2.S.2.4. The sterile filtration steps are reviewed in Sections 3.2.P.3.3 and 3.2.P.3.4. DP filling aseptic process validation, as well as product-contact material sterilization process validation are reviewed in Section 3.2.P.3.5. Container closure integrity testing validation is reviewed in Sections 3.2.P.5.3 and 3.2.P.7.*

### 3.2.P.3 Manufacture

### 3.2.P.3.1 Manufacturer(s)

Refer to section 3.2.A.1 for a complete list of DP manufacturing facilities.

### 3.2.P.3.3 Description of Manufacturing Process

The SRP-9001 DP manufacturing process is performed at Catalent Maryland (Biopark) facility in Baltimore, MD, and include the following steps.

Formulation buffer preparation: formulation buffer is prepared by (b) (4) The final concentration of the formulation buffer is 20 mM Tris, 200 mM sodium chloride, 1 mM magnesium chloride, 0.001% poloxamer 188, and (b) (4)  The formulation buffer is tested for (b) (4)

(b) (4)

Sterile filtration: The formulated bulk drug product solution is sterile (b) (4)

21

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

Aseptic filling, stoppering, and capping: Aseptic filling, stoppering, and capping is performed on (b) (4)

Each vial is filled to the target fill volume and fill (b) (4) checks are manually performed at predefined intervals throughout the fill.

Visual inspection: All filled vials are manually inspected for container closure and solution defects within (b) (4).  Vials passing the 100% manual visual inspection process are then sampled for an Acceptable Quality Limit (AQL) visual inspection.

Freeze and storage: The drug product vials are frozen and stored at ≤ -60°C.

Labeling and packaging: Drug product is transferred to the secondary packaging site. Labeling and packaging operations are performed at (b) (4)

Long-term storage: The final drug product vials are stored at ≤ -60°C.

Drug product batches produced at Catalent Biopark are numbered using the following nomenclature: A-634-SRP9001-20-XXXX, with A: Drug Product; 634: designation of company (Sarepta); SRP9001: designation of drug product; 20: (b) (4) XXXX: (b) (4)

*Reviewer's Assessment: Adequate information is provided for the DP process description.  Description and assessment of controls associated with critical steps operating and performance parameters, in-process controls and hold-times are provided in sections 3.2.P.3.4 Controls of Critical Steps and Intermediates, and 3.2.P.3.5 Process Validation.*

### 3.2.P.3.4 Controls of Critical Steps and Intermediates

The formulation buffer is (b) (4)

22

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

***Reviewer's Assessment:*** *Microbial control strategy including sterility assurance steps and in-process control testing appears suitable. The bioburden testing* (b) (4) *is in place to ensure contamination control of the drug product* (b) (4) *processing and reduce the risk of sterility failure.* (b) (4) *integrity test is in place to ensure no microbial breach of the sterilizing filter.*

*Maximum in-process hold times for each process step have been identified. Review of the microbial qualities in support of the maximum hold time for the formulation buffer is reviewed in Section 3.2.P.3.5. Evaluation of all other maximum allowable hold time studies is deferred to OTP reviewers. Validation of aseptic filling is reviewed in section 3.2.P.3.5.*

### 3.2.P.3.5 Process Validation and/or Evaluation

(b) (4)



(b) (4)

1 page determined to be not releasable: (b)(4)

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

## 3.2.P.5 Control of Drug Product

### 3.2.P.5.1 and 3.2.P.5.6 Specification(s) and Justification of Specification(s)

DP specifications under DMPQ purview are reviewed in section 3.2.P.2.5 Microbiology Attributes.

### 3.2.P.5.2 and 3.2.P.5.3 Analytical Procedures and Validation of Analytical Procedures

CCIT and its method validation is reviewed in Section 3.2.P.7 Container Closure System. Evaluation of other analytical methods is deferred to OTP and DBSQC reviewers.

### 3.2.P.5.4 Batch Analyses

Batch analyses results are provided for (b) (4) lots that were manufactured from (b) (4) with the commercial process. These batches cover nonclinical lots, clinical lots, engineering runs, and DS and DP process validation batches including the three consecutive DP PPQ lots (b) (4) Batch sizes range from (b) (4) vials.

Under DMPQ purview, the batch analyses testing including sterility and endotoxin tests and the acceptance criteria are no growth and (b) (4) , respectively. All batches met the sterility acceptance criteria, and all batches met the endotoxin acceptance criteria with the highest endotoxin level at (b) (4)

***Reviewer's Assessment****: Lots included in the batch analyses appear suitable, including the three consecutive DP validation runs. There were no deviations for the batch testing under DMPQ purview. Additional data for batches manufactured by an archived process ("Process A") were also provided. As this process is no longer being used for SRP-9001 DP manufacturing, the analyses are not included in this review.*

### 3.2.P.7 Container Closure System

Components of the Container Closure System

The container closure system consists of cyclic olefin polymer (COP) vials, stoppered with grey rubber stoppers, and further sealed with aluminum seals with flip-off plastic caps. The components of the container closure system are listed in Table 5:

Table 5. SRP-9001 DP Container Closure Components

| Component | Description | Manufacturer | Standards |
|---|---|---|---|
| Vial | 10-mL, cyclic olefin polymer (b) (4) | (b) (4) | (b) (4) |

25

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Component | Description | Manufacturer | Standards |
|---|---|---|---|
| Stopper | 20-mm, (b) (4) grey chlorobutyl rubber stopper with (b) (4) barrier on product contact side, (b) (4) coating on non-product side | (b) (4) | (b) (4) |
| Cap | 20-mm, aluminum shell with polypropylene flip- off cap overseal | (b) (4) | Not applicable (no product contact) |

All components in the SRP-9001 DP primary packaging system are received sterile and ready to use.  The specifications for the vials, stoppers and caps are summarized in Table 6.  The components of the container closure system are released against these specifications based on the Certificate of Analysis (CoA) provided by the manufacturer.

Table 6. SRP-9001 DP Container Closure Specifications



The selected container closure system (CCS) for the drug product is commonly used in the industry for cell and gene therapies due to its performance properties of break resistance and structural integrity under cryogenic storage conditions.  The cyclic olefin polymer (COP) (b) (4) are chosen for the primary container closure since SRP-9001 vials are stored at ≤ -60°C and polymer vials are more robust and supportive than glass at low temperature.  Rubber stoppers and COP polymer have more similar coefficients (than glass) of thermal expansion, reducing the risk of ingress.

The secondary packaging consists of an opaque, tamper-evident, rigid paperboard carton.  The carton provides physical protection for the vials during storage and shipping.

CCIT by (b) (4) Testing

CCIT by (b) (4) testing is performed to define the crimping settings and is part of the stability testing program.  (b) (4) testing is performed by (b) (4) and the test

26

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

method has been validated for the SRP-9001 container closure system per (b) (4)

(b) (4)

***Reviewer's Assessment:*** *It appears acceptable to use* (b) (4) *solution filled vials as surrogate for the SRP-9001 drug product. The* (b) (4) *limit and quantitation limit of the* (b) (4) *test for the SRP-9001 drug product container closure appear to be appropriately validated.*

(b) (4)

27

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)



### 3.2.P.8 Stability

### 3.2.P.8.1 Stability Summary and Conclusion and 3.2.P.8.3 Stability Data

The stability studies include storage for up to (b) (4) months at the long-term condition of ≤ -60°C or at accelerated condition of (b) (4)  The proposed shelf life is 12 months stored at ≤ -60°C.

(b) (4) batches of drug product are being evaluated on stability, including (b) (4) primary stability lots (registration stability batches) and (b) (4) process validation batches. The vials are stored in only one configuration (upright) on stability (b) (4)

For both storage conditions, container closure integrity testing is scheduled for 12, (b) (4) (b) (4) (b) (4) sterility is tested at study start with an acceptance criterion of no growth, and endotoxin testing is scheduled for 0, 6, 12, (b) (4) months with an acceptance criterion of (b) (4) .  For the (b) (4) storage condition, additional CCIT was performed at (b) (4) months.

Stability data of up to 12 months storage at both conditions were provided and sterility, endotoxin and CCIT testing all conform to acceptance criteria.

***Reviewer's Assessment:*** *The sterility, endotoxin and CCIT testing schedules on the stability study appear acceptable.  The testing results support the shelf life of 12 months stored at ≤ -60°C from DMPQ perspective.*

28

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

### 3.2.A APPENDICES

### Facilities Table

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** Catalent Pharma Services Catalent Maryland (BWI) 7555 Harmans Road Harmans, MD 20177, USA **FEI#:** 3015434301 **DUNS#:** 116950534<br><br>DS Manufacturing; DS In-process, Release and Stability Testing, DS Labeling and Storage; Master Cell Bank Storage; Working Cell Bank Storage | Inspection | Yes | Yes | Pre-license Inspection for STN 125781/0, VAI, Mar 6-10, 2023 |
| **Facility:** Catalent Pharma Solutions Catalent Maryland (BioPark) 801 West Baltimore Street, Suite 302 Baltimore, MD 21201, USA **FEI#:** 3015558590 **DUN#:** 618890289<br><br>DP manufacturing; Working Cell Bank Manufacturing, Testing and Storage; Master Cell Bank Storage | Inspection | Yes | Yes | Pre-license Inspection for STN 125781/0, NAI, Feb 21-24, 2023 |
| **Facility:** (b) (4)<br><br>Labeling; Secondary packaging; DP storage | Waiver | Yes | Yes | Surveillance inspection, NAI, (b) (4) |

29

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** Sarepta Therapeutics 100 Federal Street Andover, MA 01810, USA **FEI#:** 3012807588 **DUNS#:** 072827382 <br><br> DS Release and Stability Testing; DP Release and Stability Testing | Inspection | Yes | Yes | Pre-license Inspection for STN 125781/0, VAI, Mar 20-24, 2023 |
| **Facility:** (b) (4) <br><br> DS In-Process and Release Testing; DP Release and Stability Testing | Waiver | Yes | Yes | Surveillance inspection, VAI, (b) (4) |
| **Facility:** (b) (4) <br><br> DP Release Testing | Waiver | Yes | Yes | Surveillance inspection, VAI, (b) (4) |
| **Facility:** (b) (4) <br><br> Master Cell Bank and Working Cell Bank Manufacturing and Testing | Not required | No | Yes | Site has been decommissioned and no further activities will occur here. |

30

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** (b) (4)<br><br>DS Release and Stability Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>Master Cell Bank and End of Production Cell Bank Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>Working Cell Bank and End of Production Cell Bank Testing; DS Release Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>Master Cell Bank, Working Cell Bank and End of Production Cell Bank Testing; DS Release Testing | Not required | No | Yes | |

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** (b) (4)<br><br>Master Cell Bank and End of Production Cell Bank Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>DS In-process Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>DS Release Testing; (b) (4) Cell Bank and (b) (4) Release Testing | Not required | No | Yes | |
| **Facility:** (b) (4)<br><br>(b) (4) Cell Bank and (b) (4) Manufacturing, Testing and Storage | Not required | No | No | Surveillance inspection, NAI, (b) (4) |

32

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** (b) (4) <br><br> (b) (4) Release Testing | Not required | No | No | |
| **Facility:** (b) (4) <br><br> (b) (4) Release Testing | Not required | No | No | |
| **Facility:** (b) (4) <br><br> (b) (4) Cell Bank Release Testing | Not required | No | No | |
| **Facility:** (b) (4) <br><br> (b) (4) Cell Bank and (b) (4) Lot Storage | Not required | No | No | |

33

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| Manufacturing/ Testing activities | Inspection? Waiver? or Not Required? | Compliance Check Required for Approval? | RMS-BLA Entry Required? | Comments |
|---|---|---|---|---|
| **Facility:** (b) (4) <br><br> (b) (4) Cell Bank and (b) (4) Lot Storage | Not required | No | No | |
| **Facility:** (b) (4) <br><br> DP Stability Testing | Not required | No | No | Container closure integrity test for stability |

## Catalent BWI DS Manufacturing Facility

## Facility Design

SRP-9001 drug substance is manufactured at Catalent BWI facility located in Harmans, Maryland.  Catalent BWI is a multi-product manufacturing facility for commercial and clinical manufacturing of gene therapy products.  The following product types are manufactured at Catalent BWI facility:

- AAV vectors for gene therapy (adeno-associated virus vectors)
- AAV vectors for gene editing/cell therapy (CAR-T cell)
- Non-replicating recombinant adeno-associated virus
- Master Cell Banks (HEK293, Lentiviral, (b) (4)

Catalent BWI facility consists of (b) (4)

34

7 pages determined to be not releasable: (b)(4)

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

## DS Shipping Validation

(b) (4)

## Catalent Biopark DP Manufacturing Facility

## Facility Design

SRP-9001 drug product is manufactured at Catalent Biopark located on the University of Maryland, Baltimore campus. The building is approximately (b) (4) square feet, and consists of corporate office, general laboratory, and GMP manufacturing areas including areas for formulation, filling, visual inspection, and cell banking.  Catalent Biopark is a multi-product facility specializing in the commercial and clinical manufacturing operations of gene therapy products including adeno-associated viral vector, recombinant protein, and oncolytic adenoviral vector.  The site also manufactures working cell banks (293T cells) and has the capacity of producing recombinant protein using mammalian cells.  Among these products, SRP-9001 is the first product seeking commercial approval.

For SRP-9001 production, DP aseptic filling, stoppering and capping take place in Room (b) (4) which is a Grade (b) (4) within a Grade (b) (4) space (Room (b) (4) DP formulation and sterile filtration take pace in the (b) (4) in Grade (b) (4) Room (b) (4) DP formulation buffer is prepared in Room (b) (4) (Grade (b) (4)

All Grade (b) (4) manufacturing space is accessed through Grade (b) (4) material air lock (MAL) and personnel air lock (PAL), which then connect to the Grade (b) (4) corridor.  Material transfer requires (b) (4) as containers of materials move through the facility.

The facility enforces strict training and gowning requirements for the manufacturing areas.  Entry into the Grade (b) (4) manufacturing hallway is gained by passing through a locker room and putting on appropriate gowning.  Access to the Grade (b) (4) manufacturing

42

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

area is through a (b) (4) airlock configuration.  Passage between the classified hallway and formulation suites, equipment wash/storage/prep areas is through additional airlocks to minimize cross contamination and maintain overall cleanliness.

Where specifications allow, all equipment and components are prepared for aseptic processes using validated autoclave cycles in a qualified, (b) (4) -supplied autoclave.  All other equipment, media, and components are supplied in a qualified, aseptic, or sterile condition by appropriate vendors or prepared under an approved compliant aseptic procedure.

All controlled, classified areas are cleaned and sanitized on a regular basis per a Standard Operating Procedure.  Standard Operating Procedures describe the frequency and type of cleaning and sanitization to be performed for each production area.  Sanitizing agents are qualified for effectiveness on clean room surfaces using representative micro-organisms, including selected environmental isolates.  House environmental isolates are selected based on the environmental program from which data is reviewed on regularly.

**Prevention of contamination and cross-contamination**

Prevention of contamination and cross-contamination is ensured through engineering, procedural, and manufacturing controls.

The facility design is the primary infrastructure supporting contamination control.  Exposed surfaces in classified areas are constructed with smooth, non-porous materials to minimize contamination and withstand repeated cleaning.  Flat surfaces and recesses are minimized to reduce the potential for contaminate accumulations; false ceilings are sealed; and sinks and drains are not within Grade (b) (4) areas.

A dedicated Air Handling Units (AHUs) controls the manufacturing areas on the (b) (4) floor, with HEPA filtration for (b) (4) .  Pressure differentials and airlocks are set up to ensure area classifications and Biosafety Level (BSL) qualification.  Primary containment to prevent contamination includes using (b) (4)

Procedural controls are established for material, personnel, and waste flows including gowning requirements, use of airlocks, spillage handling, and restricted key card access.  All equipment that has direct product contact for SRP-9001 manufacture is single use.

Activities to clean and inactivate possible virus residues include (b) (4) All cleaning, decontamination and sterilization processes and reagents are qualified.  Cleaning and changeover procedures are performed between products campaigns.

***Reviewer's Comment***: *The facility containment features, and cross-contamination control procedures appear acceptable.  The cleaning and changeover procedures were evaluated during the PLI of February 21-24, 2023.* (b) (4) *cleaning and decontamination is defined by approved SOP.  After each filling and prior to product changeover,* (b) (4)

43

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

*surfaces are decontaminated by ready-to-use* (b) (4) *with sterile* (b) (4) *after a* (b) (4) *contact time.* (b) (4) *decontamination is documented in the filling machine usage logbook.  No issues were noted; procedures appeared acceptable.*

**Facility cleaning and disinfectant effectiveness studies**

**Reviewer's Comment**:  *Facility cleaning and disinfectant effectiveness were reviewed during the PLI of February 21-24, 2023 and found acceptable.  Refer to Establishment Inspection Report for details.*

**Critical Utilities**

Water

Water For Injection (WFI) used for manufacturing is sourced from qualified vendors and is not produced on site.  Purified Water (PW) systems are not utilized for the manufacturing process but for the (b) (4)  (e.g., (b) (4)  ).  The PW system is qualified and meets (b) (4)  for (b) (4)

**Reviewer's Comment**: *The WFI used in manufacturing is not produced on site.  The qualification and monitoring of* (b) (4) *-PW appears acceptable.  Water system was evaluated in detail during the PLI of February 21-24, 2023; no issues were noted.*

HVAC

The Heating, Ventilation and Air Conditioning (HVAC) systems that support the cleanrooms are designed to purify and condition the air supplied to the suites through filtration, predefined air changes per hour and control of temperature, relative humidity, and differential pressures. The AHUs provide the cleanrooms with (b) (4)  HEPA-filtered air to achieve the appropriate temperature, humidity, airflow, and positive pressure to meet the (b) (4) classification for each cleanroom. HEPA filters are rated 99.99% efficient and HEPA certification is performed per (b) (4)  standards.

AHU (b) (4) controls the entire SRP-9001 manufacturing areas, including the Grade (b) (4) and Grade (b) (4) manufacturing areas, Grade (b) (4) airlocks, and Grade (b) (4) hallways, preparation suites and gowning rooms.

Cleanroom temperatures are maintained between (b) (4)  while relative humidity (RH) is maintained between (b) (4) . Cleanrooms and airlocks are controlled with an interlocking system to maintain positive pressure differentials and minimize reverse airflow.

The room pressurization conceptual design is for all cleanrooms to be positive to the external environment.  Differential Pressures are maintained between adjacent areas within the suite based on the intended work being performed (upstream, downstream, and fill/finish) in the area. Room pressurization is controlled to maintain the minimum differential pressure levels to provide the level of contamination control as appropriate. DP levels and alarms are continuously monitored by the (b) (4) system.

44

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

HVAC and HEPA filters are requalified (b) (4) .  The (b) (4)      (Fill Finish Suite) GMP HVAC was last qualified over a (b) (4)      period from (b) (4)      .

***Reviewer's Comment:*** *The HVAC zoning and pressure differential control appear acceptable. The requalification of the HVAC was reviewed in detail during the PLI of February 21-24, 2023.  Refer to the Establishment Inspection Report for details.*

*Please note that in this BLA submission, Sarepta stated that the HVAC and HEPA are requalified* (b) (4) *at Catalent Biopark.  Per "Guidance for Industry: Sterile Drug Products Produced by Aseptic Processing – Current Good Manufacturing Practice", HEPA filter leak test shall be performed twice a year for Grade A and Grade B manufacturing areas.  This requirement was conveyed to Catalent Biopark during the February 21-24, 2023 inspection, and Catalent Biopark updated the HVAC requalification SOP promptly to reflect this change.*

## Computer Systems

The automatic filler is controlled by HMI Panel.  Filling settings (e.g., line speed) are entered before each filling, and no electronic data are generated during filling.

The software systems used at Catalent Biopark facility are the same as the ones used at Catalent BWI facility, except that (b) (4)      Process Control System is not used at Catalent Biopark.  Refer to the Computer Systems section under Catalent BWI facility for details.

***Reviewer's Comment:*** *A general description of the computer systems used at the Catalent Biopark facility was provided and reviewed.  The computer systems appear acceptable.*

## Equipment

After formulation, (b) (4)

Major reusable equipment used in the SRP-9001 DP manufacturing process is summarized in Table 14:

Table 14. List of SRP-9001 DP Manufacturing Equipment

| Equipment | Product Contact | Product Dedicated |
|---|---|---|
| Freezer | No | No |
| (b) (4) | No | No |
| (b) (4) | No | No |
| (b) (4) | No | No |

45

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

| (b) (4) filling machine | No | No |
|---|---|---|

All reusable equipment was determined to not be in direct contact with product, and the non-product contact equipment is cleaned according to established procedures. Major process equipment utilized in drug product manufacturing has been qualified. For the (b) (4) filling machine, filling volume performance qualification was completed to verify the fill accuracy and capability.

In addition to these cleaning procedures, a (b) (4)                            is completed after viral agent processing. The (b) (4) includes a (b) (4)                            . Decontamination verification is achieved through (b) (4)

A risk assessment was performed to identify the risks associated with cleaning verification/validation of equipment used in the manufacturing of SRP-9001 drug product. Based on the outcome of the assessment, it was determined that cleaning verification/validation was not required.

Note that the SRP-9001 filling process does not use an (b) (4) but instead, uses a (b) (4)            the filling line. Contamination control and sterility assurance for SRP-9001 drug product is achieved through the use of onsite- or pre-sterilized, single-use processing components for filtration and filling operations.

***Reviewer's Comments:*** *Equipment used in the SRP-9001 DP manufacture is not product contact. Equipment qualification is reviewed during the PLI of February 21-24, 2023; no issues were noted.* (b) (4) *qualification is reviewed in the Sterilization section below.*

**Sterilization**

Filling (b) (4)            Sterilization by (b) (4)

The filling (b) (4)            is the only material that has product-contact after the sterilizing filtration step. The filling (b) (4)            is single-use and received sterilized and ready-to-use. Sterilization is performed at (b) (4)

(b) (4)

46

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

*Reviewer's Assessment:* *The validation of the* (b) (4) *of the filling* (b) (4) *includes dose map study, worst-case evaluation,* (b) (4) *monitoring,* (b) (4) *, and low verification dose study.  The study design and results appear acceptable.*

Filter Sterilization by (b) (4)

(b) (4)

After initial qualification, the equipment and sterilization parameters are revalidated (b) (4) .  The last requalification for (b) (4) are Mar 07, 2022 and Apr 07, 2022, respectively, and all studies met the predefined acceptance criteria.

*Reviewer's Assessment:* *The validation of the filter sterilization, including heat distribution, heat penetration and biological indicator challenge studies appear appropriate.* (b) (4) *qualification is further reviewed during the PLI of February 21-24, 2023 and no issues were noted.*

Sterile Filtration Validation

A filter validation study was conducted to provide bacterial retention data for the sterilization filter used to (b) (4) drug product. (b) (4)

47

1 page determined to be not releasable: (b)(4)

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

## Environment Monitoring

The cleanroom manufacturing spaces for SRP-9001 include (b) (4) and Aseptic Fill areas. Each area is designed and qualified to meet requirements for Grades (b) (4) cleanroom classifications per (b) (4) standards.

The Environmental Monitoring Performance Qualification (EMPQ) was performed to evaluate the flow of personnel, materials, air as well as the gowning and sanitization practices throughout the manufacturing space.  The qualification consisted of (b) (4) of static monitoring and (b) (4) of dynamic monitoring.  Non-viable particulate sample sites were selected as outlined in (b) (4) .  All other environmental

49

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

monitoring sample sites were established based upon risk-based analysis of the EMPQ data.

Action limits for non-viable particulates and viable particulates are described in Table 16 and Table 17:



(b) (4)

An EMPQ was performed during the HVAC requalification of (b) (4) , and no excursion was noted.

The routine environmental monitoring (EM) program consists of viable and non-viable particulate air sampling and viable surface sampling.  Routine and in-process monitoring is performed at pre-defined frequencies to ensure a continued state of environmental control in the cleanrooms and BSCs.  EM locations are selected according to the site's risk assessment.  Surface sites were selected throughout the facility based upon worst-case locations, proximity to process, probability of operator contact, equipment locations or materials of construction.  All data and facility environmental isolates are trended, analyzed, and summarized on a (b) (4) basis. EM monitoring frequency is summarized in Table 18.

(b) (4)

50

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0



(b) (4)

No EM excursion was reported.

**Reviewer's Comment:** *The EMPQ and routine EM program appear acceptable.  EM, including deviations, was reviewed in further detail during the PLI of February 21-24, 2023. Refer to Establishment Inspection Report for details.*

**Aseptic Process Validation**

At Catalent Biopark facility, initial Aseptic Process Qualification requires (b) (4)

51

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)



No growth was observed in any vials, and all growth promotion studies pass.

*Reviewer's Assessment: Catalent Biopark's media fill qualification and requalification program appear adequate, and the interventions are appropriately designed. SRP-9001 aseptic filling parameters and container specifications appear to be* (b) (4) *by the recent media fills,* (b) (4)

52

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

*this appears acceptable.*

**Shipping Validation**

(b) (4)



(b) (4)



DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)



***Reviewer's Assessment:*** *It appears acceptable for the shipping validation to focus on thermal control and package integrity, as product-specific attributes are conserved when stored at ≤ -60 ºC as verified in the stability study. Temperature control, packaging integrity, and CCIT all met pre-defined acceptance criteria. Shipment from the manufacturing site Catalent BioPark to the finished goods packaging site* (b) (4) *as well as the finished goods packing site* (b) (4) *to the Specialty Pharmacy or End User appear to be appropriately qualified.*

## 3.2.R Regional Information (USA)

## Comparability Protocol

(b) (4)

DMPQ review memo by Ou Olivia Ma

Sarepta BLA 125781/0

(b) (4)

55

# Exhibit G

**CBER CMC BLA Review Memorandum**

**BLA STN 125781**

**delandistrogene moxeparvovec-rokl
ELEVIDYS**

**Reviewers**

Lilia Lei Bi, Ph.D., Biologist, OTP/OGT/DGT1/GTB1
Emmanuel Adu-Gyamfi, Ph.D., Biologist, OTP/OGT/DGT1/GTB1
Sukyoung Sohn, Ph.D., Biologist, OTP/OGT/DGT1/GTB1
Brian Stultz, M.S., Biological Reviewer, OTP/OGT/DGT1/GTB3
Andrey Sarafanov, Ph.D., Chemist, OTP/OPPT/DH/HB2

**1.    BLA#:** STN 125781

**2.    APPLICANT NAME AND LICENSE NUMBER**
Sarepta Therapeutics, License No. 2308

**3.    PRODUCT NAME/PRODUCT TYPE**
Non-Proprietary/Proper/USAN:      delandistrogene moxeparvovec-rokl
Proprietary Name:                 ELEVIDYS
Company codename:                 SRP-9001
UNII Code:                        2P6QV2ZE52
NDC Code (vial):                  60923-501-10

**4.    GENERAL DESCRIPTION OF THE FINAL PRODUCT**
Pharmacological category:    Adeno-associated virus vector-based gene therapy
Dosage form:                 Suspension for injection
Strength/Potency:            $1.33 \times 10^{13}$ vector genome copies (vg)/mL
Route of administration:     Intravenous infusion
Indication:                  For the treatment of ambulatory patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the DMD gene.

**5.    MAJOR MILESTONES**

| BLA Milestone | Dates |
|---|---|
| IND received from Dr. Jerry Mendell (Nationwide Children's Hospital) | 5-Oct-17 |
| IND transferred to Sarepta Therapeutics, Inc. | 21-Sep-18 |
| (b) (4) | (b) (4) |
| Fast Track designation granted | 4-Jun-20 |
| Type B End of Phase 2 | 27-Jul-21 |
| Original BLA submission-Accelerated approval | 28-Sep-22 |
| First Committee Meeting | 24-Oct-22 |
| Filing Meeting | 14-Nov-22 |
| 60-day filing date | 25-Nov-22 |
| Internal Mid-cycle Meeting | 9-Jan-23 |
| Mid-cycle Applicant t-con | 24-Jan-23 |
| Internal Late-cycle Meeting | 21-Feb-23 |
| Late-cycle Meeting | 13-Mar-23 |
| Original PDUFA Action Date | 26-May-23 |
| Extended PDUFA Action Date | 22-June-23 |

**6.    CMC/QUALITY REVIEW TEAM**

| Reviewer/Affiliation | Section/Subject Matter |
|---|---|
| Lilia Lei Bi, PhD, OTP/OGT/DGT1/GTB1 | DS manufacturing process and process validation/ DP manufacturing process and process validation/ Viral clearance study |

| Emmanuel Adu-Gyamfi, PhD, OTP/OGT/DGT1/GTB1 | Elucidation of Structure and Other Characteristics/Impurities/Specification(s)/Justification of Specification(s)/Analytical methods and validation /Batch Analysis/Container closure/reference standard/ Physicochemical and Biological Properties/pharmaceutical development/Environmental assessment/Batch records/ Analytical Procedures for Assessment of Clinical and Animal Study Endpoints |
|---|---|
| Sukyoung Sohn, PhD, OTP/OGT/DGT1/GTB1 | Control of materials/ Shipping validation/ DP manufacturer/ DP batch formular/ Control of excipients/ Stability |
| Brian Stultz, MS, OTP/OGT/DGT1/GTB3 | Analytical Procedures for Assessment of Clinical Endpoint |
| Andrey Sarafanov PhD, OTP/OPPT/DH/HB2 | Process / Storage Leachables assessment in DP |

**7.    INTER-CENTER CONSULTS REQUESTED:** N/A

**8.    SUBMISSION(S) REVIEWED**

| Date Received | Submission | Comments/ Status |
|---|---|---|
| 9/28/2022 | 125781/0 | Original submission |
| 10/24/2022 | 125781/2 | Response to DMPQ IR sent on 10/19/2022 |
| 12/6/2022 | 125781/4 | Response to DMPQ IR sent on 11/29/2022 |
| 12/8/2022 | 125781/5 | Response to DMPQ IR sent on 11/28/2022 |
| 12/22/2022 | 125781/6 | Response to DMPQ IR sent on 12/14/2022 |
| 12/29/2022 | 125781/8 | Response to CMC IR sent on 12/21/2022 |
| 1/11/2023 | 125781/12 | Response to DBSQC IR sent on 1/6/2023 |
| 1/12/2023 | 125781/13 | Response to DMPQ IR sent on 12/27/2022 |
| 1/19/2023 | 125781/14 | Response to DMPQ IR sent on 1/17/2023 |
| 1/20/2023 | 125781/15 | Response to DBSQC IR sent on 1/10/2023 |
| 1/24/2023 | 125781/16 | Response to DMPQ IR sent on 1/10/2023 |
| 2/3/2023 | 125781/19 | Response to CMC IR sent on 1/20/2023 |
| 2/17/2023 | 125781/20 | Response to CMC IR sent on 2/16/2023 |
| 2/21/2023 | 125781/22 | Response to CMC IR sent on 2/13/2023 |
| 3/1/2023 | 125781/24 | Response to CMC IR sent on 2/13/2023 |
| 3/3/2023 | 125781/27 | Response to CMC IR sent on 2/24/2023 |
| 3/17/2023 | 125781/29 | Commitments in response to CMC IRs sent on 2/13/2023, 2/16/2023 |
| 4/14/2023 | 125781/38 | Commitment in response to DMPQ IR sent on 12/14/2022 |

| 4/17/2023 | 125781/40 | Response to CMC IRs sent on 4/12/2023, 4/13/2023 |
|---|---|---|
| 4/21/2023 | 125781/43 | Commitment for PMC in response to CMC IR sent on 1/20/2023 |
| 4/21/2023 | 125781/44 | Response to CMC IR sent on 4/13/2023 |
| 4/26/2023 | 125781/46 | Response to DBSQC IR sent on 4/19/2023 |
| 4/27/2023 | 125781/47 | Response to CMC IR sent on 4/20/2023 |
| 5/3/2023 | 125781/50 | Response to CMC IR sent on 4/27/2023 |
| 5/10/2023 | 125781/52 | Response to DBSQC IR sent on 5/8/2023, Updated Lot Release Protocol (LRP) |
| 5/11/2023 | 125781/53 | Response to CMC IR sent on 4/27/2023, DP Method Validation |
| 5/16/2023 | 125781/54 | Response to CMC IRs sent on 4/27/2023, 5/11/2023 |
| 5/19/2023 | 125781/59 | Response to Form FDA 483 observations from the pre-license inspection of Catalent BWI |
| 5/30/2023 | 125781/60 | Response to CMC postmarketing commitments (PMCs) sent on 5/24/2023 |
| 6/7/2023 | 125781/66 | Response to CMC IR sent on 6/2/2023 |
| 6/8/2023 | 125781/68 | Response to CMC postmarketing commitments (PMCs) sent on 6/5/2023 |
| 6/14/2023 | 125781/70 | Response to CMC IR sent on 6/12/2023 |
| 6/20/2023 | 125781/73 | Response to CMC IR sent on 6/16/2023 |
| 6/15/2023 | 125781/75 | Response to CMC IR sent on 6/14/2023 |
| 6/21/2023 | 125781/77 | Response to Vial-Carton Label request sent on 6/20/2023 |

**9.    Referenced REGULATORY SUBMISSIONS (e.g., IND BLA, 510K, Master File, etc.)**

| Submission Type & # | Holder | Referenced Item | Letter of Cross-Reference | Comments/Status |
|---|---|---|---|---|
| DMF (b) (4) | (b) (4) | (b) (4) Vial | Yes | Information supports section (3.2.P.7.2) of BLA |
| DMF (b) (4) | (b) (4) | Vial Sterilization of (b) (4) vials | Yes | Information supports section (3.2.P.5.1) of BLA |
| MF (b) (4) | (b) (4) | Sterilization validation results for Stopper | Yes | Information supports section (3.2.P.5.2) of BLA |
| STN (b) (4) | (b) (4) | Stopper, elastomeric formulations, coatings, films | Yes | Section 3.2.P.7 |

iii

## 10.  REVIEWER SUMMARY AND RECOMMENDATION

## A.  EXECUTIVE SUMMARY

Based on the review of the collective CMC information submitted in the BLA by the Applicant and subsequent information requests reviewed throughout the review period, the CMC review team concludes that the manufacturing and controls for delandistrogene moxeparvovec-rokl (also referred to as SRP-9001; ELEVIDYS) are capable of yielding the drug product with consistent quality attributes and therefore, deemed acceptable for commercial manufacturing under the accelerated approval for this BLA.

*Description of the product*: SRP-9001 (rAAVrh74.MHCK7.micro-dystrophin) consists of a 4.7 Kb codon-optimized DNA vector genome encapsidated in a simian AAV serotype rh74 capsid. Each virion potentially contains a single copy of the vector genome. The vector genome expresses micro-dystrophin (μ-Dys), a novel, engineered protein consisting of select domains from the full-length dystrophin protein, which are essential for muscle contractions and turnover. The vector genome expression cassette contains essential elements to control gene expression, including AAV2 inverted terminal repeats (ITRs), a chimeric (SV40) intron, and a synthetic polyadenylation (Poly A) signal (See Figure 1). Expression of the micro-dystrophin protein is under the control of the α-myosin heavy-chain creatine kinase 7 (MHCK7) promoter to restrict expression to skeletal and cardiac muscle.

*Manufacturing and process validation*:
(b) (4)



The delandistrogene moxeparvovec drug product (DP) is manufactured at the Catalent Pharma Solutions facility (BioPark), Baltimore, Maryland. Each DP vial contains an extractable volume of not less than 10 mL, with a nominal concentration of $1.33 \times 10^{13}$ vector genome (vg)/mL formulated in 7 mM Tromethamine / 13 mM Tromethamine HCl, 200 mM Sodium chloride, 1 mM Magnesium chloride, 0.001% Poloxamer 188, at (b) (4)
. The DP manufacturing process includes formulation buffer preparation, (b) (4), sterile filtration, aseptic filling, stoppering, and capping. After visual inspection, the vials are packed, stored at (b) (4), and shipped to the labeling and secondary

packaging site. Validation of the DP manufacturing process included three PPQ runs. The DP manufacturing process is validated for commercial manufacturing.

The manufacturers accept raw materials based on specified quality attributes, including (b) (4) Raw materials derived from animals are appropriately controlled to ensure the absence of microbial contaminants.

*Control and testing:*  The manufacturing steps, (b) (4) , and final DP are controlled and characterized by a panel of analytical methods that are used for characterization and release. These include quantitative assays that assess critical measures of product quality, safety, purity, strength (vg/mL), and potency attributes. The potency test measures the ability of the SRP-9001 to successfully transduce a dystrophin (b) (4) and express the miniaturized micro-dystrophin, which is measured via quantitative (b) (4) . There is a (b) (4) potency tests that ensure the (b) (4) of the microdystrophin to the (b) (4) Collectively, the assays used as part of the overall controls for the manufacturing process were found to be fit-for-purpose. Release and characterization test methods are discussed in detail in this BLA memo.

*Stability*: The DS is stable for (b) (4) when stored at the long-term storage condition of (b) (4) . The DP is stable for 12 months at the storage condition of ≤-60°C. During administration of the DP in the clinic, the DP is thawed and aspirated into an infusion syringe to be infused with a syringe pump. Based on the stability data submitted in the BLA, the thawed DP is stable for up to 24 hours at room temperature (15°C to 25°C) and stable for up to 14 days at 2°C to 8°C.

*Comparability:* Two manufacturing processes were utilized to generate purified DP to support the clinical program. For early clinical trials (Study SRP-9001-101 and Study 102), the DP was made using manufacturing **Process A** at Nationwide Children's Hospital (Ohio State University). Process A used a (b) (4) -based purification process to achieve a near complete removal of empty AAV capsids from the final formulated product. For late-stage clinical trials (Study SRP-9001-103 and ongoing Phase 3 trial [Study 301]), the DP was purified using the to-be-commercialized manufacturing process, referred to as **Process B** at Catalent Pharma Solutions (Baltimore, MD). Process B utilizes a scaled-up purification method that incorporates chromatography-based methods purification of the DP, including separation of the empty capsid residuals from the full capsids. The Process B purification method results in less efficient separation of empty AAV capsids from full AAV capsids (b) (4) full capsids), which contain the SRP-9001 micro-dystrophin DNA.

Based on both the Applicant's and FDA's assessment, it was concluded that the Process A and Process B materials are not analytically comparable relative to the levels of empty capsid residuals. The percent (%) full capsids of Process A and Process B material were found to be significantly different with a statistical probability t-test with p value = 0.0002.

## B.  RECOMMENDATION
### I.    APPROVAL

This biological license application (BLA) provides an adequate description of the manufacturing process and characterization of the new drug product delandistrogene moxeparvovec-rokl to support accelerated approval. The CMC review team has concluded that the manufacturing process, along with associated test methods and control measures, can yield a product with consistent quality attributes. This information, along with post-marketing commitments (PMC) from Sarepta, fulfills the CMC requirements for biological product licensure per the provisions of

section 351(a) of the Public Health Service (PHS) Act controlling the manufacture and sale of biological products and thus, we recommend approval under the accelerated approval pathway requested by the Applicant. When the confirmatory study is completed, the applicant will submit additional CMC data that may require revision of some aspects of this approval memo (e.g., specifications, etc based on additional manufacturing data).

Post-Marketing Commitments (PMCs):
1.  Sarepta Therapeutics, Inc. commits to performing (b) (4) as a "Postmarketing Commitment- Final Study Report" by July 31, 2024

2.  Sarepta Therapeutics, Inc. commits to submitting a final report for the supplemental (b) (4) manufacturing runs for (b) (4) at the Catalent facility as a "Postmarketing Commitment - Final Study Report" by June 30, 2024.

3.  Sarepta Therapeutics, Inc. commits to submitting a final report of the (b) (4) as a "Postmarketing Commitment - Final Study Report" by March 31, 2024.

4.  Sarepta Therapeutics, Inc. commits to revising the system suitability criteria set in the SOP for (b) (4) to reflect the assay variability (percent coefficient of variation; %CV) observed in intermediate precision during assay validation and to submitting the revised SOP as a "Postmarketing Commitment - Final Study Report" by December 31, 2023

5.  Sarepta Therapeutics Inc. commits to revising the system suitability in the SOP for the (b) (4) assay to include a parameter determining (b) (4) and to submitting the revised SOP as a "Postmarketing Study Commitment – Final Study Report" by June 30, 2024.

6.  Sarepta Therapeutics Inc. commits to reassessing the commercial acceptance criterion for the release testing of potency of SRP-9001 drug product after data have been collected on (b) (4) commercial lots and submit a "Postmarketing Study Commitment – Final Study Report" by June 30, 2024.

7.  Sarepta Therapeutics Inc. commits to implementing the following CMC change for the SRP-9001 (b) (4) . The CMC change will be submitted as a "Postmarketing Commitment - Final Study Report" by December 31, 2024.

8.  Sarepta Therapeutics Inc. commits to performing (b) (4) . The final report will be submitted as a "Postmarketing Study Commitment – Final Study Report" by December 31, 2024.

## II.   COMPLETE RESPONSE (CR)

Clinical and clinical pharmacology Review teams are recommending complete response, due to their assessment that the data provided for the accelerated endpoint, micro-dystrophin expression, does not meet the requirement that this endpoint is reasonably likely to predict clinical benefit. This decision was overruled by Dr. Peter Marks, Director CBER and he approved this accelerated endpoint, and the BLA.

## III.   SIGNATURE BLOCK

| Reviewer/Title/Affiliation | Concurrence | Signature and Date |
|---|---|---|
| Lilia Lei Bi, Ph.D.<br>Biologist<br>OTP/OGT/DGT1/GTB1 | Concur | |
| Emmanuel Adu-Gyamfi, Ph.D.<br>Biologist<br>OTP/OGT/DGT1/GTB1 | Concur | |
| Sukyoung Sohn, Ph.D.<br>Biologist<br>OTP/OGT/DGT1/GTB1 | Concur | |
| Brian Stultz, M.S.<br>Biological Reviewer<br>OTP/OGT/DGT1/GTB3 | Concur | |
| Andrey Sarafanov, Ph.D.<br>Chemist<br>OTP/OPPT/DH/HB2 | Concur | |
| Andrew Harmon, Ph.D.<br>Lead Biologist<br>OTP/OGT/DGT1/GTB1 | Concur | |
| Denise Gavin, Ph.D.<br>Chief, Gene Therapy Branch 1<br>OTP/OGT/DGT1 | Concur | |
| Kimberly L.W. Schultz, Ph.D.<br>Chief, Gene Therapy Branch 4<br>OTP/OGT/DGT2 | Concur | |
| Denise Gavin, Ph.D.<br>Director, Office of Gene Therapy<br>OTP/OGT | Concur | |

**Review of CTD**
**Table of Contents**

3.2.S DRUG SUBSTANCE ...........................................................................................13
    3.2.S.1.1 - 1.3 Nomenclature, Structure and General Properties .......................................13
    3.2.S.2 Manufacture..............................................................................................16
        3.2.S.2.1 Manufacturer(s) .................................................................................16
        3.2.S.2.2 Description of Manufacturing Process.................................................18
        3.2.S.2.3 Control of Materials .............................................................................25
        3.2.S.2.4 Controls of Critical Steps and Intermediates.......................................34
        3.2.S.2.5 Process Validation and/or Evaluation.................................................38
        3.2.S.2.6 Manufacturing Process Development .................................................54
    3.2.S.3 Characterization .......................................................................................61
        3.2.S.3.1 Elucidation of Structure and Other Characteristics ............................61
        3.2.S.3.2 Impurities.....................................................................................65
    3.2.S.4 Control of Drug Substance ......................................................................71
        3.2.S.4.1 Specification(s) and 3.2.S.4.5 Justification of Specification(s)............71
        3.2.S.4.2 Analytical Procedures and 3.2.S.4.3 Validation of Analytical Procedures............77
        3.2.S.4.4 Batch Analyses..................................................................................101
    3.2.S.5 Reference Standards or Materials.........................................................104
    3.2.S.6 Container Closure System.....................................................................110
    3.2.S.7 Stability .................................................................................................111
        3.2.S.7.1 Stability Summary and Conclusion and 3.2.S.7.3 Stability Data .......111
        3.2.S.7.2 Post-Approval Stability Protocol and Stability Commitment ...........113
3.2.P DRUG PRODUCT ............................................................................................114
    3.2.P.1 Description and Composition of the Drug Product..................................114
    3.2.P.2 Pharmaceutical Development.................................................................115
        3.2.P.2.1 Components of the Drug Product........................................................115
        3.2.P.2.2 Drug Product ..................................................................................115
        3.2.P.2.3 Manufacturing Process Development .................................................117
        3.2.P.2.4 Container Closure System ................................................................118
        3.2.P.2.5 Microbiological Attributes ...............................................................120
        3.2.P.2.6 Compatibility....................................................................................120
    3.2.P.3 Manufacture.............................................................................................122
        3.2.P.3.1 Manufacturer(s)................................................................................122
        3.2.P.3.2 Batch Formula ..................................................................................123
        3.2.P.3.3 Description of Manufacturing Process.................................................124
        3.2.P.3.4 In-process Controls ..........................................................................126
        3.2.P.3.5 Process Validation and/or Evaluation................................................127
    3.2.P.4 Control of Excipients................................................................................136
        3.2.P.4.1 Specifications ...................................................................................136
        3.2.P.4.2 and 3.2.P.4.3 Analytical Procedures and Validation of Analytical Procedures...136
        3.2.P.4.4 Justification of Specifications for Excipients......................................137
        3.2.P.4.5 Excipients of Human or Animal Origin...............................................137
        3.2.P.4.6 Novel Excipient...............................................................................137
    3.2.P.5 Control of Drug Product...........................................................................137
        3.2.P.5.1 and 3.2.P.5.6 Specification(s) and Justification of Specification(s)....................137
        3.2.P.5.2 and 3.2.P.5.3 Analytical Procedures and Validation of Analytical Procedures...144
        3.2.P.5.4 Batch Analyses................................................................................154
        3.2.P.5.5 Characterization of Impurities...........................................................155
    3.2.P.6 Reference Standards or Materials...........................................................156

3.2.P.7 Container Closure System ............................................................................... 156
3.2.P.8 Stability ............................................................................................................ 156
   3.2.P.8.1 Stability Summary and Conclusion and 3.2.P.8.3 Stability Data ........................ 156
   3.2.P.8.2 Post-Approval Stability Protocol and Stability Commitment ............................. 164
3.2.A APPENDICES ...................................................................................................... 166
   3.2.A.1 Facilities and Equipment ................................................................................. 166
   3.2.A.2 Adventitious Agents Safety Evaluation ............................................................ 166
   3.2.A.3 Novel Excipients .............................................................................................. 167
3.2.R Regional Information (USA) ................................................................................. 167
Fluorescent Immunohistochemistry Assays .................................................................. 174

**List of Tables:**

Table 1: Nomenclature of SRP-9001 ............................................................................. 13
Table 2: SRP-9001-micro-dystrophin vector elements ................................................. 14
Table 3: Drug substance manufacturing, testing, and storage facilities ........................ 16
Table 4: Upstream Cell Expansion Scheme .................................................................. 20
Table 5: Performance Parameters for the Final Formulation and (b) (4) Step ............... 24
Table 6: Bulk DS Commercial Packaging Configuration ................................................ 25
Table 7: Representative plasmid release test results .................................................... 30
Table 8: Summary of MCB Testing (Lot No. (b) (4) ....................................................... 31
Table 9: Definitions of Parameter Classifications .......................................................... 34
Table 10: Assessment of Upstream Process Parameters: CPPs ................................... 35
Table 11: Assessment of Downstream Process Parameters: CPPs ............................... 35
Table 12: Upstream Critical IPCs and Acceptance Criteria ........................................... 35
Table 13: Upstream IPCs and Alert Limits .................................................................... 36
Table 14: Downstream Critical IPCs and Acceptance Criteria ....................................... 36
Table 15: Summary of Downstream IPCs and Alert Limits ............................................ 36
Table 16: In-Process Control Analytical Procedures ..................................................... 37
Table 17: Summary of Upstream and Downstream PPQ Feeder Lots ............................ 40
Table 18: (b) (4) Process Parameters ........................................................................... 42
Table 19: (b) (4) In-Process Parameters (IPCs) ........................................................... 42
Table 20: (b) (4) , (b) (4) and Viral Production ............................................................. 44
Table 21: (b) (4) and (b) (4) Process Parameters ......................................................... 45
Table 22: (b) (4) and (b) (4) In-Process Parameters (IPCs) .......................................... 45
Table 23: (b) (4) Process Parameters ........................................................................... 45
Table 24: (b) (4) In-Process Parameters (IPCs) ........................................................... 46
Table 25: (b) (4) Process Parameters ........................................................................... 46
Table 26: (b) (4) In-Process Controls ........................................................................... 47
Table 27: (b) (4) Process Parameters ........................................................................... 47
Table 28: (b) (4) In-Process Controls ........................................................................... 48
Table 29: (b) (4) Formulation and (b) (4) Process Parameters ...................................... 48
Table 30: (b) (4) Formulation and (b) (4) In-Process Controls ...................................... 49
Table 31: Validated Manufacturing In-Process Hold Times ........................................... 50
Table 32: Severity Assessment Method ........................................................................ 54
Table 33: Probability and Detectability Ranking Scores ................................................ 55
Table 34: Summary of Process A and B changes and Assessment of Comparability ..... 58

9

Table 35: (b) (4) stability of Process A and Process B material ...................................... 59
Table 36: Panel of SRP-9001 product characterization studies ...................................... 61
Table 37: Summary of Level of (b) (4) Detected in SRP-9001 Capsid Protein................. 63
Table 38: Summary of (b) (4) observed for SRP-9001 ............ 63
Table 39: Overall Control Strategy for Process Residual Impurities .......................................... 65
Table 40: Cumulative (b) (4) Clearance (b) (4) Protein) ..................................................... 66
Table 41: (b) (4) ) ................................................................. 67
Table 42: Cumulative (b) (4) Clearance ........................................................................ 67
Table 43: Clearance of (b) (4) ................................................................. 67
Table 44: Clearance of (b) (4) ................................................................. 68
Table 45: SRP-9001 (b) (4) assessment via (b) (4) ................................. 69
Table 46: Specification for Drug Substance.............................................................................. 71
Table 47: Drug Substance batches used in setting specification (all Process B lots)................ 73
Table 48: Drug Substance (b) (4) Release ............................................ 74
Table 49: Summary of (b) (4) and Stability Data.......................... 75
Table 50: (b) (4) and Statistical Analysis............................. 76
Table 51: (b) (4) Calculated for DS and Statistical Analysis................................. 76
Table 52: SRP-9001 DS Release testing methods and locations........................................ 77
Table 53: (b) (4) Quality Criteria ...................................... 79
Table 54: (b) (4) Validation Summary .................................................. 79
Table 55: (b) (4) .............. 81
Table 56: Validation Summary of (b) (4) by (b) (4) ........................................... 84
Table 57: Summary of (b) (4) Assay Validation ......................................... 87
Table 58: Cycling parameters for (b) (4) assay...................................................... 89
Table 59: Validation summary for (b) (4) .................................................. 89
Table 60: Validation Summary of (b) (4) Impurity.......................................... 91
Table 61: Summary of (b) (4) Assay validation................................................ 93
Table 62: System suitability of the (b) (4) assay ......................................................... 95
Table 63: Summary of (b) (4) assay validation .................................................................. 96
Table 64: Comparison of original, re-calculated, and re-tested DP lots used in clinical study 103 ...................................................................................................... 99
Table 65: Summary of (b) (4) assay ....................................................................... 100
Table 66: SRP-9001 DS Batch analysis ............................................................................. 101
Table 67: Drug substance release data for (b) (4) PPQ lots ......................................... 103
Table 68: Qualification criteria of linearized reference standard plasmid ............................. 105
Table 69: Qualification of (b) (4) ............. 106
Table 70: Qualification of the Potency Reference Standards .................................................. 106
Table 71: Additional Characterization of Reference standards............................................... 108
Table 72: Potency reference standard stability....................................................................... 108
Table 73: Specification of DS container.................................................................................. 110
Table 74: DS Stability Batches ............................................................................................. 111
Table 75: DS Stability Acceptance Criteria for Clinical and PPQ Batches............................. 111
Table 76: Post-Approval DS Stability Protocol for Long-Term Storage at (b) (4) ................. 113
Table 77: Composition of the SRP-9001 Drug Product .......................................................... 114

Table 78: SRP-9001 Quality Target Product Profile ..................................................116
Table 79: Categorization of critical quality attributes ...............................................117
Table 80: Summary of DP primary container closure description...............................118
Table 81: Description of Delivery Device Set Used in Compatibility Studies.............120
Table 82: Analytical results for In-line filter delivery device compatibility study .......121
Table 83: Description of DP Manufacturers ..............................................................122
Table 84: DP Batch Formula.....................................................................................123
Table 85: Acceptance Criteria for Release of Formulation Buffer..............................124
Table 86: Critical Process Parameters in SRP-9001 DP Manufacture ......................126
Table 87: In-Process Controls for SRP-9001 DP.......................................................126
Table 88: DP In-Process Hold Times.........................................................................127
Table 89: DP PPQ Batch Summary ...........................................................................128
Table 90: Process Parameter Data of PPQ Runs.......................................................128
Table 91: In-Process Controls Data of PPQ Runs .....................................................129
Table 92: Post-PPQ DP Changes...............................................................................130
Table 93: DP In-Process Hold Times..........................................................................131
Table 94: Filters Study Results: Commercial Versus Challenge Parameters.............132
Table 95: Bulk DP commercial shipping lanes ...........................................................133
Table 96: Summary of Thermal OQ............................................................................134
Table 97: Summary of shipping lanes from (b) (4) .....................................................134
Table 98: Compendial Excipients ...............................................................................136
Table 99: Specifications for Tromethamine HCl (b) (4) ...............................................136
Table 100: SRP-9001 Drug product release specification ..........................................137
Table 101: Re-tested Titer Results for Clinical Lots Utilized in Study SRP-9001-103 ..............140
Table 102: Justification of DP capsid purity specification ..........................................141
Table 103: Statistical justification for (b) (4) ...............................................................142
Table 104: Justification for (b) (4) potency specification.............................................142
Table 105: Operating parameters of the (b) (4) ..........................................................145
Table 106: Materials for % Full capsid (b) (4) Assay validation..................................145
Table 107: Summary of suitability criteria for (b) (4) assay.........................................146
Table 108: Validation summary for % Full capsid assay (b) (4)...................................146
Table 109: System suitability criteria for potency assay .............................................150
Table 110: Summary of Validation of (b) (4) potency assay ........................................151
Table 111: Validation of (b) (4) micro-dystrophin.......................................................153
Table 112: DP Stability Acceptance Criteria ...............................................................156
Table 113: DP batches on long-term (≤ -60°C) stability studies .................................157
Table 114: Drug Product (b) (4) Study Information......................................................161
Table 115: (b) (4) of SRP-9001 at (b) (4) ...................................................................162
Table 116: (b) (4) .......................................................................................................163
Table 117: (b) (4) .......................................................................................................163
Table 118: (b) (4) .......................................................................................................163
Table 119: DP Stability Protocol for ≤-60°C Storage Condition ..................................164
Table 120: Total (b) (4) Manufacturing Process ........................................................167
Table 121: Summary of Clinical Western Blot Assay description .................................175

11

Table 122: Summary of Clinical Western Blot Assay Validation ............................................176
Table 123: Viral Shedding method summary and Validation ................................................180

**List of Figures:**
Figure 1: SRP-9001 Vector Design...........................................................................................13
Figure 2: Depiction of dystrophin and micro-dystrophin binding to the sarcolemma..................15
Figure 3: Summary of SRP-9001 upstream manufacturing steps ..............................................19
Figure 4: Summary of SRP-9001 downstream manufacturing steps...........................................20
Figure 5: Transgene (b) (4) .........................................................................................28
Figure 6: A. (b) (4)
............................................................................................................................29
Figure 7: Production Suite (b) (4) Upstream and Downstream Qualification......................................40
Figure 8: Production Suite (b) (4) Qualifications.................................................................40
Figure 9: Summary of Process Comparison Between Process A and Process B ......................57
Figure 10: Comparison of Process A and B material potency ....................................................59
Figure 11: Comparison of Process A and Process B (b) (4) ............................................60
Figure 12: Purity of SRP-9001 capsid by (b) (4) analysis ...................................................69
Figure 13: (b) (4) from (b) (4) DP lots (b) (4)
............................................................................................................................70
Figure 14: Reference Standard at (b) (4) .........................................81
Figure 15: (b) (4) for Process B SRP-9001 drug substance lots..........102
Figure 16: (b) (4) SRP-9001 historical and PPQ drug substance ...............................103
Figure 17: (b) (4) Image of (b) (4) ...............................105
Figure 18: Assessment of i (b) (4) expression of potency assay reference...........................109
Figure 19: (b) (4) stability data .........................................................................................112
Figure 20: (b) (4) stability data...........................................................................112
Figure 21: Schematics of primary container closure of SRP-9001 ........................................118
Figure 22: (b) (4)
............................................................................................................................135
Figure 23: (b) (4) of SRP-9001 drug product(left), DP vial on right........................139
Figure 24: Vector genome titer of historical process B DP lots..............................................140
Figure 25: Relationship between Study 103 DP titer and clinical endpoint (NSAA).................141
Figure 26: relative potency of SRP-9001 lots used in study 103 and 301 ...............................143
Figure 27: Representative (b) (4) Distribution graph of SRP-9001 Capsids...............145
Figure 28: Assessment of potency assay specificity................................................................152
Figure 29: Analysis of DP Capsid Protein Purity....................................................................155
Figure 30: Analysis of (b) (4) ...............................................................................155
Figure 31: Vector genome concentration stability at ≤-60°C...................................................158
Figure 32: (b) (4) potency stability at ≤ -60°C ...................................................159
Figure 33: (b) (4) ............................................................................................160
Figure 34: Capsid highest impurity ........................................................................................160
Figure 35: SRP-9001 Container/vial sample label .................................................................171
Figure 36: SRP-9001 Carton sample label ............................................................................172
Figure 37: Example of Carton (kit) configuration ...................................................................173

Figure 38: (b) (4)    Assay Repeatability ............................................................................. 175

## 3.2.S DRUG SUBSTANCE
### 3.2.S.1.1 - 1.3 Nomenclature, Structure and General Properties
*Reviewed by Emmanuel Adu-Gyamfi (EAG)*
**Nomenclature**

**Table 1: Nomenclature of SRP-9001**

| International Nonproprietary Name (INN) | delandistrogene moxeparvovec-rokl |
|---|---|
| United States Adopted Name (USAN) | delandistrogene moxeparvovec-rokl |
| Proprietary name: | ELEVIDYS |
| Company code | SRP-9001 |
| Chemical Abstracts Service (CAS) registry number | 2305040-16-6 |
| Chemical name (CAS Index Name) | DNA (Recombinant adeno-associated virus AAVrh74 vector SRP-9001 MHCK7 promoter plus micro-dystrophin-specifying) |
| Unique Ingredient Identifier (UNII) | 2P6QV2ZE52 |
| World Health Organization (WHO) Number | 11631 |
| Other Names | Micro-dystrophin, SRP-9001-micro-dystrophin |

**Structure**

The drug substance (DS) vector genome is 4.7 kb in size. It is encapsidated in a rhesus AAV serotype rh74 capsid, with each virion potentially containing one copy of the viral genome. The vector genome contains a codon-optimized microdystrophin transgene (b) (4) derived from minimal elements of the full length wild-type human dystrophin gene. The vector genome also contains genetic elements required for gene expression, including AAV2 inverted terminal repeats (ITR), chimeric (SV40) intron, and synthetic polyadenylation (Poly A) signal, all under the control of the α-myosin heavy-chain creatine kinase 7 (MHCK7) promoter to restrict expression to skeletal and cardiac muscles. (b) (4) . Elements of the vector genome are schematically summarized under Figure 1and discussed under Table 2

**Figure 1: SRP-9001 Vector Design**



ABD = actin-binding domain; CR = cysteine-rich region; H = hinge; ITR = inverted terminal repeats; MHCK7 = α-myosin heavy-chain creatine kinase 7; pA = polyadenylation signal; R = spectrin-like repeat; rAAV = recombinant adeno-associated virus; rh74 = rhesus serotype 74.

**General Properties**

The SRP-9001 vector expresses a miniaturized version of the full-length dystrophin protein described above. This protein is truncated from the mild Becker Dystrophin (see Figure 2) used

13

to design the expression cassette. The dystrophin elements selected as well as the Applicant's rationale for the design of SRP-9001 construct is summarized under Table 2

**Table 2: SRP-9001-micro-dystrophin vector elements**



(b) (4)

99 pages determined to be not releasable: (b)(4)



(b) (4)



## 3.2.P DRUG PRODUCT
### 3.2.P.1 Description and Composition of the Drug Product
*Reviewed by LB*

The SRP-9001 Drug Product (DP) is a sterile suspension for intravenous (IV) administration, containing $1.33 \times 10^{13}$ vg/mL of delandistrogene moxeparvovec formulated in a buffered solution of Tromethamine/Tromethamine-HCl, Magnesium chloride, Sodium chloride, and Poloxamer 188. Each vial contains an extractable volume of not less than 10.0 mL. The total recommended dosage is based on patient weight and requires multiple vials per dose.

**Table 77: Composition of the SRP-9001 Drug Product**

| Component | Quantity per 10 mL[a] | Concentration | Reference to Standard(s) | Function |
|---|---|---|---|---|
| Delandistrogene moxeparvovec | $1.33 \times 10^{14}$ vector genomes (vg) | $1.33 \times 10^{13}$ vector genomes (vg)/mL | In-house specification[b] | Active ingredient |
| Sodium chloride | (b) (4) | 200 mM | (b) (4) . | (b) (4) |
| Tromethamine HCl (b) (4) | (b) (4) | 13 mM | In-house specification[c] | Buffer agent |

| Tromethamine (b) (4) | (b) (4) | 7 mM | (b) (4) | Buffer agent |
|---|---|---|---|---|
| Magnesium chloride (Magnesium chloride (b) (4) | (b) (4) | 1 mM | (b) (4)    . | (b) (4) |
| Poloxamer 188 (b) (4) | (b) (4) | 0.001% (b) (4) | (b) (4)    . | (b) (4) |
| | (b) (4) | q.s. | (b) (4) | (b) (4) |

[a] Vial contains a target overfill of (b) (4) mL per vial to allow complete withdrawal of 10.0 mL dose.
[b] Specification is provided in Section 3.2.S.4.1.
[c] Manufactured for supplier under GMP using Tromethamine, (b) (4)    is provided in Section 3.2.P.4.1 – Tromethamine HCl / (b) (4)
q.s. = quantity sufficient to achieve final volume

## 3.2.P.2 Pharmaceutical Development
### 3.2.P.2.1 Components of the Drug Product
### 3.2.P.2.1.1 Drug Substance
The drug substance (delandistrogene moxeparvovec) is (b) (4)

in order to prepare the drug product. The drug substance is stored at (b) (4)

### 3.2.P.2.1.2 Excipients
The drug product is formulated in 7 mM Tromethamine (b) (4)    / 13 mM Tromethamine HCl (b) (4)    200 mM Sodium chloride, 1 mM Magnesium chloride (Magnesium chloride (b) (4)    0.001% Poloxamer 188, at (b) (4)

### 3.2.P.2.2 Drug Product
### 3.2.P.2.2.1 Formulation Development
The components of the formulation are commonly used as ingredients of intravenous formulations and were selected to provide stability and compatibility of the drug product for the intended route of administration.

Development of SRP-9001 DP formulation was based on available knowledge of physicochemical properties of recombinant AAV serotypes. The same formulation has been used from initial clinical trials through to the commercial product.

### 3.2.P.2.2.2 Overages
There are no overages in the formulation of the DP.

### 3.2.P.2.2.3 Physicochemical and Biological Properties
*Reviewed by EAG*
The composition of the DS (b) (4)

DP titer of 1.33 e13 vg/mL. According to the Applicant, the quality target product profile (QTPP) for the SRP-9001 program was compiled by a cross-functional team which included input from gene therapy research, process development, formulation development and analytical development, provides a comprehensive listing of the desired drug substance (DS)/ drug product (DP) quality attributes for the finished product. Subsequent assessment of critical quality attributes (CQAs) was performed. The QTPP for SRP-9001 is summarized below under Table 78.

**Table 78: SRP-9001 Quality Target Product Profile**

| Category of Attribute | Quality Target Product Profile |
|---|---|
| **Drug Product Attributes (General)** ||
| Description | SRP-9001-micro-dystrophin is a recombinant gene therapy product designed to deliver the gene encoding the SRP-9001-micro-dystrophin protein. It is a non-replicating, recombinant, adeno-associated virus (AAV) serotype rh74 (AAVrh74) based vector containing the SRP-9001-micro-dystrophin expression cassette, under the control of the MHCK7 promoter. |
| Intended use in clinical setting | Adeno-associated virus gene therapy for the treatment of patients aged 4 through 5 with a confirmed diagnosis of Duchene Muscular Dystrophy (DMD). |
| Dosage form | SRP-9001 $1.33 \times 10^{13}$ vg/mL suspension for infusion is supplied as a single-use, clear to opalescent, colorless, preservative-free, sterile, aqueous solution for intravenous infusion, that may contain white to off-white particles. Multiple vials will be thawed and pooled at the clinical site and prepared for I.V. infusion to achieve the therapeutic dose per patient body weight in kg (1.33E14 vg/kg). |
| Route of administration | Intravenous. The product will be administered as a single IV infusion. |
| Delivery system | Microbore infusion set with syringe pump |
| Dose/Dose frequency | 1.33E14 vg/kg, SRP-9001 administered as single (one time) peripheral venous infusion. |
| Container | SRP-9001 drug product is stored as a sterile frozen liquid formulation in a cyclic olefin polymer vial closed with a rubber stopper and sealed with an aluminum seal and plastic flip-off cap. |
| Shelf life | drug product shelf-life is 12 months. |
| Formulation biocompatibility | (b) (4) formulation buffer, containing generally regarded as safe (GRAS) excipients (20 mM Tris, 200 mM NaCl, 1 mM MgCl2, (b) (4) 0.001% (b) (4) Poloxamer 188. |
| Primary sequence and therapeutic moiety integrity | SRP-9001-micro-dystrophin is a recombinant gene therapy product designed to deliver the gene encoding the 9001-micro-dystrophin protein. It is a non-replicating, recombinant, adeno-associated virus (AAV) serotype rh74 (AAVrh74) based vector containing the 9001-micro-dystrophin expression cassette, under the control of the MHCK7 promoter. |

*Reviewer Comment:*
- *The QTPP does not fully specify Drug product quality criteria (e.g., sterility, purity, stability, and drug release) appropriate for an intended marketed product. However, these are clearly indicated in release specification.*
- *Although* (b) (4) *guideline on QTPP summary is not explicit about content, the QTPP should incorporate a summary on handling and storage as this is critical to product and process quality. Table 78 reflects the revised QTPP table submitted by the Applicant under Amendment #70 submitted 2023.06.14. This is acceptable.*

**Assessment of SRP-9001 Product Criticality**

Critical quality attributes (CQAs) for the drug substance and drug product have been designated based on product and process development experience, nonclinical, as well as published literature and publicly available information on other AAV product (CQAs) were evaluated in process development and characterization studies. Manufacturing process steps were evaluated to understand their impact on CQAs, and relevant methods were chosen for specific studies evaluating. safety, purity, potency and identity. *These have been discussed and summarized under 3.2.P.3.5 Process Validation* and/or Evaluation. CQAs are grouped mainly under safety, purity, potency and identity See table below. Purity was further divided into

process and product related impurities. *Note: Practically, all attributes reported on release CoA are classified as CQA and are monitored at release or as in-process steps.*

**Table 79: Categorization of critical quality attributes**



*Reviewer Comment: The rationale for criticality assignments did not include any dedicated criticality scoring scheme that considers all the information gathered from manufacturing, known safety concerns in the literature as well as regulatory and compendial requirements. However, the assignments of product criticality is consistent with current understanding of AAV products in the field. Also, practically every measured attribute reported on release is considered critical and is thus monitored accordingly. Hence, this is acceptable.*

### 3.2.P.2.3 Manufacturing Process Development
*Reviewed by EAG and AS*
Two manufacturing processes have been utilized during the clinical trial stages for SRP-9001 program: early clinical manufacturing Process A and late-stage Process B. *The comparability study to support the drug product Process A to Process B manufacturing change already discussed under 3.2.S.2.6 Manufacturing Process Development.* Process B clinical DP is manufactured at Catalent BioPark and has been validated as the intended commercial process, while Process A was not validated.

117

### 3.2.P.2.4 Container Closure System

*Reviewed by EAG and Andrey Sarafanov (AS)*

**Primary Container**:  SRP-9001 is supplied in a 10-mL (b) (4) cyclic olefin polymer (b) (4) vial with a rubber stopper and capped with an aluminum seal. According to the Applicant, all components are received in pre-sterilized, ready-to-use configurations.  The components and schematic of the container closure system (CCS) are summarized under Figure 21 and Table 80 below.

**Figure 21: Schematics of primary container closure of SRP-9001**



**Table 80: Summary of DP primary container closure description**

| Component | Description | Manufacturer | MF/DMF[a] | Reference to Standards |
|---|---|---|---|---|
| Vial | 10-mL, cyclic olefin polymer (b) (4) | (b) (4) . | (b) (4) (letter of authorization to DMF (b) (4) | (b) (4) |
| Stopper | 20-mm, (b) (4) grey chlorobutyl rubber stopper with (b) (4) barrier on product contact side, (b) (4) on non-product side | (b) (4) . | STN (b) (4) (letter of authorization to DMF STN (b) (4) | (b) (4) |
| Seal | 20-mm, aluminum shell with polypropylene flip- off cap overseal | (b) (4) | Not applicable (no product contact) | Not applicable (no product contact) |

[a] DMFs containing the sterilization information for components listed in the table are located in Section 3.2.P.3.5.
[b] (b) (4)

118



**Container Closure System Extractable and Leachables Substances Determination**
(b) (4)

**Secondary Packaging:** The secondary packaging consists of an opaque, tamper-evident, rigid paperboard carton. The carton provides physical protection for the vials during storage and shipping. *Reviewer Note: During PLI for the DP (at Catalent-BioPark, Baltimore MD), the secondary packaging container was inspected to be acceptable. Details can be found in the EIR report for the drug product manufacturing site.*

119

### 3.2.P.2.5 Microbiological Attributes
*Reviewed by EAG*
SRP-9001 DP is manufactured by aseptic processing, for intravenous infusion to avoid microbial contamination. The DP is supplied as single-use vials free of preservative. As part of processing, DP solution is filtered through (b) (4)                            filters. DP is aseptically filled using a process that has been validated. Components that have direct contact with the DP are either received sterile or sterilized during the process. DP is subject to sterility and endotoxin testing as part of the release process. For assurance of container closure system (CCS) integrity, the DP vial is tested for CCS integrity during stability testing, in lieu of sterility testing via (b) (4)            method and has been developed according to the principles in (b) (4)                            . *This is acceptable.  Also, for detailed microbial containment strategy see DBSQC memo.*

### 3.2.P.2.6 Compatibility
*Reviewee by EAG*
SRP-9001 drug product (DP) is supplied as single-use, preservative-free, sterile, aqueous solution for infusion, to be administered with a 0.2 µm in-line dosing filter. Studies to assess for potential change in (b) (4)                        were performed during clinical development. (b) (4) independent compatibility studies were performed using representative DP (lot (b) (4)        in which the DP was (b) (4)

**Dosing Filter Compatibility Study (Study 3)**
According to the Applicant, low levels of visible particles were observed in SRP-9001 drug product vials during the 100% visual inspection process in some batches and were rejected. Based on investigations conducted, the Applicant concluded that the formulated DP has the propensity to also form inherent (b) (4)        -related particles. Therefore, as a risk mitigation strategy, a dosing filter is needed in the infusion line to reduce the level of inherent subvisible and visible particles in the dosing solution. A study to assess the in-use compatibility and effectiveness of a 0.2 µm in-line filter as part of DP administration to remove potential intrinsic particulates in the DP, was conducted using the delivery device components listed in the table below. (*Note: delivery device components were requested during BLA review under Amendment # 27, 2023.03.03). The Applicant also clarified that the in-line filter was introduced in Study SRP-9001-103 and the ongoing pivotal trial (SRP-9001-301). Clinical studies SRP-9001-101 and 102 did not use the in-line filter for administration.*

**Table 81: Description of Delivery Device Set Used in Compatibility Studies**

| Component | Description | Manufacturer | Part Number | Sarepta In-Use Compatibility Study Number | Material of Construction |
|---|---|---|---|---|---|
| **Study 3** | | | | | |

| | | | | RPT-02108 | |
|---|---|---|---|---|---|
| Syringe | 60 mL plastic syringe (b) (4) | (b) (4) | (b) (4) | | Siliconized polypropylene |
| IV infusion extension set | Non-DEHP IV infusion extension | (b) (4) | (b) (4) | | PVC (non-DEHP) |
| IV catheter | (b) (4) Catheter | (b) (4) | (b) (4) | | Polyurethane |
| Needle | 21-G Precision Glide needle | (b) (4) | (b) (4) | | Stainless steel |
| In-line dosing filter | Non-DEHP in-line filter extension set (0.2 µm PES filter) | (b) (4) | (b) (4) | | PVDF (hydrophobic air vent filter membrane), Copolyester (housing material), PVC (non-DEHP, tubing), PES (filter) |

DEHP = Di(2-ethylhexyl)phthalate PES = polyethersulfone
PVC = polyvinyl chloride PVDF = (b) (4)

(b) (4)



(b) (4)





*Reviewer Comment:*

- (b) (4)



**Overall Reviewer's Assessment of Section 3.2.P.2:**

☐ Information provided to describe pharmaceutical development together with the additional IR responses are acceptable.

☐ State if deficiencies were identified and how they were resolved.

  - Limited information regarding description of the delivery device components used in the assessment of device compatibility study was present in the BLA. This was resolved with the Applicant through an IR request (Amendment 27).
  - Absence of assessment of cumulative process leachables in DP. Upon FDA request, the Applicant committed performing such assessment (PMC #1). The study details, recommended by FDA (see review memo of Dr. Andrey Sarafanov), were communicated to the Applicant on January 20, 2023 (Question 24).

**3.2.P.3 Manufacture**
**3.2.P.3.1 Manufacturer(s)**
DP Manufacturers are summarized the table below.

**Table 83: Description of DP Manufacturers**

| Site Name and Address | FEI | DUNS | Responsibility | Testing Performed (if applicable) |
|---|---|---|---|---|
| Catalent Pharma Solutions[a] Catalent Maryland (BioPark) 801 West Baltimore Street, Suite 302, Baltimore, MD 21201, USA | 3015558590 | 618890289 | Manufacture | (b) (4)           , Bioburden, Filter integrity, Fill weight check |
| (b) (4) | (b) (4) | (b) (4) | Labeling Secondary packaging | n/a |

122

| (b) (4) | | | DP storage | |
|---|---|---|---|---|
| (b) (4) | (b) (4) | (b) (4) | Release testing Stability testing | Release: All methods except Vector genome concentration and Potency<br><br>Stability: All methods except Vector genome concentration, Potency, and Container closure integrity test |
| (b) (4) | (b) (4) | (b) (4) | Release testing | All methods except Vector genome concentration, Potency, Percent full capsid, and Identity (vector capsid) |
| Sarepta Therapeutics 100 Federal Street, Andover, MA 01810, USA | 3012807588 | 072827382 | Release testing Stability testing | Potency and Vector genome concentration |
| (b) (4) | (b) (4) | (b) (4) | Stability testing | Container closure integrity test |

ᵃ Previously Paragon Bioservices, Inc.

*Reviewer's comment: The updated list of DP manufacturers was submitted under Amendment #19 dated 02/17/2023.*

### 3.2.P.3.2 Batch Formula

Each DP batch is prepared according to the formula summarized in Table 84. A batch consists of (b) (4) (approximately (b) (4) vials) of pre-sterilized DP.

**Table 84: DP Batch Formula**

| Component | Quantity | | |
|---|---|---|---|
| | Min Batch Size (b) (4) | Max Batch Size (b) (4) | |
| Delandistrogene moxeparvovec | (b) (4) | (b) (4) | |
| Sodium chloride | | | |
| Tromethamine HCl (b) (4) | | | |
| Tromethamine (b) (4) | | | |
| Magnesium chloride (Magnesium chloride (b) (4) | | | |
| Poloxamer 188 | | | |
| (b) (4) | | | |

ᵃ Target DP titer of $1.33 \times 10^{13}$ vg/mL multiplied by the batch (b) (4), is presented. The total vg per batch for each DP formulation is calculated from the (b) (4), which is determined by (b) (4) during DS release testing.
q.s. = quantity sufficient to achieve final (b) (4)

**Overall Reviewer's Assessment of Sections 3.2.P.3.1 and 3.2.P.3.2:**
❑    Descriptions of DP manufacturers and the DP batch formula are acceptable.

1 page determined to be not releasable: (b)(4)

(b) (4)

- **Visual Inspection**

All filled vials are manually inspected for container closure and solution defects. The inspection process is qualified to remove container integrity defects which may compromise the sterility of the product, and to remove other container and product characteristic defects such as variations in fill level, discoloration or clarity. Vials found to have defects, including visible particles are removed. Vials passing the 100% manual visual inspection process are then sampled for an Acceptable Quality Limit (AQL) visual inspection.

- **Freezing and Storage**

The drug product vials are frozen and stored at ≤ -60°C.

- **Labeling and Packaging**

Drug product is transferred to the secondary packaging site. Labeling and packaging operations are performed at (b) (4) under GMP on qualified equipment according to standard operating procedures.

**Long-Term Storage:** The final drug product vials are stored at ≤ -60°C.

**Reprocessing:** No reprocessing is allowed during the manufacturing of the drug product.

**Reviewer Comment:** *In response to IRs, the Applicant provided information on DP labeling and packaging in amendment #19 of 03Feb2023 and in amendment #27 of 03Mar2023. The provided information is acceptable.*

**DP Labeling and Packaging**

The unlabeled vials are shipped from Catalent BioPark to (b) (4) for vial labeling and secondary packaging. In summary, after the drug product vials are manufactured and inspected, they are packaged directly into (b) (4) . These (b) (4)



**The Primary (vial) and Secondary (carton) Labeling Procedures:**

Drug product vials are labeled in a room  maintained at (b) (4) . The primary vial labels are manually applied to the vials and visually inspected.  Labeled vials are transferred into (b) (4) secondary carton. The carton is sealed with tamper evident seals to maintain product identity. Finished goods are (b) (4) . The established labeling procedures and controls are supported by the (b) (4) study summarized under stability section  3.2.P.8 Stability).

Identity testing by (b) (4) is performed at (b) (4) to ensure identity of the product in accordance with 21CFR 610.14. Confirmation of the passing ID test by QA is required. The labeled DP is packed and shipped for distribution (of the commercial finished goods) to Sarepta customers from the same packaging site (b) (4) and will only be sent to the clinical site when a DP administration is scheduled. Drug product will not be stored at the dosing site long term. These commercial shipments are completed using qualified, temperature-controlled shipping processes and shippers that utilize dry ice to maintain temperature. Temperature is continuously monitored for these shipments using specialty logistics courier. Instructions for the storage of the product at the dosing sites are provided in the USPI to customers. *Reviewer Comment: Description of labeling and shipping procedures are acceptable.*

> **Overall Reviewer's Assessment of Section 3.2.P.3.3:**
> The description of DP manufacturing process is acceptable.
> In response to IRs, the Applicant provided the information on DP labeling and packaging in amendment #19 of 03Feb2023 and in amendment #27 of 03Mar2023. The provided information is acceptable.

### 3.2.P.3.4 In-process Controls
*Reviewed by LB*

Throughout the SRP-9001 manufacturing process, multiple process parameters are controlled and monitored. The controls of the critical steps of the commercial manufacturing process for SRP-9001 Drug Product are summarized in following tables:

**Table 86: Critical Process Parameters in SRP-9001 DP Manufacture**



**Table 87: In-Process Controls for SRP-9001 DP**





**Table 88: DP In-Process Hold Times**

**3.2.P.3.5 Process Validation and/or Evaluation**
*Reviewed by LB and AS*
**Process Validation Overview**
The Applicant states that the Process Validation of the SRP-9001 drug product (DP) manufacturing process has been carried out with adherence to current regulatory guidelines. Process validation is executed through a methodical sequence of cross-functional activities that incorporate the evolving knowledge of the drug product and its characteristics with an understanding of the production process gained through experimentation, experience and GMP manufacturing activities. The process validation lifecycle links product and process development, validation of the commercial manufacturing process and on-going verification to ensure the process remains in a state of control throughout routine commercial production. The process validation program follows written guidelines aligned with ICH guidance. The various aspects of process qualification include:
- (b) (4) studies

8 pages determined to be not releasable: (b)(4)

> **Overall Reviewer's Assessment of Section 3.2.P.3.5:**
> The DP manufacturing process validation results generated from the PPQ runs are acceptable. The results of (b) (4)
> will be submitted by March 31, 2024 – PMC #3.

### 3.2.P.4 Control of Excipients
*Reviewed by SS*

### 3.2.P.4.1 Specifications
<u>Compendial excipient</u>
The compendial excipients are summarized in Table 98 and comply with the quality standards as referenced in Table 99.

**Table 98: Compendial Excipients**

| Excipient | Complies with |
|---|---|
| Sodium chloride | (b) (4) |
| Tromethamine (b) (4) | |
| Magnesium chloride (Magnesium chloride (b) (4) | |
| Poloxamer 188 | |
| (b) (4) | |

<u>Non-compendial excipient</u>
Tromethamine HCl ((b) (4)         is a non-compendial excipient which is made from (b) (4)        . The specifications for Tromethamine HCl are summarized in Table 99.

**Table 99: Specifications for Tromethamine HCl** (b) (4)



### 3.2.P.4.2 and 3.2.P.4.3 Analytical Procedures and Validation of Analytical Procedures
The analytical procedures used for compendial excipients testing are performed according to the appropriate compendial monographs. The analytical procedures used to test Tromethamine HCl (b) (4)        are summarized in Table 99. The assay methods are either compendial or validated except for the assays for (b) (4)        and (b) (4)              test is an

(b) (4)    test and (b) (4)    are not likely to be introduced during the manufacturing process.

### 3.2.P.4.4 Justification of Specifications for Excipients

The specifications of the compendial excipients are consistent with those required by the respective compendial monographs. The specifications of Tromethamine HCl are designed to confirm the identity and (b) (4)

### 3.2.P.4.5 Excipients of Human or Animal Origin

No excipients of human or animal origin are used in the DP.

### 3.2.P.4.6 Novel Excipient

There are no novel excipients in the DP.

> **Overall Reviewer's Assessment of Section 3.2.P.4:**
> ❑   There are no concerns regarding the control of excipients used in the DP.

### 3.2.P.5 Control of Drug Product
### 3.2.P.5.1 and 3.2.P.5.6 Specification(s) and Justification of Specification(s)
*Reviewed by EAG*

*The specification for SRP-9001 drug product release is summarized under the* Table 100 *below. The justification for individual product attributes is summarized and discussed.*

**Table 100: SRP-9001 Drug product release specification**

| Attribute | Analytical Procedure | Specification | Reviewer Comment |
|---|---|---|---|
| Appearance Clarity Color Visible particles Cap color | (b) (4)    , visual inspection Visual inspection | Clear, colorless liquid, may have some opalescence, (b) (4)    Cap color: Blue | *Acceptable, see discussion below. Amendment # 22 and 27* |
| (b) (4) | (b) (4) | (b) (4) | *Acceptable* |
| (b) (4) | (b) (4) | (b) (4) | *Acceptable* |
| Identity (vector genome) | (b) (4) | (b) (4) | *Acceptable* |
| Identity (vector capsid) | (b) (4) | (b) (4) | *Acceptable* |

137

| | | | |
|---|---|---|---|
| Sterility | (b) (4) | No growth | Acceptable |
| Bacterial Endotoxin | (b) (4) | (b) (4) | Acceptable |
| Capsid Purity | (b) (4) | (b) (4) | Revise to (b) (4) (Amendment 22) |
| (b) (4) | (b) (4) | (b) (4) | Revise to (b) (4) under Amendment#22 |
| Percent Full Capsid | (b) (4) | (b) (4) | Acceptable based on data and statistical analysis of process B lots |
| Particulate Matter | Based on (b) (4) | (b) (4) | Acceptable compendial limits |
| (b) (4) | (b) (4) | (b) (4) | Criterion based on (b) (4) |
| Potency | (b) (4) | (b) (4) | Applicant did not revise potency spec under Amendment 22. FDA recommend (b) (4) relative potency based study 103 DP lots with consideration for method variability |
| | | -- (b) (4) <br><br> SRP-9001-micro-dystrophin: (b) (4) | Attribute not stability indicating and can not detect degraded DP. Therefore acceptable. |
| Vector Genome Concentration | (b) (4) | (b) (4) | Revised based on IR response in Amendment 67 Acceptable see discussion |
| Extractable volume | (b) (4) | (b) (4) | Acceptable see DBSQC memo. |

**Appearance: Release Acceptance Criterion:** *Clear, colorless liquid, may have some opalescence,* (b) (4) *. Cap color: Blue*

**Justification:** Filled vials are manually inspected. Defective vials including those with particulates are rejected during 100% visual inspection release test as described in (b) (4)

5 pages determined to be not releasable: (b)(4)

**Container Closure Integrity**:  Container closure integrity testing (CCIT) is used in lieu of sterility testing during the (b) (4) stability time points. A deterministic (b) (4) test is utilized as described in (b) (4) The acceptance criterion is based on the (b) (4)

*See full detailed review under DMPQ memo. The method was found to be acceptable.*

(b) (4) **:** According to the applicant, this attribute is being replaced with the (b) (4) assay. *Note: The assay was used in the assessment of process A material with no specified limit. After the switch to process B, an acceptance criterion of* (b) (4) *. This criterion was not informative as it was still wide* (b) (4) *relative to actual manufacturing data. Note: this method has been discontinued under the commercial Process B.*

> **Overall Reviewer's Assessment of Sections 3.2.P.5.1 and 3.2.P.5.6:**
> ❑   The release specification for the drug product and justifications are acceptable.

**3.2.P.5.2 and 3.2.P.5.3 Analytical Procedures and Validation of Analytical Procedures**
*Reviewed by EAG*

Compendial Analytical methods:
*Note: For compendial methods such as* (b) (4) *Appearance,* (b) (4) *, Sterility bacterial endotoxins, the description of the assay and verification information are reviewed in adequate details by DBSQC.  Please see DBSQC review memo.  The description and validation Product specific non-compendial analytical methods used for the release of SRP-9001 are summarized below.*
*Product specific, non-compendial release methods have been discussed under DS section* 3.2.S.4.2 Analytical Procedures and 3.2.S.4.3 Validation of Analytical Procedures*) for Identity (vector genome), Identity (Vector capsid, Protein Identity), Capsid Purity and* (b) (4)

❑   **Percent Full Capsids by** (b) (4)
(b) (4)

9 pages determined to be not releasable: (b)(4)

(b) (4)



(b) (4)

**Extractable volume**: *This compendial method was reviewed and found acceptable. See DBSQC memo for details.*

> **Overall Reviewer's Assessment of Sections 3.2.P.5.2 and 3.2.P.5.3:**
> The description of DP release methods and validation is acceptable.
>
> (b) (4)

**3.2.P.5.4 Batch Analyses**
*The information submitted to support batch analysis include process A and process B batches. Except for process B PPQ batches, all batches made were processed through to DP without a discrete DS storage stage.  Because Process A has been discontinued and was unvalidated, the CMC review team's assessment of batch analysis was done primarily with process B batches which is the commercial representative process.  Process A batches, used for Phase 1 Clinical trial(study101) have been reviewed and discussed under IND 17763. Drug product batch made from Catalent Process B process are summarized below.*

(b) (4)



(b) (4)

(b) (4)

### 3.2.P.5.5 Characterization of Impurities

*The DS and DP are identical except* (b) (4) *DS batches are* (b) (4) *. The description of product and process-related impurities, their clearance and control was discussed under.* 3.2.S.3.2 Impurities*.*

**Overall Reviewer's Assessment of Sections 3.2.P.5.4 and 3.2.P.5.5:**
❑ Description of DP batch analysis and impurity and is acceptable.

**3.2.P.6 Reference Standards or Materials**
*Refer to section  3.2.S.5 Reference Standards or Materials) for information on Reference Standards or Materials. Reference standard information is acceptable.*

**3.2.P.7 Container Closure System**
*Reviewed by EAG and AS*
  o  *Refer to information under section 3.2.P.2.4 Container Closure System.*

**Overall Reviewer's Assessment of Section 3.2.P.7:**
❑ Information submitted and the proposed PMC are acceptable.

**3.2.P.8 Stability**
*Reviewed by SS*

**3.2.P.8.1 Stability Summary and Conclusion and 3.2.P.8.3 Stability Data**
The intended storage condition for the DP is ≤ -60°C. DP stability studies include storage conditions of ≤ -60°C (up to (b) (4) months), (b) (4) (up to 6 months), and 2-8°C (up to 14 days), (b) (4) . The CCS used for DP stability studies is the same as the one used for commercial production. The proposed DP shelf life is 12 months at ≤ -60°C, and the DP is recommended to "Do not refreeze" and "Do not shake".

Data from the assays listed in the Table 112 were analyzed to determine the DP shelf life. The (b) (4) assay was replaced by the in (b) (4) potency assay during the clinical development and was discontinued. The Applicant proposed to revise the AC for DP stability studies in Amendment #19 (2/3/2023), Amendment #50 (5/3/2023), Amendment #66 (6/7/2023), and Amendment #70 (6/14/2023). The DP stability specification for clinical and PPQ batches and the revised stability specification submitted under Amendment #70 (6/14/2023) are summarized in the table below. The changes are shown in bold.

**Table 112: DP Stability Acceptance Criteria**

| Attribute | Acceptance Criteria for Clinical and PPQ Batches | Acceptance Criteria for Commercial Batches |
|---|---|---|
| Appearance | Clear, colorless liquid, may have some opalescence, May contain white to off-white particles | Clear, colorless liquid, may have some opalescence, May contain white to off-white particles |
| (b) (4) | (b) (4) | (b) (4) |
| Vector Genome Concentration | (b) (4) | (b) (4) |
| Potency-(b) (4) | (b) (4) | (b) (4) |
|  | (b) (4) | (b) (4) |
| (b) (4) | (b) (4) | N/A |
| Capsid Purity | (b) (4) | (b) (4) |
| (b) (4) | (b) (4) | (b) (4) |
| Particulate Matter Particles(b) (4) Particles (b) (4) | (b) (4) | (b) (4) |

| Bacterial Endotoxin | (b) (4) | (b) (4) |
|---|---|---|
| Sterility | No growth | No growth |
| Container Closure Integrity Test (CCIT) | (b) (4) | (b) (4) |
| * The (b) (4) assay was replaced by the in (b) (4) potency assay during the clinical development. | | |

*Reviewer comment:*

- *Vector genome titer: The Applicant proposed to revise the AC for vector genome titer for DP stability studies from (b) (4) (Amendment #19 dated 2/3/2023), to (b) (4) of the target titer) (Amendment #50 dated 5/3/2023), and then again to (b) (4) vg/mL (b) (4) (Amendment #66 dated 6/7/2023). Based on the stability data submitted, there are no changes in vector genome titer. FDA requested to revise the AC to be consistent with DP release, which is (b) (4) (6/8/2023). The Applicant accepted FDA recommendation and submitted the updated specification for the post-approval stability protocol under Amendment #70 (6/14/2023).*

- *The revised AC for (b) (4), potency (b) (4) ), capsid purity, and (b) (4) have been submitted under Amendment #66 (6/7/2023). This is acceptable.*

**DP stability at the long-term ≤ -60°C storage condition**

The long-term stability study has been conducted using (b) (4) DP batches (Process B) as summarized in Table 113. The DP shelf-life was determined based on data collected from t(b) (4) registration DP batches. The Applicant provided updated stability data under Amendment #19 (2/3/2023).

**Table 113: DP batches on long-term (≤ -60°C) stability studies**



*Reviewer's comment:*

- *In Amendment #47 submitted on 4/20/2023, the Applicant clarified that the DP vials used in the stability studies have not undergone the same labeling process as the proposed commercial DP at (b) (4) . Although the Applicant submitted stability data*

*for the* (b) (4) *study that mimics the labeling process, the current stability protocol does not represent the long-term storage condition of commercial DP vials. In Amendment #66 (6/7/2023), the Applicant agreed to include* (b) (4) *to mimic the commercial labeling and packaging process before the DP vials are stored at ≤ -60°C and submitted the updated post-approval protocol.*

o *The stability samples are shipped from the DP manufacturing site, Catalent BioPark, to* (b) (4)*, where they are* (b) (4)*. Upon receipt vials are placed in ≤ -60°C storage until tested.* (b) (4) *for CCIT and to Sarepta Andover for potency and vector genome titer. All other stability tests are performed at* (b) (4) *There are no concerns related to shipping and handling of the stability samples.*

- Vector genome concentration

A plot of registration and PPQ stability data without a fit is shown in the figure below. The vector genome concentration results for the DP stored at ≤-60°C for up to (b) (4) months conform to the proposed AC.

*Reviewer's comment: Based on the data provided, no significant decreases in vector genome titer were observed. However, the assay results are highly variable, and a statistical evaluation of stability trends was not possible due to this high variation. Regarding* (b) (4) *assay re-validation, see Section 3.2.S.4.2 Analytical Procedures* *and 3.2.S.4.3 Validation of Analytical Procedures.*



- (b) (4)



***Reviewer comment:***

○ *The stability data for (b) (4) potency are highly variable. The Applicant stated that due to limited timepoints for each stability batch available (only (b) (4) stability timepoints for each lot), a statistical evaluation of stability data and stability trends using the available stability data is not possible (Amendment #47 dated 4/27/2023). Regarding assay controls and PMCs related to the potency assay, see (b) (4) Potency Assay.*

○ *The AC for (b) (4) potency is (b) (4) and it is too wide to ensure the product stability. After several rounds of IRs, the Applicant agreed to revise the AC to (b) (4) in Amendment #66 (6/7/2023).*

○ *During the PLI, it was discovered that the Applicant did not investigate multiple assay errors associated with (b) (4) potency testing on stability samples. This led to Observation 1 on the 483. See the EIR for the Sarepta Andover facility for additional information.*

- (b) (4) / Capsid purity

(b) (4) capsid highest impurity in all timepoints analyzed met the AC but showed a potential trend with time during storage at ≤-60°C. According to the Applicant, all prediction results were within the specification (b) (4) at (b) (4) months, based on the prediction model using the data from registration batches. The Applicant commits (b) (4).



**Stability at the accelerated storage condition** (b) (4)
(b) (4)

**Stability at the stressed condition (2-8°C)**
The stability study for the stressed condition was conducted to support potential brief storage of the DP at 2-8°C prior to administration at the clinics. This study was conducted using (b) (4) Process B DP (b) (4) stored at 5 ± 3 °C condition in an upright orientation for 3, 7, and 14 days. Appearance, (b) (4) vector genome titer, (b) (4) , capsid purity, and (b) (4) were not changed up to 14 days. The count of particles larger than (b) (4) per container was increased from (b) (4) particles/container at T=0 to (b) (4) particles/container at 14-day, but all data points still met the proposed AC.

*Reviewer's comment: While the (b) (4) potency data for (b) (4) micro-dystrophin at 7-day and 14-day were unavailable due to operator errors, this potency assay is not stability indicating and the (b) (4) potency data measuring total micro-dystrophin at 7-day and 14-day*

*met the AC. Therefore, it is acceptable to demonstrate that the DP is stable for up to 14 days when held at 5 ± 3 °C in the final DP container. However, the study was conducted using the DP vials held only in an upright configuration. FDA recommended to indicate that the DP is stable for up to 14 days at 5 ± 3 °C when the vial is held in an upright position in the package insert. A commitment to* (b) (4) ████████████████████████████ *is demonstrated in Section 3.2.P.8.2 Post-Approval Stability Protocol and Stability Commitment.*



161

2 pages determined to be not releasable: (b)(4)





### 3.2.P.8.2 Post-Approval Stability Protocol and Stability Commitment

The Applicant commits to continuing and completing the ongoing stability studies for the registration lots to (b) (4) months at ≤-60°C storage conditions. The Applicant may extend the DP shelf life based on real-time data generated from three representative lots according to the ongoing stability study protocol. The shelf life will be updated in the annual report.

### Annual stability

Annual stability studies will be performed on at (b) (4) at ≤-60°C and (b) (4) storage condition in alignment with ICH Q7. The post-approval stability protocol for the ≤-60°C storage condition is summarized in the table below. If no DP is manufactured during a given year, no stability study will be initiated. The Applicant also commits to placing a DP batch manufactured with major DS or DP manufacturing changes on stability.

**Table 119: DP Stability Protocol for ≤-60°C Storage Condition**

| Test Name | Acceptance criteria | Time Point (month) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 0 | 3 | 6 | 9 | 12 | |
| Appearance | Clear, colorless liquid, May have some opalescence. May contain white to off white particles. | X | X | X | X | X | (b) (4) |
| Capsid Purity | (b) (4) | X | X | X | X | X | |
| Vector Genome Concentration | (b) (4) | X | X | X | X | X | |

| (b) (4) | (b) (4) | X | X | X | X | X | (b) (4) |
| (b) (4) | (b) (4) | X | X | X | X | X | |
| (b) (4) potency | (b) (4) | X | X | X | X | X | |
| | (b) (4) | X | X | X | X | X | |
| Particulate Matter Particles (b) (4) Particles (b) (4) | (b) (4) (b) (4) | X | -- | -- | -- | X | |
| Endotoxin | (b) (4) | X | -- | -- | -- | X | |
| Sterility | No grow | X | -- | -- | -- | -- | |
| Container Closure Integrity Testing | (b) (4) | -- | -- | -- | -- | X | |
| -- Not tested | | | | | | | |

**In-use stability**

The in-use DP compatibility study was performed on DP lots less than 12 months old at the time of the study provided in Section 3.2.P.2.6 Compatibility. The Applicant commits to (b) (4)

**Stressed (5±3°C) stability**

The stressed stability study was performed on (b) (4) potency results at 7-day and 14-day were invalidated due to operator error. The Applicant commits (b) (4)

*Reviewer's comment: The Applicant agreed to include (b) (4) to mimic the commercial labeling and packaging process and submitted the updated post-approval protocol under Amendment #66 (6/7/2023). Applicant's post-approval stability plan and stability commitments are acceptable.*

**Overall Reviewer's Assessment of Section 3.2.P.8:**
(b) (4) registration lots and (b) (4) PPQ lots were evaluated for DP stability. After multiple rounds of IRs, the Applicant agreed to revise the stability AC for vector genome titer to be consistent with DP release, which is (b) (4)                                and submitted the updated post-approval stability protocol under Amendment #70 (6/14/2023). The revised AC for (b) (4) potency (b) (4)                  capsid purity, (b) (4)          were also submitted under Amendment #66 (6/7/2023). The stability data for (b) (4) potency are highly variable, and a statistical evaluation of stability data and stability trends using the available stability data is unavailable due to limited timepoints for each stability batch (only (b) (4) stability timepoints for each lot). FDA recommended that the Applicant tighten the AC for in (b) (4) potency (b) (4)              , and the Applicant agreed to revise the AC to (b) (4) and submitted the updated post-approval protocol in Amendment #66 (6/7/2023).

The DP vials used in the stability studies have not undergone the same labeling process as the proposed commercial DP, which does not represent the long-term storage condition of commercial DP vials. The Applicant agreed to include (b) (4)                    to mimic the commercial labeling and packaging process before the DP vials are stored at ≤ -60°C and submitted the updated post-approval protocol under Amendment #66 (6/7/2023).

Based on data from (b) (4) registration lots, the Applicant proposed a 12-month shelf life for the DP at ≤-60°C. Additional data from the ongoing stability study will be provided as it becomes available in order to extend the DP shelf life. This is acceptable.

The stability data for the stressed condition were provided to support potential brief storage of the DP at 2-8°C and room temperature (25°C) prior to administration at the clinics. The results support that the DP is stable for up to 14 days when held at 5 ± 3 °C and stable for up to 24 hours at room temperature (25°C). However, the studies were conducted using the DP vials held only in an upright configuration. Following FDA's recommendation, the package insert was revised to indicate the position of DP vials. In addition, (b) (4)              , and (b) (4)          studies were performed appropriately.

## 3.2.A APPENDICES
### 3.2.A.1 Facilities and Equipment
*Reviewed by DMPQ*

### 3.2.A.2 Adventitious Agents Safety Evaluation
*Reviewed by SS*

The strategy to control adventitious agent comprises of:

1. Ensuring adequate control of raw materials, especially those of biological origin that are used in the generation of cell banks and DS manufacturing.

2. Testing of cell banks and unprocessed bulk harvest for adventitious agents (bacteria, fungi, mycoplasma, and viruses)

3. Viral clearance by spike-recovery studies using (b) (4) model viruses to demonstrate that the downstream purification process can effectively clear viruses exhibiting a broad range of biochemical and biophysical properties.

*Reviewer's comment: Materials of Biological Origin including cell banks, (b) (4)                          were reviewed in 3.2.S.2.3 Control of Materials. The materials are satisfactorily controlled.*

166

❏ **Viral Clearance Studies**
*Reviewed by LB*

(b) (4)

(b) (4)



*Reviewer's Assessment:*
*The viral clearance study results are acceptable.*

**Overall Reviewer's Assessment of Section 3.2.A.2:**
❏ The information provided in Module 3.2.A.2 demonstrates negligible risk posed by materials of biological origin and demonstrates robust viral clearance. This is acceptable.

**3.2.A.3 Novel Excipients**
*There are no novel excipients.*

**3.2.R Regional Information (USA)**
❏ **Executed Batch Records**
*Reviewed by EAG and LB*
A representative set of executed DS upstream and downstream batch records are provided for all steps in the DS manufacturing process described (under 3.2.S.2.2 Description of Manufacturing Process). The batch record for DS PV/PPQ DS batch (b) (4) was submitted in the BLA.  The batch record contained detailed step-by-step executed instruction and data of manufacturing activities of all the steps involved in DS manufacture; from (b) (4) for SRP-9001.
A representative batch record for the preparation of the formulation buffer used during DS and DP manufacture (Lot No. (b) (4) ) was also submitted and reviewed to be adequate. Additionally, a copy of an executed batch record for the DP detailing the manufacture of DP PV/PPQ batch # (b) (4) was submitted and reviewed to be generally acceptable.

167

*Reviewer Note: During pre-license inspection (PLI) at the DS site (March 6-10, 2023, BWI-Harman Maryland). I(EAG) reviewed additional post PPQ executed batch records for DS Lot#(b) (4) and Lot#(b) (4). Also, during PLI for the DP (Feb 24-27, Biopark -Baltimore Maryland), additional executed batch records for DP lots (b) (4) and formulation buffer lots (b) (4) were reviewed. No concerns were found. The executed batch records for SRP-9001 DS and DP are acceptable.*

**Overall Reviewer's Assessment of Combination Products Section:**
❑   Executed batch records submitted for review are acceptable.

❑   **Method Validation Package**
*Method validation package provided in the BLA was reviewed and discussed at the appropriate sections of this memo: 3.2.S.4.2 Analytical Procedures* and 3.2.S.4.3 Validation of Analytical Procedures *(for drug substance) and 3.2.P.5.2 and 3.2.P.5.3* Analytical Procedures and Validation of Analytical Procedures *(for Drug Product).*

❑   **Combination Products**
*Not applicable*

❑   **Comparability Protocols**
*This is not applicable to this BLA. The Sponsor did not propose a future comparability study.*

## Other eCTD Modules
Module 1

### A.  Environmental Assessment or Claim of Categorical Exclusion
*Reviewed by EAG*
The Applicant submitted environmental (EA) assessment under section 1.12.14 of the BLA, in accordance with 21 CFR 25 requirement. The applicant does not make a claim of categorical exclusion for EA. This application is not eligible for categorical exclusion.

The product delandistrogene moxeparvovec-rokl is derived from rhesus serotype 74 [rh74]) AAV (AAVrh74), a nonpathogenic human DNA virus that is incapable of self-replication. The natural DNA genome of AAVrh74 has been replaced with SRP-9001 DNA for the expression of the miniaturized dystrophin protein.  Vector mobilization theoretically may occur in the rare setting of a helper virus infected patient because of complementation and recombination between the viral vector, WT AAV and a helper virus. A worst-case scenario (presence of all helper functions plus AAV vector) would yield very low levels of additional vector, which is non-pathogenic. The replication of recombinant AAVrh74 in an infected host cell is dependent on co-infection with a WT AAV virus and a helper virus such as adenovirus. The generation time of Wt AAV in a natural ecosystem will be significantly very high, depending on the timing of the coinfection. The generation of replication competent AAV (rcAAV) at the time of SRP-9001 is not relevant since it lacks the rep and cap genes that are required for replication.

The manufacturing process is designed to minimize the potential that DNA recombination might result in a virus that contains viral DNA. The product is tested for the presence of (b) (4)

Certain wild-type AAVs can integrate at a specific locus of the host cell genome (AAVS1 in human chromosome 19 long arm); in these cases of integration, they remain non-pathogenic. The oncogenicity due to integration and insertional mutagenesis is a potential risk of AAV vectors, based on findings of tumors in mice and hepatocyte clonal expansion in the livers of hemophilic dogs years after administration of an AAV vector, with insertions noted near genes that control cell growth (Nguyen 2021). In contrast, recombinant AAVs have lost the ability to integrate at specific sites in the host cells.  Theoretical insertional mutagenesis, caused by non-site-specific integration of the SRP-9001 genome into the host cell genome, can occur in transfected cells. Also, the simian virus 40 [SV40] sequence) present in the construct may, in theory, allow interaction of SRP-9001 viral sequences with viruses present in the patient or non-target individual, the lack of intact MHCK7 in other WT viruses makes recombination/mutagenesis a theoretical safety concern.

Germline transmission was evaluated in 2 nonclinical studies in DMD$^{MDX}$ and WT mice, respectively per study #SR-20-014. Analysis of testes and ovaries using (b) (4) assay (b) (4) showed no staining above the negative control background for the AAV vector MHCK7 or the SRP-9001 transgene. SRP-9001 is indicated for use in male children. the applicant concludes that vertical transmission, via germline transmission is negligible.

Shedding occurs through patient excreta. Caregivers and patient's families will be advised on the proper handling of patients' bodily fluids and waste. Standard precautions are recommended to the health care providers, including the pharmacy personnel preparing SRP-9001, and waste should be disposed of as regulated medical waste. For caregivers, standard hygiene measures are recommended for caregivers and treated subjects after SRP-9001 treatment.

Data from a clinical study demonstrate that patients who are treated with delandistrogene moxeparvovec will shed vector DNA in saliva, urine, feces for around 4 wks. DNA will also be shed in semen for extended period of time after administration. It is not known how much of the shed DNA is encapsidated in AAV capsids, as opposed to shedding of naked DNA. Even if encapsidated, the risk of causing infectious disease is zero because the product is inherently incapable of causing infectious disease, and there will be no direct toxic effects from exposure to small amounts of this vector, even if it is intact. The likelihood of germline transmission of vector DNA through semen is negligible. Animal studies showed no indication of paternal germline transmission to the offspring, even with high levels of vector DNA present in gonads. Please refer to pharmacology/toxicology memo for additional details. The AAV vector DNA in the semen is mainly present in the seminal fluid and not in the sperm cells, which is necessary for the germline transmission to the host progeny genome.

This product will be administered at hospitals or treatment centers using universal precautions, and unused product and product-contact materials will be disposed of as biohazardous medical waste. The product is relatively stable (compared to other viruses) at room temperature but will degrade over time into naturally occurring materials.  Data from a clinical study demonstrate that patients who are treated with delandistrogene moxeparvovec-rokl will shed vector DNA in saliva, urine, feces for around 4-weeks. Viral shedding peaks in the first 48 hours post SRP-9001 administration in saliva and urine) and first month in the feces, then decreases rapidly to a level below the LOD. The half-lives (mean range) are ~57 to ~68 hours in saliva, ~38 to ~45 hours in urine, and~54 to ~57 hours in feces. The data from the viral shedding assessment in clinical patients also show decrease in shedding from peak to week 4 was greater than 99% for saliva, urine, and feces.

*Reviewer Comment:*

- *The information provided in the environmental assessment demonstrate that the SRP-9001 poses no significant environmental risk from its approval. As such, a finding of no significant impact (FONSI) will be prepared.*

**B. (b) (4)**

**C. Labeling Review**
**Full Prescribing Information (PI):**
**Reviewed by EAG**

**Sections 2 (Dose and Administration) and 3 (Dosage Forms and Strengths)**

ELEVIDYS is supplied as a frozen suspension of adeno-associated virus (AAV) vector-based gene therapy for a single intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL. It is supplied to the clinic as a customized commercial kit containing ten(10) to seventy (70) 10 mL single-dose vials. Each kit constitutes a dosage unit based on the patient's body weight. The individual product vial and each of the possible kits has a separate NDC number. The recommended dose of the product is $1.33 \times 10^{14}$ vector genomes per kilogram (vg/kg) of body weight (or 10 mL/kg body weight) and it is administered as a single intravenous infusion without dilution at a rate of less than 10 mL/kg/hour.

Prior to administration, the number of single-dose vials and volume of product needed (based on patient weight) is calculated and verified. The dose needed is transferred into the recommended syringe using aseptic techniques. (Multiple syringes maybe be prepared depending on the patient weight).  The dose is administered via a syringe infusion pump, IV infusion tubing and catheter equipped with a 0.2-micron PES in-line filter. The intravenous access line is flushed with 0.9% Sodium Chloride Injection before and after the infusion.

**Section 11 (Description)**
ELEVIDYS (delandistrogene moxeparvovec-rokl) is a recombinant gene therapy designed to deliver the gene encoding the ELEVIDYS micro-dystrophin protein. ELEVIDYS is a non-replicating, recombinant, adeno-associated virus serotype rh74 (AAVrh74) based vector containing the ELEVIDYS micro-dystrophin transgene under the control of the MHCK7 promoter. The micro-dystrophin protein expressed by ELEVIDYS is a shortened version of dystrophin (138 kDa, compared to 427 kDa size of dystrophin expressed in normal muscle cells) that contains selected domains of dystrophin expressed in normal muscle cells.

ELEVIDYS is a preservative-free, sterile, clear, colorless liquid that may have some opalescence and may contain white to off-white particles. ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL and supplied in a single-dose 10 mL vial. Each vial contains an extractable volume of 10 mL and the following excipients: 200mM sodium chloride, 13 mM tromethamine HCl, 7 mM tromethamine, 1mM magnesium chloride, 0.001% poloxamer 188.

**Section 12 (Clinical Pharmacology)**

ELEVIDYS is designed to include MHCK7 promoter/enhancer that drives transgene expression in skeletal muscle cells.  In nonclinical studies, ELEVIDYS micro-dystrophin protein was expressed predominantly in skeletal muscle (including diaphragm) and cardiac muscle cells.  In clinical studies, muscle biopsy analyses confirmed ELEVIDYS micro-dystrophin expression in skeletal muscle of patients.  *Note: This section of the PI also contains adequate description of the biodistribution of the vector including the shedding of the virus after receiving the product. The assays used in the shedding, animal and human biodistribution studies are reviewed below in the sections for module 4/5.*

**Section 16 (How supplied / storage and handling)**
ELEVIDYS is shipped frozen (≤ -60ºC [-76ºF]) in 10 mL single-dose vials. It can be refrigerated for up to 14 days when stored at 2°C to 8°C (36º F to 46º F) in the upright position. It is supplied as a customized kit to meet dosing requirements for each patient.  Each kit contains ten (10) to seventy (70) single-dose vials of ELEVIDYS and one alcohol wipe per vial.  Each ELEVIDYS kit may contain a maximum of two different drug product lots.

*Reviewer Note: If vials from two different lots are kitted, the expiry is assigned based on the lot with the shortest shelf-life. The instructions provided in the PI is supported by the information submitted and reviewed in the BLA. This includes stability and storage conditions prior to and during use in the clinic*

**Carton and Container Label:**
*Reviewed by EAG*

After labeling, the primary vials are kitted(packaged) into a carton. The carton size ranges from 10 vial-carton to 70 vial-carton. Each kit bears unique NDC code#. Individual vial labels have NDC codes (and nominal titer). See below.

**Figure 35: SRP-9001 Container/vial sample label**



**Reviewer Comment:**
*The primary vial and carton sample labels were reviewed and found acceptable per the requirements under 21 CFR Sec. 610.60-63 Container label. The Applicant under Amendment #70 (2023.06.14) revised the term 'single-use' vial to 'single-dose' vial to reflect the current FDA guidance (https://www.fda.gov/media/117883/download)  and also included the language 'Do not shake' to the vial and carton labels. See additional schematic details about the kit configuration and Carton sample label under Figure 36,  Figure 37 and Figure 38.  Finally, the Applicant provided a sample of the carton printed label that will be attached to the configured Kit (Amendment # 77, dated 2023.06.21) which included an updated suffix (Figure 39). This is acceptable.*

*An example of carton(kit) label which will include a printed carton label (specifying the number of vials in a specific configured kit, product identifying information) are shown below in* Figure 38 *and* Figure 39.

**Figure 36: SRP-9001 One pack carton sample label**



**Figure 37: Example of Carton (kit) configuration**



**Figure 38: Example of Carton (Kit) front label**

delandistrogene moxeparvovec-rokl
ELEVIDYS

$1.33 \times 10^{13}$ vector genomes/mL

Suspension for Infusion

For Intravenous Use

See enclosed prescribing information for dosage and administration instructions.

| Preservative-free | Discard unused portion | Single patient use |

Store unopened vials at ≤-60°C (-76°F) in original carton.

Unopened vials can be refrigerated for up to 14 days at 2°C to 8°C (36°F to 46°F).

DO NOT REFREEZE
DO NOT SHAKE

Rx Only

Manufactured for Sarepta Therapeutics, Inc., Cambridge, MA 01242 USA
US License No. 2308

SAREPTA
THERAPEUTICS

FPO Carton LABEL

delandistrogene moxeparvovec-rokl
ELEVIDYS

$1.33 \times 10^{13}$ vector genomes/mL

Suspension for Infusion          Rx Only
Single patient use
Store unopened vials at ≤-60°C (-76°F) in original carton.
Unopened vials can be refrigerated for up to 14 days at 2°C to 8°C (36°F to 46°F).
SAREPTA, the helix logo, ELEVIDYS, and other trademarks are owned by Sarepta Therapeutics, Inc. and may be registered in the US and elsewhere.

FPO

173

**Figure 39: Printed ELEVIDYS Kit label**



<u>**Modules 4 and 5**</u>
**Analytical Procedures and Validation of Analytical Procedures for Assessment of Clinical and Animal Study Endpoints**

<u>**Fluorescent Immunohistochemistry Assays**</u>
*Reviewed by Brian Stultz (BS)*
The Applicant, in coordination with (b) (4)             , has developed fluorescent immunohistochemistry assays to monitor changes to the dystrophin associated protein complex (DAPC), dystrophin expression, and muscle content between pre- and post-treatment muscle biopsies as a biomarker for SRP-9001 efficacy. The Applicant has established a (b) (4)

174

(b) (4)    fluorescent immunohistochemistry assay including muscle sectioning, antibody staining, image acquisition, image handling, and analysis algorithms to generate data. Antibodies are validated and fit for purpose for each assay. Muscle section antibody staining, and imaging protocols are optimized and validated. Imaging and analysis are mostly automated to ensure consistency across all samples with pathologist verification. Overall, the assay methodology is suitable to produce reliable data on comparison between pre- and post-treatment muscle biopsies. An example of assay performance for inter-run precision (intra-class correlation coefficient = (b) (4) is provided in the figure below.

**Figure 40: Dystrophin Assay Repeatability**



(b) (4) independent pathologist and analyst teams annotated and analyzed (b) (4) samples labeled on (b) (4) different days. The scores are highly clustered for each sample supporting the conclusion that myofiber MSD was not impacted by different days, different pathologists, or analyst teams.

**Microdystrophin Western Blot Assay (Method v2, DOC-03106)**
*Reviewed by EAG*
This method measures the absolute amount of SRP-9001 expressed microdystrophin via western blot. The method is performed in Andover and was performed to support clinical trial testing in the Phase I/II Clinical Trial for Duchenne Muscular Dystrophy using SRP-9001 (NCT03375164).

**Table 121: Summary of Clinical Western Blot Assay description**

| Bioanalytical method | VAL-RPT-01333 Translational Development Microdystrophin Western Blot Method Version-2 |
|---|---|





**Table 122: Summary of Clinical Western Blot Assay Validation**

1 page determined to be not releasable: (b)(4)

*Western blot assay will not be used as primary endpoint or for clinicals decision in the ongoing Phase 3 confirmatory trial.*

**Summary Method Performance for Biodistribution VGC ddPCR (DOC-03188)**

| DOC-02886: | Muscle DNA Isolation Method – for Muscle Tissue for ddPCR |
|---|---|





(b) (4)

**Vector Shedding (Vector Genome Copies Assay):** Analysis performed to measure the levels of vector genome copies shed into human stool, urine and saliva were conducted per the following:

- Vector Shedding (b) (4) (Vector Shedding in Stool method-SOP-DOC-(b) (4)
- Vector Shedding (b) (4) (Vector shedding in Urine and Saliva- SOP-DOC-(b) (4)

Briefly, the (b) (4) assay detects the viral genome DNA in a single reaction. The assay detects and quantify the absolute copy numbers of the viral genome present in certain amount of saliva, urine, and stool collected from patients who have received the SRP-9001 PRODUCT. The reaction relies on a (b) (4)

**Critical reagents used:**

- (b) (4)

179

- (b) (4)



The extraction of vector DNA (using sample specific commercial kits) and the (b) (4) reaction are described appropriately under the following documents submitted to the BLA:

**Table 123: Viral Shedding method summary and Validation**

(b) (4)



**<u>AAVrh74 humoral immune response by ELISA</u>**
Reviewed and documented Dr Natasha Thorne, DIHD/OHT7(OIR)/OPEQ/CDRH**.**
- srp-9001-doc-02845.pdf – a "Test Method"/assay protocol for an ELISA Assay conducted at "the Gene Therapy Center of Excellence (GTCOE), at Sarepta, OH."
- srp-9001-doc-02867.pdf – a protocol for the validation studies "to demonstrate the validity" of the ELISA Assay conducted at "the Sarepta Gene Therapy laboratory located at 5200 Blazer Parkway, Building 4, Dublin, OH 43017."

181

- srp-9001-doc-02992.pdf – the results from the validation studies described in the srp-9001-doc-02867 document for the ELISA Assay as conducted at "the Sarepta Gene Therapy Center of Excellence (GTCOE) laboratory located at 5200 Blazer Parkway, Building 4, Dublin, OH 43017."

*Excerpts from Consults Review: She concludes that:*

- *there is insufficient information to fully understand the validation studies conducted*
- *The device as described in the "Test Method" document is different than the device evaluated in these method validation studies,*
- *samples are diluted at* (b) (4) *, that there is no evaluation of performance of the assay at higher dilutions* (b) (4) *or greater). The Applicant set the screening cut off at 1:400 or greater which is not supported by the validated cut off point.*
- *CDRH concludes that based on the information provided it is unable to determine the reliability of the assay.*

---

**Overall Reviewer's Assessment of Relevant Sections of Module 4 and 5:**
- ❑ Description and validation of assays for the assessment of clinical surrogate endpoint (WB assessment od microdystrophin) and viral shedding are acceptable.
- ❑ The ELISA assay for screening patients who will receive the drug is not adequate per consults review from Dr Natasha Thorne. The Applicant has submitted a PMR for consideration by the clinical review team. Defer review to clinical team.

# Exhibit H

Sarepta and Catalent Expand Strategic Manufacturing Partnership





Contact Us

Home » Catalent News » Sarepta and Catalent Expand Strategic Manufacturing Partnership



# Sarepta and Catalent Expand Strategic Manufacturing Partnership with Commercial Supply Agreement for Duchenne Muscular Dystrophy Gene Therapy Candidate

**SOMERSET, N.J. and CAMBRIDGE, Mass. – January 5, 2023** — Catalent, Inc. (NYSE:CTLT), the leader in enabling the development and supply of better treatments for patients worldwide, and Sarepta Therapeutics, Inc. (NASDAQ:SRPT), the leader in precision genetic medicine for rare diseases, today announced the signing of a commercial supply agreement for Catalent to manufacture delandistrogene moxeparvovec (SRP-9001), Sarepta's most advanced gene therapy candidate for the treatment of Duchenne muscular dystrophy (DMD).  The agreement also structures how Catalent may support multiple gene therapy candidates in Sarepta's pipeline for limb-girdle muscular dystrophy (LGMD).

In November 2022, Sarepta announced that the U.S. Food and Drug Administration (FDA) had accepted its biologics license application (BLA) seeking accelerated approval of delandistrogene moxeparvovec.  Under the terms of this expanded

Sarepta and Catalent Expand Strategic Manufacturing Partnership

agreement, Catalent will be Sarepta's primary commercial manufacturing partner for this therapy.

"Sarepta is working as quickly as possible to advance new genetic medicines to treat progressive neuromuscular diseases like Duchenne and LGMD. We are excited to strengthen and expand our relationship with Catalent to meet anticipated demand for SRP-9001 and develop commercially scalable processes for additional gene therapy programs in our pipeline," said Doug Ingram, Sarepta's President and Chief Executive Officer. "We appreciate the years of dedication and collaboration that Catalent has provided in supporting our clinical trials for SRP-9001, and we look forward to continuing our work together through this expanded partnership."

"Our partnership with the Sarepta team spans nearly a decade across multiple programs and modalities, and we look forward to working together to manufacture these potentially life-changing and life-saving products for patients diagnosed with DMD and LGMD," said Alessandro Maselli, Catalent's President and Chief Executive Officer. "We look forward to leveraging our deep expertise in gene therapy development, manufacturing, and commercialization to support these programs as they advance toward potential regulatory approval."

Catalent's gene therapy network includes state-of-the-art facilities that currently house 10 cGMP gene therapy manufacturing suites, with another 8 suites under construction, each capable of accommodating multiple bioreactors up to 2,000-liter scale.  For gene therapy development, customers can leverage the company's UpTempo Virtuoso℠ adeno-associated virus (AAV) platform, a scalable, GMP-ready process for viral vector manufacturing that can reduce a typical 18-month development timeline for drug product by half.  Catalent is also the only contract development and manufacturing organization (CDMO) with a facility approved by the FDA for commercial manufacturing of an AAV gene therapy.

## NOTES FOR EDITORS

## ABOUT CATALENT

Catalent is the global leader in enabling pharma, biotech, and consumer health partners to optimize product development, launch, and full life-cycle supply for patients around the world. With broad and deep scale and expertise in development sciences, delivery technologies, and multi-modality manufacturing, Catalent is a preferred industry partner for personalized medicines, consumer health brand extensions, and blockbuster drugs.

Catalent helps accelerate over 1,000 partner programs and launch over 150 new products every year. Its flexible manufacturing platforms at over 50 global sites supply around 80 billion doses of nearly 8,000 products annually. Catalent's expert workforce of approximately 18,000 includes more than 3,000 scientists and technicians.

Headquartered in Somerset, New Jersey, the company generated nearly $5 billion in revenue in its 2022 fiscal year. For more information www.catalent.com.

## MORE PRODUCTS. BETTER TREATMENTS. RELIABLY SUPPLIED.™

## ABOUT SAREPTA THERAPEUTICS

Sarepta is on an urgent mission: engineer precision genetic medicine for rare diseases that devastate lives and cut futures short. We hold leadership positions in Duchenne muscular dystrophy (DMD) and limb-girdle muscular dystrophies (LGMDs), and we currently have more than 40 programs in various stages of development. Our vast pipeline is driven by our multi-platform Precision Genetic Medicine Engine in gene therapy, RNA and gene editing. For more information, please visit www.sarepta.com or follow us on Twitter, LinkedIn, Instagram and Facebook.

## CATALENT FORWARD LOOKING STATEMENTS

This release contains both historical and forward-looking statements. All statements other than statements of historical fact, are, or may be deemed to be, forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements generally can be identified by the use of statements that include phrases such as "believe," "expect," "anticipate," "intend," "estimate," "plan," "project," "foresee," "likely," "may," "will," "would," or other words or phrases with similar meanings. Similarly, statements that describe Catalent's objectives, plans, or goals are, or may be, forward-looking statements. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could vary materially from Catalent's expectations and projections. Some of the factors that could cause actual results to differ include, but are not limited to, the following: the current or future effects of the COVID-19 pandemic or any global health developments on Catalent's and its customers' or suppliers' businesses; participation in a highly competitive market and increased competition that may adversely affect Catalent's business; demand for its offerings, which depends in part on its customers' research and development and the clinical and market success of their products; product and other liability risks that could adversely affect Catalent's results of operations, financial

condition, liquidity and cash flows; failure to comply with existing and future regulatory requirements; failure to provide quality offerings to customers could have an adverse effect on Catalent's business and subject it to regulatory actions and costly litigation; problems providing the highly exacting and complex services or support required; global economic, political and regulatory risks to Catalent's operations; inability to enhance existing or introduce new technology or service offerings in a timely manner; inadequate patents, copyrights, trademarks and other forms of intellectual property protections; fluctuations in the costs, availability, and suitability of the components of the products Catalent manufactures, including active pharmaceutical ingredients, excipients, purchased components and raw materials; changes in market access or healthcare reimbursement in the United States or internationally; fluctuations in the exchange rates of the U.S. dollar against other currencies; adverse tax legislative or regulatory initiatives or challenges or adjustments to Catalent's tax positions; loss of key personnel; risks generally associated with information systems; inability to complete any future acquisition or other transaction that may complement or expand its business or divest non-strategic businesses or assets and difficulties in successfully integrating acquired businesses and realizing anticipated benefits of such acquisitions; risks associated with timely and successfully completing, and correctly anticipating the future demand predicted for, capital expansion projects at existing facilities, offerings and customers' products that may infringe on the intellectual property rights of third parties; environmental, health and safety laws and regulations, which could increase costs and restrict operations; labor and employment laws and regulations or labor difficulties, which could increase costs or result in operational disruptions; additional cash contributions required to satisfy Catalent's existing pension plan obligations; substantial leverage that may limit its ability to raise additional capital to fund operations and react to changes in the economy or in the industry; and exposure to interest-rate risk to the extent of its variable-rate debt preventing it from meeting its obligations under its indebtedness. For a more detailed discussion of these and other factors, see the information under the caption "Risk Factors" in Catalent's Annual Report on Form 10-K for the fiscal year ended June 30, 2022, filed August 29, 2022. All forward-looking statements speak only as of the date of this release or as of the date they are made, and Catalent does not undertake to update any forward-looking statement as a result of new information or future events or developments except to the extent required by law.

## SAREPTA FORWARD LOOKING STATEMENTS

This press release contains "forward-looking statements." Any statements contained in this press release that are not statements of historical fact may be deemed to be forward-looking statements. Words such as "believes," "anticipates," "plans," "expects," "will," "intends," "potential," "possible" and similar expressions are intended to identify

Sarepta and Catalent Expand Strategic Manufacturing Partnership

forward-looking statements. These forward-looking statements include statements regarding the parties' obligations and responsibilities under the agreement, meeting anticipated demand for SRP-9001, the potential approval of SRP-9001 and developing commercially scalable processes for additional gene therapy programs in Sarepta's pipeline.

These forward-looking statements involve risks and uncertainties, many of which are beyond Sarepta's control. Known risk factors include, among others: the expected benefits and opportunities related to the agreement may not be realized or may take longer to realize than expected; Sarepta may not be able to execute on its business plans and goals, including meeting its expected or planned regulatory milestones and timelines, clinical development plans, and bringing its product candidates to market, due to a variety of reasons, many of which may be outside of Sarepta's control, including possible limitations of company financial and other resources, manufacturing limitations that may not be anticipated or resolved for in a timely manner, regulatory, court or agency decisions, such as decisions by the United States Patent and Trademark Office with respect to patents that cover Sarepta's product candidates; the COVID-19 pandemic; and those risks identified under the heading "Risk Factors" in Sarepta's most recent Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission (SEC) as well as other SEC filings made by Sarepta which you are encouraged to review.

Any of the foregoing risks could materially and adversely affect Sarepta's business, results of operations and the trading price of Sarepta's common stock. For a detailed description of risks and uncertainties Sarepta faces, you are encouraged to review the SEC filings made by Sarepta. We caution investors not to place considerable reliance on the forward-looking statements contained in this press release. Sarepta does not undertake any obligation to publicly update its forward-looking statements based on events or circumstances after the date hereof, except as required by law.

## CATALENT CONTACTS

**Investor Contact**

Paul Surdez

(732) 537-6325

investors@catalent.com

**Media Contact**

Chris Halling

+44 (0)7580 041073

media@catalent.com

Sarepta and Catalent Expand Strategic Manufacturing Partnership

## SAREPTA CONTACTS

**Investor Contact**

Ian Estepan

617-274-4052

iestepan@sarepta.com

**Media Contact**

Tracy Sorrentino

617-301-8566

tsorrentino@sarepta.com

---

Contact Us

RELATED TOPICS

Biologics Analytical Services

---

Expert Content        Subscribe        Investors        Contact Us        Site Map

**Follow Us. Share Us.**



By using this website you understand and accept that Catalent tracks your website activities to be able to offer you a more tailored response or information to meet your requirements, and that your personal data will be held in accordance with our Privacy Policy | Data Privacy Framework Statement | Cookies Settings.

Terms        Modern Slavery Statement

Sarepta and Catalent Expand Strategic Manufacturing Partnership

Copyright 2024, Catalent, Inc - All Rights Reserved